**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Department of Defense
699 Army Navy Drive
Arlington, Va. 22202

Civil Action, File Number ___05-05-2363 JR___

Robert A. Marker

V.

DEA, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [...] person and you are authorized to receive process, you must indicate under your signature your authority.

[...] days, you (or the party on whose behalf you [...] complaint in any other manner permitted by law.

[...] behalf you are being served) must answer the [...] by default will be taken against you for the [...]

[...] of Summons and Complaint By Mail was

(USMS Official)

AND COMPLAINT

the complaint in the above captioned manner at

Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Dept of defense

2. Article Number (Transfer from service label)
7004 1160 0001 9681 6631

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B Ballentine    ☐ Agent  ☐ Addressee

B. Received By (Printed Name)
B Battwater

C. Date of Delivery
12/15/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

(handwritten: 05-2363  12-16-05  JB)