CERTIFICATE OF SERVICE

I, ROBERT MACKAY, after having been duly sworn and under oath, hereby depose and state as follows:

That on this day I mailed a copy of this MOTION FOR PARTIAL SUMMARY JUDGEMENT with attached exhibits No. 1 through 171, et al and the Affidavit of Robert Mackay, to the United States Attorney at 555 4th Street, NW in Washington, D.C.   20530.

Executed this 25-TH day of December, 2005.

By X _Robert Mackay_____

Robert Mackay, Affiant

(28 USC Section 1746)