To: Director                                             Date: April 7, 2005

Drug Enforcement Administration

United States Department of Justice

Washington, D.C. 20537

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

All Records. There are Criminal Investigatory, Forfeiture and other records in Texas, Oklahoma, Arkansas, Arizona and Connecticut.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME         ROBERT ARTHUR MACKAY

DATE OF BIRTH :   February 25, 1947

PLACE OF BIRTH :  Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 7th day of April, 2005.

By X _Robert A. Mackay_
          Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#1

# FOIA APPEAL

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D. C. — 20530

Date: June 28, 2005

RE: FOIA to DEA

Request No. none yet

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency: DEA dated 4/7/05 in connection to my request for records.

(check appropriate box or boxes below)

__X__ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

Sincerely,

cc: file

X _____
Robert Mackay 03473-063
Box 3000, Forrest City, AR 72336



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

AUG 0 8 2005

Mr. Robert A. Mackey
Register No. 03473-063
F.C.C., Unit B-1
P.O. Box 3000
Forrest City, AR 72336

    Re:  Your Letter of June 28, 2005

Dear Mr. Mackey:

    This responds to your letter dated June 28, 2005, in which you sought to appeal from the failure of the Drug Enforcement Administration to respond to your request for access to records.

    I have notified the DEA of your communication. It is my understanding that the DEA is still processing your request. Although the Act authorizes you to treat the failure of the DEA to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the DEA. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the DEA completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the DEA's substantive action on your request.

    In the event that the DEA still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                                                              Sincerely,

                                                             Richard L. Huff
                                                             Co-Director

RLH:PAJ:CIH                    #3

To: __Director__                              Date: __April 7, 2005__

__Federal Bureau of Investigation__

__J. Edgar Hoover Building__

__Washington, D. C.   20530__

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search: __Please search Central Office and Field Offices in or near Muskogee, Hugo, and Durant, OK; Dallas and Houston, TX; Pheonix and Tucson, AZ; Little Rock, AR; Bridgeport, CONNECTICUTT; Philadelphia, Pennsylvania; and Raliegh, North Carolina.__

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME     __ROBERT ARTHUR MACKAY__

DATE OF BIRTH : __February 25, 1947__

PLACE OF BIRTH : __Carlsbad, New Mexico USA__

SOCIAL SECURITY NUMBER: __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__

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __7th__ day of __April__, __2005__.

                                    By X __Robert A. Mackay__
                                                  Affiant Herein

(28 USC Section 1746)

Name: __Robert Mackay__

Reg. No. __03473-063__

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#4

To: Special Agent In Charge

Date: April 7, 2005

Houston FBI Field Office

Federal Bureau of Investigation

2500 East T.C. Jester Blvd

Houston, Texas  77008

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME  ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 7th day of April, 2005.

By X  *Robert A Mackay*
Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#5

To: Special Agent In Charge                Date: April 14, 2005

Federal Bureau of Investigation

3301 W Memorial

Oklahoma City, Oklahoma   73134

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April, 2005.

By X *(signed)* Robert A. Mackay
                Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas   72336

#6

To: Special Agent In Charge          Date:    April 14, 2005

Federal Bureau of Investigation

Wm J. Green Jr, Federal Bldg

600 Arch St

Philadelphia, Pennsylvania  19106

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME _____ROBERT ARTHUR MACKAY_____

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April, 2005.

By  X  *Robert A. Mackay*
         Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#7

To: Special Agent In Charge                              Date: April 14, 2005

Federal Bureau of Investigation

201 E Indianola Ave, Ste 400

Phoenix, Arizona  85012

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:
ALL RECORDS

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME        ROBERT ARTHUR MACKAY

DATE OF BIRTH :  February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April, 2005.

                                                 By  X  *Robert A. Mackay*
                                                          Affiant Herein

(28 USC Section 1746)

Name:  Robert Mackay

Reg. No.  03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#8

To: Special Agent In Charge                    Date: April 14, 2005

Federal Bureau of Investigation

10825 Financial Center Parkway, Ste 200

Little Rock, Arkansas 72211

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME     ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April, 2005.

By X *Robert A. Mackay*
   Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.  03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#9

To: Special Agent In Charge               Date: April 14, 2005

Federal Bureau of Investigation

600 State St

New Haven, Connecticut  06511

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME: ROBERT ARTHUR MACKAY

DATE OF BIRTH: February 25, 1947

PLACE OF BIRTH: Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April 2005.

By  X  *Robert A. Mackay*
        Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#10

To: Special Agent In Charge

Date: April 14, 2005

Federal Bureau of Investigation

400 S Tyron Street, Ste 900

Charlotte, North Carolina 28285

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME: ROBERT ARTHUR MACKAY

DATE OF BIRTH: February 25, 1947

PLACE OF BIRTH: Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April, 2005.

By X *Robert A. Mackay*
Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#11

U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

May 19, 2005

MR ROBERT ARTHUR MACKAY
**03473-063
BOX 3000 (MEDIUM)
FORREST CITY, AR 72336

Request No.: 1020903-000
Subject: MACKAY, ROBERT ARTHUR

Dear Mr. Mackay:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request was forwarded to FBI Headquarters from our Oklahoma City and Little Rock Field Offices.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 23, 2005

Mr. Robert Arthur Mackay
**03473-063
Box 3000 (Medium)
Forest City, AR 72336

Request No.: 1020903
Subject: Mackay, Robert Arthur

Dear Mr. Mackay:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to FBI Headquarters. Your request was also forwarded to FBI Headquarters from our Phoenix and Houston Field Offices.

Your Headquarters, Phoenix, and Houston Field Offices request will be handled simultaneously with your Oklahoma Field Office request, under FOIPA number 1020903.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

#13



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

June 2, 2005

Mr. Robert Arthur Mackay
**03473-063
Box 3000 (Medium)
Forrest City, AR 72336

Request No.: 1020903
Subject: Mackay, Robert Arthur

Dear Mr. Mackay:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request our Philadelphia Field Office which was forwarded to FBI Headquarters.

Your Philadelphia Field Office request will be handled simultaneously with your Oklahoma City Field Office request, under FOIPA number 1020903.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

#14

## FOIA APPEAL

To: ~~Co-Director~~   Date: August 4, 2005

~~Office of Information & Privacy~~   RE: FOIA to ___FBI___

~~Department of Justice~~   Request No. 1020903

~~FLAG BUILDING, Suite 570~~   Date of Request: 4/7/05 & 4/14/05

~~Washington, D. C. 20530~~

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

___Federal Bureau of Investigation___ conjunction to my request for records.
(check appropriate box or boxes below)

__X__  The agency has not responded and the time limits within which to do so has expired.

_____  The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some by claiming certain exemptions.

_____  The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____  The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____  The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

__X__  I believe the agency action or inaction otherwise unjust for the following reason :

~~I requested information from the Headquarters in Washington, D.C. and~~
~~each field office in Little Rock, AR; New Haven Connecticut; Dallas, TX~~
and Houston, TX; Charlotte, NC; Philadelphia, Penn; Pheonix, AZ &
Oklahoma City, OK. They either did not answer or have not processed them.

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name) Robert Mackay

(No.) 03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

cc: file                    #15

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642　　　　　　　　　　　Washington, D.C. 20530

AUG 2 2 2005

Mr. Robert Mackay
Register No. 03473-063
F.C.C., Unit B-1
P.O. Box 3000
Forrest City, AR 72336

　　　　　Re:   Request No. 1020903

Dear Mr. Mackay:

　　　　This responds to your letter dated August 4, 2005, in which you sought to appeal from the failure of the Federal Bureau of Investigation to respond to your request for access to records.

　　　　I have notified the FBI of your communication. It is my understanding that the FBI is still processing your request. Although the Act authorizes you to treat the failure of the FBI to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the FBI. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the FBI completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the FBI's substantive action on your request.

　　　　In the event that the FBI still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　Richard L. Huff
　　　　　　　　　　　　　　　　　　　　　　Co-Director

RLH:PAJ:CIH　　　　　　　　　#16

To: Special Agent in Charge          Date: April 14, 2005

Federal Bureau of Investigation

1801 N Lamar Street, Rm 300

Dallas, Texas 75202

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME           ROBERT ARTHUR MACKAY

DATE OF BIRTH :     February 25, 1947

PLACE OF BIRTH :    Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April, 2005.

By X *Robert A Mackay*
          Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#17



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

August 2, 2005

MR. ROBERT ARTHUR MACKAY
**03473-063
FEDERAL CORRECTIONAL COMPLEX
BOX 3000 (MEDIUM)
FORREST CITY, AR  72336

Request No.: 1026007- 000
Subject: MACKAY, ROBERT ARTHUR

Dear Mr. Mackay:

☒      This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐      For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐      To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐      If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐      We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐      Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

#18



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. ROBERT ARTHUR MACKAY
\*\*03473-063
FEDERAL CORRECTIONAL COMPLEX
BOX 3000 (MEDIUM)
FORREST CITY, AR 72336

August 25, 2005

Request No.: 1026007- 000
Subject: MACKAY, ROBERT ARTHUR

Dear Mr. Mackay:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices at our Dallas Field Office.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

#19

# FOIA APPEAL

To: Co-Director
Office of Information & Privacy
Department of Justice
~~W&G~~ BUILDING, Suite 570
Washington, D. C. 20530

Date: ~~September 7,~~ 2005

RE: FOIA to ___FBI___

Request No. __1026007-000__

Date of Request: __8/2/05__

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
___FBI___ in conjunction to my request for records.
(check appropriate box or boxes below)

__X__ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

__X__ I believe the agency action or inaction otherwise unjust for the following reason :
___Agency is in gross violation of FOIA time limits within which to process my request.___

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X _Robert Mackay_

(name) ROBERT MACKAY
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#20

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.