**FOIA APPEAL**

To: ___Co-Director___   Date: September 12, 2005

Office of Information & Privacy

Department of Justice   RE: FOIA to ___1026007-000___

FLAG BUILDING, Suite 570   Request No. ~~FBI Dallas~~

Washington, D.C. 20530   Date of Request: ___8/25/05___

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

___FBI Dallas___ in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name)  Robert Mackay

(No.)  03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 29, 2005

MR. ROBERT ARTHUR MACKAY
**03473-063
FEDERAL CORRECTIONAL COMPLEX (MEDIUM)
BOX 3000
FORREST CITY, AR 72336

Request No.: 1024699- 000
Subject: MACKAY, ROBERT ARTHUR

Dear Requester:

Reference was made to your Freedom of Information-Privacy Acts request to the United States Marshals Service. Contained in their files was a document which originated with the Federal Bureau of Investigation. This document was forwarded to us for review and release determination.

We have completed our review. All the FBI information is being released in its entirety. The United States Marshal Service has cited b7C, for the withholding of their information..

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s): (1)

#22

                                    FOIA APPEAL

To: Co-Director                            Date: __October 5, 2005__

Office of Information & Privacy
                                           RE: FOIA to    __FBI__
~~FLAG BUILDING, Suite 570~~
                                           Request No. 1024699-000
~~Department of Justice~~
                                           Date of Request: __9/29/05__
~~Washington, D. C. 20530~~

Dear Sir:

        This is an appeal under the Freedom of Information Act.
        Please review the action or inaction of the following agency:

__FBI refered by USMS__          in conjunction to my request for records.
            (check appropriate box or boxes below)

_____  The agency has not responded and the time limits within which
        to do so has expired.
_____  The agency has claimed that no records could be found and
        I want to appeal that "no records" response.
        The agency has blanket denied release of records.
__x___  The agency has released certain records and withheld some
        by claiming certain exemptions.
        The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.
_____  The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.
_____  The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.
_____  I believe the agency action or inaction otherwise unjust
        for the following reason :

_____

_____

_____


        Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
        The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                              Sincerely,
                              X  _Robert Mackay_ (signature)

                              (name)  Robert Mackay
                              (No.)   03473-063
                              Federal Correctional Complex
                              Box 3000 (MEDIUM)
                     #23      Forrest City, Arkansas 72336


cc: file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

OCT 2 6 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

      Re: Request No. 1024699

Dear Mr. Mackay:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on October 20, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0266**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                           Sincerely,

                           Priscilla Jones
                           Chief, Administrative Staff

23 A

To: ___Director_____    Date: April 7, 2005

Bureau of Alcohol, Tobacco, Firearms & Explosives

Department of Justice

Washington, D. C.  20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search: I request all criminal investigatory and forefeiture records.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME _____ROBERT ARTHUR MACKAY_____

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __7th day of ____April_____, __2005__.

By  X _____Robert A. Mackay_____
Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay _____

Reg. No. ____03473-063_____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336  #24



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

**MAY 1 9 2005**    Washington, DC 20226    100060-SP
www.atf.gov

Mr. Robert Mackay
Reg. No. 03473-063
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AK 72336

Dear Mr. Mackay:

This is to acknowledge your Freedom of Information Act (FOIA) request to the Bureau
of Alcohol, Tobacco, Firearms and Explosives (ATF).

Your request was received on May 18, 2005, and has been assigned number 05-1088; a
response will be mailed to you within 20 (twenty) business days from the date of receipt.

Sincerely yours,

*April Sands*

April Sands
Disclosure Assistant

#25



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

JUN 1 7 2005    Washington, DC 20226    REFER TO: 05-1088
www.atf.gov

Robert Mackay
Reg. No. 03473-063
F.C.I.
P.O. Box 3000 (medium)
Forrest City, Arkansas 72336

Dear Mr. Mackay:

This is in response to your Freedom of Information Act request for access to information maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) regarding self.

A search of our records identified the requested information concerning you; but due to age the records were destroyed according to the records retention guidelines.

This is not a denial; rather it is to advise you that we are unable to provide the requested documents.

If you choose to interpret this response as a denial, you have the right to request an administrative appeal based on the efficiency of the search. You may submit a request for an Administrative Appeal by writing to the Office of Information and Privacy, Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and include the REFER TO: number that appears at the upper right of this letter. Your letter of appeal should state any arguments in support thereof.

Sincerely,

Suzanne Placanica
Disclosure Specialist

#26

**FOIA APPEAL**

To: __Co-Director__                                    Date: __July 23, 2005__

__Office of Information & Privacy__              RE: FOIA to __BATF&E__

__Department of Justice__                            Request No. __05-1088__

__FLAG BUILDING, Suite 570__                   Date of Request: __4/7/05__

__Washington, D. C. 20530__

Dear Sir:

      This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
Bureau of Alcohol, Tobacco, Firearms & Explosives
                          in conjunction to my request for records.
(check appropriate box or boxes below)

| | |
|---|---|
| _____ | The agency has not responded and the time limits within which to do so has expired. |
| __x__ | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| _____ | The agency has blanket denied release of records. |
| _____ | The agency has released certain records and withheld some by claiming certain exemptions. |
| _____ | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| __x__ | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| _____ | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| __x__ | I believe the agency action or inaction otherwise unjust for the following reason : |

_____

_____

_____

      Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
      The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                                Sincerely,
                                X

                                (name)   Robert Mackay

                                (No.)   03473-063

                                Federal Correctional Complex

                                Box 3000 (MEDIUM)

                                Forrest City, Arkansas 72336

#27

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
             timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 0 8 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

     Re: Request No. 05-1088

Dear Mr. Mackay:

     This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on August 2, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2443**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

             Sincerely,

             *Nakitha Hilberd*

             for Priscilla Jones
             Chief, Administrative Staff

#28

To: Director                                    Date: April 7, 2005

United States Marshals Service

Department of Justice

Washington, D. C.  20530

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:
All Records.  I request you search.the ND, Texas and ED, Oklahoma.

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME ____ ROBERT ARTHUR MACKAY _____

DATE OF BIRTH : February 25, 1947 _____

PLACE OF BIRTH : Carlsbad, New Mexico USA _____

SOCIAL SECURITY NUMBER: 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 _____

    I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 7th day of April _____, 2005 .

                         X
By ___ *Robert A. Mackay* _____
                    Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay _____

Reg. No. 03473-063 _____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#29



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

May 20, 2005

Robert Arthur Mackay
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

> Re:  **Freedom of Information / Privacy Act Request No. 2005USMS8417**
> Subject: Self

Dear Mr. Mackay:

The United States Marshals Service is in receipt of your Freedom of Information Act request for records maintained by this agency.  We have commenced a search for documents and will contact you when our processing is complete

Although we are unable to determine at this time the amount of fees to be charged to you, if any, the filing of your request constitutes your agreement to pay all applicable fees that may be charged under 28 C.F.R § 16.10 or § 16.47, up to $25.00.  We will notify you as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

Sincerely,

*Shauna Baude*
**Arleta D. Cunningham**  *for*
Acting FOI/PA Officer
Office of General Counsel

#30

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*Washington, DC 20530-1000*

**JUL 0 1 2005**

Robert A. Mackay
Reg. No. 03473-063
Box 3000 (medium)
Forrest City, AR 72336

### Re: Freedom of Information/Privacy Act Request No. 2005USMS8417

Dear Mr. Mackay:

The United States Marshals Service is responding to your request for certain records in this agency's files pertaining to you.

Pursuant to your request, [X] the Marshals Service conducted a search of its files and located documents which are responsive, or [] the Marshals Service received documents referred from another agency for disclosure determination and direct response to you. The paragraphs checked below apply:

[ ] All documents located or [ ] all documents referred from another agency are being released to you without deletions.

[X ] Documents are being released to you; however, certain documents or portions of documents are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and/or the Privacy Act, 5 U.S.C. § 552a. Please refer to the list on page 2 of this letter for a description of information being withheld and the basis for withholding.

[X] Our search located document(s) which originated with or contain(s) information which originated with (an)other component(s) of the Department of Justice or with (an)other government agency(ies).

[ ] Information contained in Marshals Service records which originated with (an)other agency(ies) and a copy of your request have been referred to the originator(s) for consultation in accordance with 28 C.F.R. § 16.4 and/or § 16.42. The Marshals Service will correspond with you again upon completion of this consultation.

[X] Records which originated with the (an)other agency(ies) and a copy of your request have been referred to that agency for disclosure determination and direct response to you in accordance with 28 C.F.R. § 16.4 and/or § 16.42.

#31

in accordance with 28 C.F.R. § 16.4 and/or § 16.42.

[ ] Your request is being denied pursuant to the Freedom of Information Act and/or Privacy Act exemptions(s) identified by mark(s) on the following list.

[X] If you are dissatisfied with my action on this request, you may appeal from this (partial) denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Room 570, Flag Building, Washington, D.C. 20530, within 60 days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

[X] The enclosed material is provided for your further information.

Sincerely,

*S. Baudl for*

**William E. Bordley**
Associate General Counsel/FOIPA Officer
Office of General Counsel

Enclosures

Number of Documents Located or referred from another agency:    <u>31</u>
Number of Documents Released:    <u>22</u>
Number of Documents Referred:    <u>9</u>
Number of Documents Withheld:

Freedom of Information Act            Privacy Act
5 U.S.C. 552                          5 U.S.C. § 552a

Exemptions cited                     Description of Information Withheld:

[ ] (b)(1)    [ ] (b)(2)  [ ] (b)(3)  [ ] (d)(5)  [ ] (j)(2)[ ] Administrative marking(s)
[ ] (b)(4)    [ ] (b)(5) [ ] (b)(6)  [ ] (k)(1) [ ] (k)(2)  [X] Names of and/or information on
[ ] (b)(7)(A) [ ] (b)(7)(B)        [ ] (k)(5) [ ] (k)(6)      government employees
[X] (b)(7)(C) [ ] (b)(7)(D)                          [X]  Names of and/or information
[ ] (b)(7)(E) [ ] (b)(7)(F)                               pertaining to third-party individual(s)
                                                      [ ]  Names of and/or information
                                                           pertaining to other prisoners
                                                      [ ]  Confidential source information
                                    #32              [ ]  Other:

**FOIA APPEAL**

To: Co-Director                                    Date: July 11, 2005

Office of Information & Privacy
                                                   RE: FOIA to      USMS
Department of Justice
                                                   Request No. 2005USMS8417
FLAG BUILDING, Suite 570
                                                   Date of Request: 7/1/05
Washington, D. C.  20530                               (Release)

Dear Sir:

         This is an appeal under the Freedom of Information Act.
         Please review the action or inaction of the following agency:

US Marshals                               in conjunction to my request for records.
              (check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
           to do so has expired.
_____    The agency has claimed that no records could be found and
           I want to appeal that "no records" response.
_____    The agency has blanket denied release of records.
___X___    The agency has released certain records and withheld some
           by claiming certain exemptions.
_____    The agency has withheld certain records but has not claimed
           any exemptions or stated any reason for the deletions.
_____    The agency has claimed there are no records available or
           they have been destroyed and I believe they have not made
           a sufficient search.
_____    The agency has stated records were destroyed but has not
           stated where, how, when and for what reason and by whome
           they were destroyed and under what provision of the law.
_____    I believe the agency action or inaction otherwise unjust
           for the following reason :

_____

_____

_____

         Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
         The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.   The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                                    Sincerely,
                                    X

                                    (name)    Robert Mackay

                                    (No.)    03473-063

                                    Federal Correctional Complex

                                    Box 3000 (MEDIUM)

                                    Forrest City, Arkansas 72336

#33

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
           timely manner will result in civil action suit.

**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642                    Washington, D.C. 20530

## JUL 2 2 2005

Mr. Robert A. Mackay
Register No. 03473-063 - B-1
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR 72336

　　　　Re:  Request No. 2005USMS8417

Dear Mr. Mackay:

　　　　This is to advise you that your administrative appeal from the action of the United States Marshals Service on your request for information from the files of the Department of Justice was received by this Office on July 19, 2005.

　　　　The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-2336**.  Please mention this number in any future correspondence to this Office regarding this matter.

　　　　We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　　Chief, Administrative Staff

#34



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*          *Washington, D.C. 20530*


OCT 0 3 2005


Mr. Robert A. Mackay
Register No. 03473-063, Unit B-1
Federal Correctional Complex          Re:   Appeal No. 05-2336
Post Office Box 3000                        Request No. 2005USMS8417
Forrest City, AR  72336                     RLH:JHA:JTR

Dear Mr. Mackay:

    You appealed from the action of the United States Marshals
Service on your request for access to records concerning you.

    After carefully considering your appeal, I have decided to
affirm the USMS's action on your request.

    These records are exempt from the access provision of the
Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See 28 C.F.R.
§ 16.101 (2004).  Because these records are not available to you
under the Privacy Act, your request has been reviewed under the
Freedom of Information Act in order to afford you the greatest
possible access to the records you requested.

    The USMS properly withheld certain information that is
protected from disclosure under the FOIA pursuant to 5 U.S.C.
§ 552(b)(7)(C).  This provision concerns records or information
compiled for law enforcement purposes, the release of which could
reasonably be expected to constitute an unwarranted invasion of the
personal privacy of third parties.  I have also determined that this
information is not appropriate for discretionary release.

    In addition, the USMS referred nine pages consisting of your
FBI Identification Record, or "rap sheet," that originated with the
Federal Bureau of Investigation to that component for processing and
direct response to you.  This referral was proper and in accordance
with Departmental regulations.  See 28 C.F.R. § 16.4(c) (2004).

#35

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

#36

To: Director                                    Date: April 8, 2005

  Internal Revenue Service

  Department of Treasury

  Washington, D. C.  20224

Dear Sir:

   This is a request under the Freedom of Information Act.

   I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

   The following particulars may assist you in your search:
I am an OTHER requester seeking records for personal use.  I request
all records compiled from 1960 to date.  I request a search for every
year inclusive through 2005.  I ask for all criminal investigatory and
forfeiture records.  Search my personal income tax files.  Please search
Oklahoma (Muskogee), Tucson, AZ; Little Rock, AR; Houston, TX districts.
   I will pay reasonable search and reproduction fees.

                    My biographical data is as follows:

FULL NAME _____ROBERT ARTHUR MACKAY_____

DATE OF BIRTH : February 25, 1947_____

PLACE OF BIRTH : Carlsbad, New Mexico USA_____

SOCIAL SECURITY NUMBER: 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_____

   I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.

Executed this 8th day of April_____, 2005___.

                              X
                        By_____*Robert A Mackay*_____
                              Affiant Herein

(28 USC Section 1746)

Name: _____Robert Mackay_____

Reg. No. ____03473-063_____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336        #37

To:  District Director                          Date: April 15, 2005

     Internal Revenue Service

     1919 Smith Street

     Houston, Texas   77002

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

    The following particulars may assist you in your search:
  I am an OTHER requestor seeking records for personal use.  I request
all records compiled from 1960 to date.  I request a search for every year
inclusive through 2005.  I ask for all criminal investigatory and forfeiture
records.  PLease search all CRIMINAL INVESTIGATION DEPARTMENTS in this distric

    I will pay reasonable search and reproduction fees.

                My biographical data is as follows:

FULL NAME _____ ROBERT ARTHUR MACKAY _____

DATE OF BIRTH : February 25, 1947 _____

PLACE OF BIRTH : Carlsbad, New Mexico USA ____

SOCIAL SECURITY NUMBER: _ 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 _____

    I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.
                  15th           April        2005
Executed this _____day of _____, _____.

                             X
                        By _____ *Robert A. Mackay* _____
                                 Affiant Herein

(28 USC Section 1746)

Name: _____ Robert Mackay _____

Reg. No. ____ 03473-063 _____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336
                               #38

To: District Director                                    Date: April 15, 2005

    Internal Revenue Service

    55 N. Robinson , Suite 1056

    Oklahoma City, Oklahoma 73102

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:
I am an OTHER requestor seeking records for personal use. i request all records compiled from 1960 to date. I request a search for every year inclusive through 2005. I ask for all criminal investigatory and forfeiture records. PLease search all CRIMINAL INVESTIGATION DEPARTMENTS in this distric

    I will pay reasonable search and reproduction fees.

            My biographical data is as follows:

FULL NAME     ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

    I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this _____15th_____ day of _____April_____ , _____2005_____

By X _Robert A. Mackay_
                         Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#39

To: District Director                          Date: April 15, 2005

    Internal Revenue Service

    210 E Earl Drive

    Phoenix, Arizona  85012

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search. I am an OTHER requestor seeking records for personal use. I request all records compiled from 1960 to date. I request a search for every year inclusive through 2005. I ask for all criminal investigatory and forfeiture records. PLease search all CRIMINAL INVESTIGATION DEPARTMENTS in this distric

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME      ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ____15th____ day of ____April____, ____2005____.

By ___X Robert a. Mackay___
                        Affiant Herein

(28 USC Section 1746)

Name: ____Robert Mackay____

Reg. No. ____03473-063____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#40