

# DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
### WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

May 20, 2005

Mr. Robert Mackay, 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, AR  72336

Dear Mr. Mackay:

This is in response to your Freedom of Information Act (FOIA) request dated April 15, 2005, and received in this office May 18, 2005, Disclosure Case No. 86-2005-01738.

The Freedom of Information Act, 5 U.S.C. 552, provides access by the public to records maintained by the Federal government.  The Act, and regulations promulgated there under, sets forth certain requirements that must be met for a request to be processed. Your request did not meet the requirements as checked on the attached Form of Request Outline.

If you have any questions regarding our response, please contact me at (602) 207-8379 or you may write us at 210 E. Earll Dr., MS 7000PHX, Phoenix, AZ 85012.

Sincerely,

Patricia A. Davis
Senior Disclosure Specialist
ID Number 86-17160

Enclosures

#41

## FOIA APPEAL

**To:** Director

**Date:** June 29, 2005

INTERNAL REVENUE SERVICE

Department of the Treasury

Washington, D. C. 20224

**RE: FOIA to** IRS

**Request No.** 86-2005-01738

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:
Internal Revenue Service
in connection to my request for records.

**(check appropriate box or boxes below)**

_____ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

__X__ I believe the agency action or inaction otherwise unjust for the following reason:
I did comply with the requisites and did submit a sufficient sworn statement as to my identity.

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

#42

Sincerely,

cc: file

X

Robert Mackay 03473-063

Box 3000, Forrest City, AR 72336



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

**JUL 26 2005**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

ROBERT ARTHUR MACKAY
REG # 03473-063
FEDERAL CORRECTIONAL COMPLEX
P. O. BOX 3000
FORREST CITY, AR 72336

Dear Mr. Mackay:

This letter is in response to your Freedom of Information Act request dated April 8, 2005, which was received on July 18, 2005.

We cannot honor your request as a FOIA because it does not meet the requirements of the Act. The Freedom of Information Act provides for access by the public to records maintained by the Federal Government. In order for us to process your request, you must establish your identity and right to the records you requested, and specify exactly what records you wish to receive by year. Requirements that must be considered to constitute a valid FOIA request are:

1. Proof of identity of the person to whom the records belong must be provided:

   a. By signature, address, and one other form of identification such as a photocopy of a driver's license or other document bearing the individual's signature, or
   b. By presenting an original notarized statement swearing or affirming to his or her identity, or
   c. A sworn statement as to the identity, under penalty of perjury, is acceptable in lieu of a notarized statement. The sworn statement must meet the requirements of 28 U.S.C. § 1746. In order to meet these requirements, the sworn statement must include the following language: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [Date]."

2. A firm commitment to pay search and copy fees must be made (search fees are $17.00 for each hour or fraction thereof and copy fees are $0.20 per page).

3. Third party requests require a valid Power of Attorney, and an attestation as to the status of the requester.

#43

2

An indispensable element of a FOIA request is that it must describe the records to which access is being sought in sufficient detail necessary to conduct a proper search. Your request for "all records compiled from 1960 to date", lacks the specificity necessary for us to conduct a proper search. If you will describe the records you are seeking by their correct title and name, we will gladly attempt to locate them.

For further information, please contact Patricia Williams, Disclosure Specialist, ID Number 18-02366, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02557.

Sincerely,

*Patricia A. Williams*

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

Enclosure(s): ()

#44

## FOIA REQUEST

To: ~~Internal Revenue Service~~                    Date: __August 3, 2005__

~~Austin Campus Disclosure Office~~

~~P.O. Box 2986, Mail Stop 7000 AUSC~~

~~Austin, Texas 78768~~
_____ RE: 86-2005-01738

Dear Sir:

     This is a request under the Freedom of Information Act.
     I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is in
any way connected to, related to, or even remotely in reference to
my name or the subject matter briefly described below:

I request all criminal investigatory records compiled by IRS for the

years 1960 to 2005 inclusive.  I am an OTHER requester for personal use.

I ask you search Muskogee, OK; Tucson, AZ; Little Rock, AR; Houston, TX
districts.  ~~I want personal income tax files.  Also forfeiture records.~~
     I will pay reasonable search and reproduction fees.

          My Biographical data is as follows:

FULL NAME:     __ROBERT ARTHUR MACKAY__

DATE OF BIRTH  __February 25, 1947__

PLACE OF BIRTH  __Carlsbad, New Mexico USA__

SOCIAL SECURITY NUMBER __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__

     I declare (or certify, verify, or state) under the penalty of
perjury that the foregoing is true and correct.

Executed on this __3rd__ day of __August__ , 2005.


                    By X _____
                          Affiant/Declarant Herein

(28 USC Section 1746)


Name: __Robert Mackay__

Reg. No. __03473-063__

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas
                    72336



cc : file

#45



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

AUG 2 6 2005

SMALL BUSINESS/SELF-EMPLOYED DIVISION

ROBERT ARTHUR MACKAY
03473-063-B-1
FEDERAL CORRECTIONAL COMPLEX
BOX 3000
FORREST CITY, AR 72336

Dear Mr. Mackay:

This letter is in response to your Freedom of Information Act request dated August 3, 2005, which was received on August 9, 2005.

We cannot honor your request as a FOIA because it does not meet the requirements of the Act. The Freedom of Information Act provides for access by the public to records maintained by the Federal Government. In order for us to process your request, you must establish your identity and right to the records you requested. Requirements that must be considered to constitute a valid FOIA request are:

    1. Proof of identity of the person to whom the records belong must be provided:

        a. By signature, address, and one other form of identification such as a photocopy of a driver's license or other document bearing the individual's signature, or

        b. By presenting an original notarized statement swearing or affirming to his or her identity, or

        **c. A sworn statement as to the identity, under penalty of perjury, is acceptable in lieu of a notarized statement. The sworn statement must meet the requirements of 28 U.S.C. § 1746. In order to meet these requirements, the sworn statement must include the following language: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on [Date]."**

#46

2

You may submit a perfected request which meet all of the FOIA requirements within 30 days from the date of this letter. However, such record as may exist with respect to your request is located at the Oklahoma Office. Your perfected request should be submitted to that office at:

> Internal Revenue Service
> Oklahoma Disclosure Office
> Mail Stop 7000 OKC
> 55 N Robinson
> Oklahoma City, Ok 73102

This office has nothing to provide in response to your requests and this letter represents our final response concerning these matters.

For further information, please contact Patricia Williams, Disclosure Specialist, ID Number 18-02366, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02815.

Sincerely,

*Patricia J. Williams*

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

#47

**FOIA APPEAL**

To:  Director    Date:  September 23, 2005

Internal Revenue Service

Department of the Treasury    RE: FOIA to ___IRS___

Washington, D. C.   20224    Request No. 4/8/05 & 4/15/05

Date of Request: ___(above)___
(those numbers)

(86-2005-01738)

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
INTERNAL REVENUE SERVICE
_____ in conjunction to my request for records.
      (check appropriate box or boxes below)

  X   The agency has not responded and the time limits within which
to do so has expired.
_____ The agency has claimed that no records could be found and
I want to appeal that "no records" response.
  X   The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some
by claiming certain exemptions.
  X   The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.
_____ The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.
_____ The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.
  X   I believe the agency action or inaction otherwise unjust
for the following reason.
I have been repeatedly rebuffed by IRS. The last communication of 8/26/0⁙
treated my appeal as a request.  I am repeatedly badgered for a proper
proof of identity, but have sent proper ones numerous times.

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

Sincerely,
X

| (name) | Robert Mackay |
| (No.) | 03473-063 |
| Federal Correctional Complex | |
| Box 3000 (MEDIUM) | |
| Forrest City, Arkansas 72336 | |

#48

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.

**Internal Revenue Service**

**Department of The Treasury**

**Date:** November 22, 2005

**Address and reply to:**
Appeals Office, Fresno Campus
5045 E. Butler Ave. M/S 55201
Fresno, CA 93727-5136

**Person to Contact:**
Margaret Field

Robert Mackay, #03473-063-B-1
Federal Correctional Complex, Medium
P.O. Box 3000-Medium
Forrest City, AR 72336

**Contact Telephone Number:**
(559) 452-3053 (Office)
(559) 452-3266 (Fax)
**In Re:**
Freedom of Information Appeal

Dear Mr. Mackay:

We are in receipt of your Freedom of Information Act (FOIA) administrative appeal, dated September 23, 2005. Your letter was forwarded to our office from the Headquarters Disclosure Office in Washington, DC.

A review of the Disclosure database revealed that they did not release any documents to you since you failed to properly identify yourself or adequately describe the records that that you were requesting. It appears that the Disclosure Offices gave you instructions on how to perfect your request, but they have not yet received a valid request from you. As such, there is no basis for you to file an appeal.

In order for a FOIA request to be valid, you must:
1. indicate that your request is made pursuant to FOIA;
2. adequately describe the records sought by your request;
3. include your agreement to pay fees for search, duplication and review, or include a request for fee waiver or reduction of fees, along with a justification for such request. Normally there is no charge if the number of pages copies is less than 100 pages; and
4. you must sign your request and establish your right to receive the requested documents by providing a photocopy of an identifying document bearing your signature (such as a driver's license, identification badge or passport), or a notarized statement swearing to or affirming your identity.

If, after you file a proper request with the Disclosure Office, they do not release all of the documents that you requested, you will be given the opportunity to file an appeal of the Disclosure Office's determination. Instructions for filing an appeal will be provided to you by the Disclosure Office in Notice 393.

Sincerely,

*Marge Field*

Marge Field
Appeals Team Manager

48 A

To: Director                                    Date:    April 8, 2005

   Department of Defense

   The Pentagon

   Washington, D. C.   20001

Dear Sir:

   This is a request under the Freedom of Information Act.

   I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

   The following particulars may assist you in your search:
   ALL RECORDS

   I will pay reasonable search and reproduction fees.

                    My biographical data is as follows:

FULL NAME        ROBERT ARTHUR MACKAY

DATE OF BIRTH :  February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

   I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  8th day of    April         ,  2005  .

                              By  X  Robert A. Mackay
                                         Affiant Herein

(28 USC Section 1746)

Name:    Robert Mackay

Reg. No.    03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)                    #49
Forrest City, Arkansas   72336

To: __Director - Department of Defense__    Date: __April 14, 2005__

__400 Army Navy Drive__

__Criminal Investigation Service__

__Office of the Inspector General__

Arlington, Virginia 22202
Dear Sir:

      This is a request under the Freedom of Information Act.

      I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

      The following particulars may assist you in your search:

    ALL RECORDS

     I will pay reasonable search and reproduction fees.

        My biographical data is as follows:

FULL NAME    __ROBERT ARTHUR MACKAY__

DATE OF BIRTH : __February 25, 1947__

PLACE OF BIRTH : __Carlsbad, New Mexico USA__

SOCIAL SECURITY NUMBER: __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__

      I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this _____ day of _____, _____.

                   X
By __Robert A. Mackay__
              Affiant Herein

(28 USC Section 1746)

Name: __Robert Mackay__

Reg. No. __03473-063__

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336    #50

To: Resident Agent in Charge                    Date: April 14, 2005

Houston Resident Agency — Department of Defense

Suite 825 THe Lyric Center

440 Louisiana Street

Houston, Texas  77002
Dear Sir:

     This is a request under the Freedom of Information Act.

     I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

     The following particulars may assist you in your search:

ALL RECORDS

     I will pay reasonable search and reproduction fees.

     My biographical data is as follows:

FULL NAME     ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

     I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of ____April____, 2005

                                 X
                        By____ *Robert A. Mackay*____
                                        Affiant Herein

(28 USC Section 1746)

Name: ____Robert Mackay____

Reg. No. ____03473-063____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336        #51



**INSPECTOR GENERAL**
DEPARTMENT OF DEFENSE
400 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202–4704

OCCL

MAY 2 0 2005

Mr. Robert MacKay
Reg# 03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, AK  72336

Dear Mr. MacKay:

This is in response to your Freedom of Information Act (FOIA) request dated April 14, 2005 and received on May 19, 2005.  You are requesting "a copy of any and all documents, records and information that any part of [our] agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to [your] name."

We have a backlog of pending FOIA requests that were received prior to yours.  In an attempt to afford each requestor equal and impartial treatment, we have adopted a general practice of assigning requests in the order of receipt.  Your FOIA request has been assigned case number 05-0268.  Please mention this number in any future correspondence to this agency regarding this matter.

We will notify you of the decision on your FOIA request as soon as possible.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Darryl R. Aaron
Chief
Freedom of Information Act/
Privacy Act Office

#52





### DEPARTMENT OF DEFENSE
**OFFICE OF FREEDOM OF INFORMATION AND SECURITY REVIEW**
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

JUL 01 2005

Ref: 05-FP-1065

Mr. Robert A. MacKay
Reg. No. 03473-063
Federal Correction Complex (Medium)
P. O. Box 3000
Forrest City, AR

Dear Mr. Mackay:

This is in response to your April 8, 2005, Freedom of Information/Privacy Acts request. We received your request on June 16, 2005.

We conducted a check of the Defense Clearance and Investigations Index database which contains references to personal investigations and clearances conducted by or for Department of Defense (DoD) investigative organizations. As a result of that search, we subsequently have referred your request to the DoD Office of Inspector General so that they may search for any information, if it exists, that may be responsive to your request. We have referred your request to the DoDIG, at the address below, since this agency is responsible for the operation of its own FOIA program, so that they may reply direct to you. There are no assessable fees for this response.

Inspector General of the
Department of Defense
Chief, FOIA/PA Office
400 Army Navy Drive, Room 201
Arlington, VA 22202-4704

Sincerely,

Dave Henshall
FOIA Specialist

#53



# FOIA APPEAL

To: <u>Inspector General of the</u>                  Date: <u>July 30, 2005</u>

<u>Department of Defense</u>

<u>Chief, FOIA/PA Office</u>                  RE: FOIA to <u>Dep of Defense</u>

<u>400 Army Navy Drive, Room 201</u>         Request No. <u>05-FP-1065</u>

<u>Arlington, VA 22202-4704</u>             Date of Request: <u>4/8/05</u>

Dear Sir:

     This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

<u>Department of Defense</u>        in conjunction to my request for records.
        (check appropriate box or boxes below)

<u> X </u>    The agency has not responded and the time limits within which
      to do so has expired.

<u>   </u>    The agency has claimed that no records could be found and
      I want to appeal that "no records" response.

<u>   </u>    The agency has blanket denied release of records.

<u>   </u>    The agency has released certain records and withheld some
      by claiming certain exemptions.

<u>   </u>    The agency has withheld certain records but has not claimed
      any exemptions or stated any reason for the deletions.

<u>   </u>    The agency has claimed there are no records available or
      they have been destroyed and I believe they have not made
      a sufficient search.

<u>   </u>    The agency has stated records were destroyed but has not
      stated where, how, when and for what reason and by whome
<u> X </u>    they were destroyed and under what provision of the law.
      I believe the agency action or inaction otherwise unjust
      for the following reason :

<u>Violations of the FOIA time limits within which to process my request.</u>

_____

_____

     Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
     The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                     Sincerely,
                     X

                     (name) <u>Robert Mackay</u>

                     (No.) <u> 03473-063</u>

                     <u>Federal Correctional Complex</u>

                     <u>Box 3000 (MEDIUM)</u>

                     <u>Forrest City, Arkansas 72336</u>

#54

<u>cc:</u> file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.



INSPECTOR GENERAL
DEPARTMENT OF DEFENSE
400 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202–4704

OCCL

AUG - 3 2005

Mr. Robert MacKay
Reg# 03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, AR  72336

Dear Mr. MacKay:

    This is in response to your Freedom of Information Act (FOIA) request dated
April 14, 2005.  You are requesting "a copy of any and all documents, records and
information that any part of [our] agency has or had in its possession that is in any way
connected to, related to, or even remotely in reference to [your] name."

    The requested information contains information from a system of records that is
exempt from the mandatory disclosure requirements of the Privacy Act of 1974, under
the provisions of 5 U.S.C. §552a(j)(2).  For this reason, we processed your request solely
under the provisions of the FOIA, 5 U.S.C. §552, which has been implemented in the
agency by Inspector General Instruction 5400.7, "Freedom of Information Act (FOIA)
Program."

    I have carefully reviewed the administrative documents responsive to your FOIA
request and determined that the enclosed documents that originated with the Office of the
Inspector General of the Department of Defense may be released to you with redactions.
The redactions are in accordance with the FOIA under the following exemptions
(Enclosure 1):

        (b)(2):  Information consisting of internal personnel rules and practices of
an agency.

        (b)(7)(C): The disclosure of information could reasonably be expected to
constitute an unwarranted invasion of personal privacy in law enforcement records of
individuals.  Also, it is used to protect the identity of government law enforcement
personnel named in the files.

#55

For your information, this Office received administrative documents that contained information not responsive to your request and thus were not processed.

You have the right to appeal this decision of withholding information from you that is responsive to your FOIA request. If you should appeal, your appeal must be in writing to the Appellate Authority:

> Mr. John R. Crane
> Assistant Inspector General
> Office of Communications and Congressional Liaison
> 400 Army Navy Drive, Room 752
> Arlington, VA 22202-4704

To be considered your appeal should be postmarked no later than 60 calendar days from the date of this letter. Please give your reasons for the appeal and write "Freedom of Information Act Appeal" printed clearly on the envelope and the letter. Also, reference your FOIA request number 05-0268 in your appeal letter, and include a copy of this letter.

I am the official responsible for this determination and have waived all processing fees. Should you have any questions regarding this matter, please contact Mr. Keith Mastromichalis at (703) 604-8723.

Sincerely,

Darryl R. Aaron
Chief
Freedom of Information Act and
    Privacy Act Office

Enclosures:
As stated

#56

**FOIA APPEAL**                    Date: <u>August 3, 2005</u>

To: ~~Darryl R, Aaron, Chief~~

~~FOIA/PA Office~~                                    RE: FOIA to <u>Dep of Defense</u>

~~Inspector General, Department of Defense~~ Request No. <u>OCCL No. 05-0268</u>

~~400 Army Navy Drive~~                            Date of Request: <u>4/14/05</u>
<u>Arlington, Virginia 22202-4704</u>

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

<u>Dept of Defense</u>              in conjunction to my request for records.
        (check appropriate box or boxes below)

<u> X </u>   The agency has not responded and the time limits within which
       to do so has expired.
<u>     </u>   The agency has claimed that no records could be found and
       I want to appeal that "no records" response.
<u>     </u>   The agency has blanket denied release of records.

<u>     </u>   The agency has released certain records and withheld some
       by claiming certain exemptions.
<u>     </u>   The agency has withheld certain records but has not claimed
       any exemptions or stated any reason for the deletions.
<u>     </u>   The agency has claimed there are no records available or
       they have been destroyed and I believe they have not made
       a sufficient search.
<u>     </u>   The agency has stated records were destroyed but has not
       stated where, how, when and for what reason and by whome
       they were destroyed and under what provision of the law.
<u> X </u>   I believe the agency action or inaction otherwise unjust
       for the following reason :
~~Violations of FOIA time limits within which to process my request.~~

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                    Sincerely,
                    X

                    (name)  <u>Robert Mackay</u>
                    (No.)  <u>03473-063</u>
                    <u>Federal Correctional Complex</u>
                    <u>Box 3000 (MEDIUM)</u>
                    <u>Forrest City, Arkansas 72336</u>

               #57

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
          timely manner will result in civil action suit.

**FOIA APPEAL**
Date: August 6, 2005

To: Resident Agent In Charge

Houston Resident Agency - Department of Defense
RE: FOIA to  Dep of Defense

Suite 875 The Lyric Center

640 Louisiana Street
Request No. ___none___

Houston, Texas 77002
Date of Request: 4/14/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Dept of Defense - Houston, TX in conjunction to my request for records.
(check appropriate box or boxes below)

__X__  The agency has not responded and the time limits within which
to do so has expired.

_____  The agency has claimed that no records could be found and
I want to appeal that "no records" response.

_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some
by claiming certain exemptions.

_____  The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____  The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.

_____  The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.

_____  I believe the agency action or inaction otherwise unjust
for the following reason :

_____

_____

Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

Sincerely,
X

(name)   Robert Mackay

(No.)   03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

#58

cc: file

NOTICE:   Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



**INSPECTOR GENERAL**
DEPARTMENT OF DEFENSE
400 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202–4704

AUG 1 0 2005

OCCL

Mr. Robert MacKay
Reg # 03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, AR 72336

Dear Mr. MacKay:

This is in response to your two Freedom of Information Act (FOIA) appeals dated July 30, 2005 and August 3, 2005. We received both appeals on August 9, 2005.

I do apologize for the delay in completing your FOIA request. However, on May 20, 2005, you were advised,

> "We have a backlog of pending FOIA requests that were received prior to Prior to yours. In an attempt to afford each requestor equal and impartial treatment, we have adopted a general practice of assigning requests in the order of receipt. Your FOIA request has been assigned case number 05-0268. Please mention this number in any future correspondence to this Agency regarding this manner." (Enclosure 1)

Also, on August 3, 2005, you were advised,

> "I have carefully reviewed the administrative documents responsive to your FOIA request and determined that the enclosed documents that originated with The Office of the Inspector General of the Department of Defense may be Released to you with redactions. The redactions are in accordance with the FOIA under the following exemptions:
>
> (b)(2): Information consisting of internal personnel rules and practices of an agency.
>
> (b)(7)(C): The disclosure of information could reasonably be expected to constitute an unwarranted invasion of personal privacy in law enforcement records of individuals. Also, it is used to protect the identity of government law enforcement personnel named in the files." (Enclosure 2)

#59

Therefore, I am not taking any action on your appeals.  I consider this matter completed.  Should you have any questions, please contact my action officer, Ms. Barbara Davis-Flanagan at (703)-604-9779.

Sincerely,

Darryl R. Aaron
Chief
Freedom of Information Act/
   Privacy Act Office

Enclosure:
As stated

#60