# FOIA APPEAL

To: ~~Mr. John R. Crane~~                    Date: ~~August 20, 2005~~

~~Assistant Inspector General~~              RE: FOIA to   Dept of Defense

~~Office of Communications & Congressional~~ Liason
                                             Request No. 05-0268

~~400 Army Navy Drive, Room 752~~            Date of Request: 4/14/05

~~Arlington, VA 22202-4704~~

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

~~Department of Defense~~       in conjunction to my request for records.
          (check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which
        to do so has expired.
_____ The agency has claimed that no records could be found and
        I want to appeal that "no records" response.
_____ The agency has blanket denied release of records.
___X___ The agency has released certain records and withheld some
        by claiming certain exemptions.
_____ The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.
_____ The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.
_____ The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.
_____ I believe the agency action or inaction otherwise unjust
        for the following reason :

_____

_____

_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                          Sincerely,
                          X

                          (name)  Robert MacKay
                          (No.)  03473-063
                          Federal Correctional Complex
                          Box 3000 (MEDIUM)
                          Forrest City, Arkansas 72336

                    #61

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.

**FOIA APPEAL**

To: _Inspector General_

_Department of Defense_

_400 Army Navy Drive_

_Arlington, Virginia  22202-4704_

Date: August 27, 2005

RE: FOIA to Dept of Defense

Request No.  none

Date of Request:  8/10/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

_Department of Defense_  in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which
to do so has expired.

_____ The agency has claimed that no records could be found and
I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some
by claiming certain exemptions.

__X__ The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.

_____ The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.

__X__ I believe the agency action or inaction otherwise unjust
for the following reason :
_I appeal the redactions that you say are in accordance with_

_the FOIA._  (your 8/10/05 letter)

Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

Sincerely,
X

| | |
|---|---|
| (name) | Robert Mackay |
| (No.) | 03473-063 |
| Federal Correctional Complex | |
| Box 3000 (MEDIUM) | |
| Forrest City, Arkansas 72336 | |

#62

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



INSPECTOR GENERAL
DEPARTMENT OF DEFENSE
400 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202–4704

SEP 1 3 2005

Mr. Robert Mackay
Reg #03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, Arkansas 72336

Dear Mr. Mackay:

This is in response to your letters dated August 20, 2005, and August 27, 2005. You are appealing the decision of Mr. Darryl R. Aaron, the Initial Denial Authority (IDA), to deny your Freedom of Information Act (FOIA) request 05-0268.

We have a backlog of pending FOIA appeals that were received prior to yours. In an attempt to afford each requestor equal and impartial treatment, we have adopted a general practice of assigning appeals in the order of receipt. Your FOIA appeal has been assigned case number 05-0268A. Please mention this number in any future correspondence to this agency regarding this matter.

We will notify you of the decision on your FOIA appeal as soon as possible. The necessity of this delay is regretted and your continuing courtesy is appreciated. Should you have any questions regarding this matter, please contact Ms. Barbara Davis-Flanagan at (703) 604-9779.

Sincerely,

for John R. Crane
Freedom of Information Act
Appellate Authority

#63



INSPECTOR GENERAL
DEPARTMENT OF DEFENSE
400 ARMY NAVY DRIVE
ARLINGTON, VIRGINIA 22202–4704

Mr. Robert Mackay                                          **OCT 2 8 2005**
03473-063-B-1
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, Arkansas  72336

Dear Mr. Mackay:

This is in response to your Freedom of Information Act (FOIA) appeal dated
August 27, 2005 and received by this office on September 7, 2005.  You are appealing
the August 03, 2005, decision of Mr. Darryl R. Aaron, the Initial Denial Authority
(IDA), to partially deny your FOIA request (05-0268A).

On August 03, 2005, the IDA stated,

> "I have carefully reviewed the administrative documents responsive to
> Your FOIA request and determined that the enclosed documents that
> originated with the Office of the Inspector General of the Department of
> Defense may be released to you with redactions.  The redactions are in
> Accordance with the FOIA under the following exemptions (Enclosure 1):

> > (b)(2):  Information consisting of internal personnel rules and practices
> > of an agency.

> > (b)(7)(C):  The disclosure of information could reasonably be expected to
> > Constitute an unwarranted invasion of personal privacy in law
> > Enforcement records of individuals.  Also, it is used to protect
> > the identity of government law enforcement personnel named
> > in the files."

I have carefully reviewed your appeal and determined that all actions
taken by the IDA were appropriate.  This letter constitutes my final decision on your
request.  As the Appellate Authority, I am the official responsible for this determination.
You may seek judicial review of this decision in federal court.

Sincerely,

John R. Crane
Freedom of Information Act
Appellate Authority

63A

To: __Director__                                    Date: __April 7, 2005__

__CRIMINAL DIVISION, Department of Justice__

__Keeney Building, Room 1127__

__950 Pennsylvania Avenue, NW__
Washington, D. C. 20530
Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
All Records.  Please Search ALL COMPONENTS.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME ___ROBERT ARTHUR MACKAY___

DATE OF BIRTH : __February 25, 1947__

PLACE OF BIRTH : __Carlsbad, New Mexico USA__

SOCIAL SECURITY NUMBER: __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__

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __7th__ day of __April__ , __2005__ .

                                By  X ___Robert A. Mackay___
                                          Affiant Herein

(28 USC Section 1746)

Name: __Robert Mackay__

Reg. No. __03473-063__

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336           #64



**U. S. Department of Justice**

Criminal Division

*Washington, D.C. 20530*

CRM-200500547P

MAY 2 7 2005

Robert Mackay
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 - Medium
Forrest City, AR 72336

Dear Mr. Mackay:

This will acknowledge receipt of your letter of April    07,
2005, requesting records relating to you.

We were unable to search for the records you requested because
you have not furnished the following item(s) in compliance with 28
C.F.R. 16.41.

[ ] <u>Certification of Identification Form</u>.  Notarized
signature or Declaration pursuant to 28 U.S.C. Section
1746.

[X] <u>Privacy Act Identification and Request Form</u>.  This form
is requested because our experience indicates that many
persons throughout the country have the same or similar
names.

[X] **CURRENT** <u>Descriptive List of Systems of Records Maintained
by the Criminal Division</u>.  Please review this list and
indicate which systems you wished searched.

A copy of each requested form is enclosed.

Please be advised that this Office processes only records
maintained by the Criminal Division of the United States Department
of Justice.  Your request also seeks information maintained by one or
more other components of the Justice Department, or other Federal
agencies.  The enclosed list contains the addresses of other offices
to which you may wish to send requests, if you have not done so
already.  We have highlighted any office you have mentioned
specifically.

#65

We are closing out this request. Upon receipt of the completed ᴜrm(s), we will assign a new number to your request and process it. Please return the requested form(s) to:

Thomas J. McIntyre, Chief
FOIA/PA Unit, Criminal Division
DOJ, Keeney Building, Suite 1127
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530.

If you treat this response as a denial, you have a right to an administrative appeal. The appeal should be in writing and addressed to: Assistant Attorney General, Office of Legal Policy (Attention: Office of Information and Privacy) United States Department of Justice, Washington, D.C. 20530. The envelope and letter should be clearly marked, "FOIA/PA Appeal". If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information Act/Privacy Act Unit
Office of Enforcement Operations
Criminal Division

#66

TO: FOIA/PA UNIT, CRIMINAL DIVISION

DOJ, KEENEY BUILDING, SUITE 1127
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530.                    DATE: June 12, 2005

PRIVACY ACT NOTICE: The following information is requested pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to verify your identity and to assist in locating your records. False information may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

I request access to records or information pertaining to me in the system(s) of records checked on the attached list.

1. FULL NAME (Please print):

   MACKAY        ROBERT        ARTHUR
   (LAST)        (FIRST)       (MIDDLE, IN FULL)

2. Date of Birth: 02/25/1947   Place of Birth: CARLSBAD, NEW MEXICO
   mo./day/year

3. Present address: BOX 3000, FORREST CITY, ARKANSAS 72336

4. Prior addresses: HC71, BOX 184, SOPER, OK 74759

5. The approximate year or years during which you believe that a record about you may have been created: 1992 TO 2005

6. The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created:
   EASTERN DISTRICT OF OKLAHOMA

7. If married or divorced or separated, the full name of your spouse (if wife, please include maiden name): KRIS ANN KILLINGSWORTH

8. If the record you believe to exist about you includes arrest, trial or conviction records:

   (a) The date of arrest, indictment or complaint against you:
   June 28, 1997

   (b) Approximate date of conviction: JANUARY 5, 1998

   (c) Federal court and district in which trial or proceeding took place:
   NORTHERN DISTRICT OF TEXAS

   (d) Federal offense(s) involved: CONSPIRACY TO DIST MARIJUANA

   (e) Names of codefendant(s) (if any): DAVID LARRY MEARS
                                          Jose Armando Rosales, et Al.

In accordance with Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

#67

Signature: X Robert A. Mackay   Date: 6/12/05   Rev. 10/03

SION                                                    PRIVACY ACT SYSTEMS OF RECORDS

ER'S NAME  Robert  Mackay____    PA/CRM NO. _____

## TO EXPEDITE YOUR REQUEST

Please read the description of the information contained in each system of records before requesting a search of that system. Feel free to request a search of any system you reasonably think may contain records relating to you. However, if you have no reason to believe that a particular system of records will contain information about you, requesting that system may cause unnecessary delays in our response. <u>Please be aware that most Federal prosecutions are conducted by the local United States Attorney's Office, whose records may be requested from the Justice Department's Executive Office for United States Attorneys.</u> Also, if you are seeking records of other components of the United States Department of Justice (such as the FBI or the Drug Enforcement Administration) or of other agencies of the United States government, you should address your request directly to those components or agencies. A listing of addresses of FOIA contacts for all Federal agencies may be found at http://www.usdoj.gov/ foia/foiacontacts.htm.

**JUSTICE/CRM - 001**        Central Criminal Division Index File and Associated Records

This system contains information on persons referred to in potential or actual cases and matters of concern to the Criminal Division and correspondence on subjects directed or referred to the Criminal Division. This system also contains records which were maintained by the former Internal Security Division (now a Section of the Criminal Division).

This system also contains records which are maintained by the <u>Narcotics & Dangerous Drug Section</u>. If you have reason to believe records concerning you may be retrieved from that Section please check here

**N.A.  JUSTICE/CRM - 002**        Criminal Division Witness Security File (Not Available Under FOIA/P.A.)

This system contains information on persons who are potential or actual witnesses and/or informants for whom federal protection has been considered or authorized. This system also contains information concerning relatives and associates of those individuals.

PLEASE NOTE: All information pertaining to Witness Security matters is exempt from disclosure under the Privacy Act pursuant to 5 U.S.C. § 552a(j)(2), and from the FOIA pursuant to Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3), in conjunction with 18 U.S.C. § 3521(b)(1)(G), a provision of the Witness Security Reform Act of 1984. Consequently, this information is not available through the FOIA/PA Unit. Information from this system can be requested <u>only by writing directly to</u>:

United States Department of Justice, Office of Enforcement Operations, Witness Security Unit, P.O. Box 7600, Washington, D.C. 20044-7600

Pursuant to the Witness Security Reform Act, the Attorney General is required to evaluate each request on its merits, after weighing (1) the danger such a disclosure would pose to the witness, (2) the detriment it would cause to the general effectiveness of the witness security program, and (3) the benefit such disclosure would afford to the public or to the person seeking the disclosure. Therefore, you <u>must</u> include a detailed explanation of the purpose for which you are seeking the information and a statement of how you intend to use the material, if released.

#68

**JUSTICE/CRM - 003**    File of Names Checked to Determine if Those Individuals have been the Subject of an Electronic Surveillance

This system contains information concerning grand jury witnesses, defendants, and potential defendants in criminal cases and their attorneys whose names have been submitted in response to, or anticipation of, discovery motions, to inquire whether they have ever been the subjects of electronic surveillance.

**JUSTICE/CRM - 004**    General Litigation and Legal Advice Section, Criminal Division, Central Index File and Associated Records

This system contains information on persons referred to in potential or actual cases and matters of concern to the General Litigation and Legal Advice Section, Criminal Division, and correspondence on subjects directed or referred to the Criminal Division.

**JUSTICE/CRM - 012**    Organized Crime and Racketeering Section, General Index File and Associated Records

This system consists of records created and/or maintained by the National Office, Organized Crime and Racketeering Section in Washington, D.C. It contains information on persons who have been prosecuted or are under investigation for potential or actual federal criminal prosecution as well as persons allegedly involved in organized criminal activity and those alleged to be associated with the subject, who are or were of sufficient interest to the Division to warrant the compilation of records in Washington.

> NOTE:    Should you desire a search of records of the Organized Crime and Racketeering Strike Force Field Offices for records created after January 1, 1990, you should address your request to the Executive Office for United States Attorneys, FOIA Unit, U.S. Department of Justice, Room 7100 BICN, Washington, D.C. 20530.

**JUSTICE/CRM - 017**    Registration and Propaganda Files Under the Foreign Agents Registration Act of 1938, as amended

This system contains the statement of the registrant and other documents filed under the Foreign Agents Registration Act of 1938, 22 U.S.C. § 611 et seq.

**JUSTICE/CRM - 018**    Registration Files of Individuals who have Knowledge of, or have Received Instruction or Assignment in Espionage, Counterespionage, or Sabotage Service or Tactics of a Foreign Government or of a Foreign Political Party

This system contains the statement of the registrant and other documents filed under 50 U.S.C. § 851.

#69

**JUSTICE/CRM - 019**    Requests to the Attorney General for Approval of Applications to Federal Judges for Electronic Interceptions

This system contains information on individuals who have been the subject of requests by federal investigative agencies for electronic surveillance.

**JUSTICE/CRM - 021**    The Stocks and Bonds Intelligence Control Card File System

This system contains information on individuals, and their known associates, who are actual, potential, or alleged violators, of statutes dealing with stocks, bonds, and other securities.

**JUSTICE/CRM - 022**    Witness Immunity Records

This system contains information on potential or actual witnesses for whom immunity (pursuant to 18 U.S.C. §§ 6001-6004 and 18 U.S.C. § 2514) is proposed.

**JUSTICE/CRM - 024**    Freedom of Information/Privacy Act Records

This system contains copies of correspondence and internal memoranda related to Freedom of Information and Privacy Act requests received by the Criminal Division and related records necessary to the processing of such requests; files are arranged alphabetically under the name of the requester.

> NOTE:    In the event you check the system of records designated as JUSTICE/CRM - 024, we will deem your request to be only for documents pertaining to the processing of records prior to your present request.

**JUSTICE/CRM - 025**    Tax Disclosure Index File and Associated Records

This system contains information concerning taxpayers about whom the Criminal Division has requested and/or obtained disclosure of tax material from the Internal Revenue Service pursuant to 26 U.S.C. § 6103, on or after January 1, 1977.

(Check Below )**JUSTICE/CRM - 026**    Index of Prisoners Transferred and/or Extradited Under International Prisoner Transfer Treaties

(Please check which portion applies to you, International Transfer, International Extradition, or both).

**International Transfer**    This system consists of alphabetical indices bearing individual names of prisoners involved in international transfers, and the tape recordings and occasional verbatim transcripts of consent verification hearing held pursuant to 18 U.S.C. §§ 4107 and 4108, as well as copies of consent verification forms.

#70

The **JUSTICE/CRM - 026** system also contains files concerning international extradition and
**International** mutual assistance agreements between the United States and foreign countries.
**Extradition**

**JUSTICE/CRM - 027**        Displaced Persons Listings (Concerning the years 1948 - 1952)

This system consists of visa investigation files assembled by the United States Army Counterintelligence
Corps for individuals who applied for entry visa into the United States under the Displaced Persons Acts in
force from 1948 to 1952.

A search of this system will not be conducted unless you indicate that you applied for a visa as a displaced
person during the period 1948 to 1952.

NOTE:        THE FOLLOWING SYSTEM OF RECORDS CONTAINS ONLY THE NAMES OF, OR
             INFORMATION CONCERNING CURRENT OR PAST EMPLOYEES OF THE CRIMINAL
             DIVISION OF THE DEPARTMENT OF JUSTICE

A search of this system will be conducted only if you advise us that you are, or were employed by the
Criminal Division of the Justice Department, and provide the dates of your employment.

**JUSTICE/CRM - 008**        Name Card File on Department of Justice Personnel Authorized to have
                             Access to Classified Files of the Department of Justice

This system contains the names of current personnel of the Department of Justice, generally attorneys,
authorized to have access to records classified as Confidential, Secret and Top Secret.

5/05–Prior Versions Obsolete

#71

**FOIA APPEAL**          Date: July 26, 2005

To: Co-Director

Office of Information & Privacy          RE: FOIA to CRIMINAL DIV

Department of Justice          Request No. 200500547P

FLAG BUILDING, Suite 570          Date of Request: 4/7/05

Washington, D. C.  20530

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:
Criminal Division of DOJ _____ in conjunction to my request for records.
(check appropriate box or boxes below)

| | |
|---|---|
| __X__ | The agency has not responded and the time limits within which to do so has expired. |
| _____ | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| _____ | The agency has blanket denied release of records. |
| _____ | The agency has released certain records and withheld some by claiming certain exemptions. |
| _____ | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| _____ | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| _____ | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| _____ | I believe the agency action or inaction otherwise unjust for the following reason : |

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name) Robert Mackay

(No.) 03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

#72

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Criminal Division

_Washington, D.C.  20530_

AUG   5 2005

CRM-200500711P

Mr. Robert Arthur Mackay
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 - Medium
Forrest City, AR 72336

Dear Mr. Mackay:

This will acknowledge receipt of your Privacy Act request dated June 12, 2005, for Criminal Division records concerning you. Your request has been assigned file number 200500711P. Please refer to this number in any future correspondence with this Unit.

We will search the appropriate records system(s) and will respond to you further after we complete our searches. If you have any questions regarding the status of this request, you may contact Denise Kennedy on 202-616-0307.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit
Office of Enforcement Operations

#73



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    *Washington, D.C. 20530*
                                               **AUG 15 2005**


Mr. Robert A. Mackay
Register No. 03473-063
F.C.C., Unit B-1
P.O. Box 3000
Forrest City, AR 72336

     Re:  Request No. CRM200500547P

Dear Mr. Mackay:

     This responds to your letter dated July 26, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your request for access to records.

     I have notified the Criminal Division of your communication. It is my understanding that the Criminal Division is still processing your request. Although the Act authorizes you to treat the failure of the Criminal Division to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the Criminal Division. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the Criminal Division completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the Criminal Division's substantive action on your request.

     In the event that the Criminal Division still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                           Sincerely,

                           Richard L. Huff
                           Co-Director

RLH:PAJ:CJH                   #74

**FOIA APPEAL**

To:    Co-Director                         Date: September 6, 2005

Office of Information & Privacy
                                          RE: FOIA to Criminal Div
Department of Justice
                                          Request No. CRM-200500711P
Washington, D. C.    28530
                                          Date of Request:    8/5/05

(FLAG BUILDING, Suite 570)

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Criminal Division of USDOJ in conjunction to my request for records.
                  (check appropriate box or boxes below)

__X__    The agency has not responded and the time limits within which
         to do so has expired.
_____    The agency has claimed that no records could be found and
         I want to appeal that "no records" response.
_____    The agency has blanket denied release of records.

_____    The agency has released certain records and withheld some
         by claiming certain exemptions.
_____    The agency has withheld certain records but has not claimed
         any exemptions or stated any reason for the deletions.
_____    The agency has claimed there are no records available or
         they have been destroyed and I believe they have not made
         a sufficient search.
_____    The agency has stated records were destroyed but has not
         stated where, how, when and for what reason and by whome
         they were destroyed and under what provision of the law.
__X__    I believe the agency action or inaction otherwise unjust
         for the following reason :
Agency is in gross violation of FOIA timelimits within which to

process my request.


Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.    The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                         Sincerely,
                         X    Robert Mackay
                         (name)    Robert Mackay
                         (No.)    03473-063
                         Federal Correctional Complex
                         Box 3000 (MEDIUM)
                         Forrest City, Arkansas 72336

                    #75

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
           timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 6 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR  72336

      Re:  Request No. CRM200500711P

Dear Mr. Mackay:

      This responds to your letter dated September 6, 2005, in which you sought to appeal from the failure of the Criminal Division to respond to your request for access to records.

      I have notified the Criminal Division of your communication. It is my understanding that the Criminal Division is still processing your request. Although the Act authorizes you to treat the failure of the Criminal Division to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the Criminal Division. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the Criminal Division completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the Criminal Division's substantive action on your request.

      In the event that the Criminal Division still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

                            Sincerely,

                            Richard L. Huff
                            Co-Director

#76

RLH:PAJ:CIH

To: Director                          Date: April 8, 2005

National Archives

8601 Adelphi Road

College Park, MD  20740-6001

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS


I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME ____ ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this ___8th___ day of ___April___ , 2005 ___ .

By  X  _Robert A Mackay_
                    Affiant Herein

(28 USC Section 1746)

Name: ____ Robert Mackay

Reg. No. ____ 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#77

 *National Archives and Records Administration*

*8601 Adelphi Road*
*College Park, Maryland 20740-6001*

May 18, 2005

Robert Mackay
03473-063
Federal Correctional Complex
Box 3000 (medium)
Forrest City, AR 72336

Dear Mr. Mackay:

This is in response to your Freedom of Information Act request of April 8, 2005, which was received in this office on May 17, 2005 (our reference number **NW 26166**).

We have referred your letter to the appropriate office, and that office will reply to you directly.

Sincerely,

JOHN H. CLAGETT IV
Archives Specialist
Special Access and FOIA Staff

#78

# National Archives and Records Administration

*8601 Adelphi Road*
*College Park, Maryland 20740-6001*

May 25, 2005

Mr. Robert Mackay
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, Arkansas 72336

Dear Mr. Mackay:

This is in response to your April 8, 2005, Freedom of Information Act request (26166)
in which you requested a copy of any and all documents, records and information that
references your name. We received your request on May 20, 2005

A search was conducted among the general records of the Department of Justice, specifically
the "General Index" 1928-51, the "Criminal Division, Internal Security Index" and the "Foreign
Agents Registration Act" index. In all of the aforenamed indexes no information was found
relating to Robert Mackay.

We do not consider this response a denial under the Freedom of Information Act because the
records in our custody do not include the information you requested. If you consider this an
adverse response, you may appeal by writing the Deputy Archivist (ND), National Archives and
Records Administration, Washington, D.C. 20408-0002, and explain why you think our search
does not meet the requirements of the FOIA.

Sincerely,


TEXTUAL ARCHIVES
SERVICES DIVISION




#79

# FOIA APPEAL

To: Director                                                Date: June 16, 2005

National Archives & Records Administration

8601 Adelphi Road                          RE: FOIA to Archives

College Park, Maryland 20740-6001          5/25/05
                                           Request No.        NW26166

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

National Archives _____ in connection to my request for records.
            (check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
          to do so has expired.

__X___    The agency has claimed that no records could be found and I
          want to appeal that "no records" response.

_____    The agency has blanket denied release of all records.

_____    The agency has released certain records and withheld some
          by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed
          any exemptions or stated any reason for the deletions.

__X___    I believe the agency action or inaction otherwise unjust for
          the following reason:
I request an explanation as to what index's contain what and how the
references are put to retrieve records.

Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed. Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

                    #80            Sincerely,

cc: file

                            X_____
                            Robert Mackay 03473-063
                         Box 3000, Forrest City, AR 72336