# National Archives and Records Administration

*8601 Adelphi Road*
*College Park, Maryland 20740-6001*

SEP 2 7 2005

Robert A. Mackay
03473-063-B-1
Federal Correctional Complex (Medium)
Forest City, Arkansas 72336

Dear Mr. Mackay:

This is in response to your Freedom of Information Act (FOIA) appeal of June 16, 2005, appealing the no records response provided to you on May 25, 2005 by the National Archives and Records Administration (NARA) Textual Archives Services Division, College Park, MD. In your initial request, you asked for a copy of all documents, records and information that reference your name. Your request was received in this office July 8, 2005 and assigned tracking number NGC05-24A.

As you may know, NARA acquires preserves and makes available for research records of enduring value created or received by organizations of the executive legislative and judicial branches of the Federal government. Records in NARA's custody date from pre-federal times to present. The majority of records in NARA's custody are more than 30 years old. NARA arranges its holdings into numbered record groups, with each record group comprising the record of a major government entity, usually a bureau or independent agency. Rarely is a record series indexed under the name of an individual.

You have requested an explanation concerning the indexes and references used to retrieve records responsive to your request. Unfortunately, we have no single index to all records; in fact, many records are completely unindexed. In order for NARA staff to locate records on you, they would need to know when and how you encountered the government. Information that would have assisted us in locating records includes the names of the agency or component for which you had contact, names of officials with whom you had dealings or worked with, and the time span. Since you failed to provide the aforementioned information, I have determined that the search conducted by NARA staff was sufficient and in accordance with established guidelines.

The basis of your current appeal is that the NARA Textual Archives Services Division provided you with a "no records" response. In accordance with FOIA policy, agencies are required to undertake a search that is "reasonably calculated to uncover records." The search need not be perfect, only adequate and adequacy is measured by the reasonableness of the effort in light of the specific request. Further, a reasonable search does not require that an agency search every document in its possession in response to a FOIA request, only those likely to contain responsive records. As outlined in correspondence from NARA Textual Archives Services Division you were advised that a search was conducted among the general records of the Department of Justice, specifically the "General Index" 1928-51, "Criminal Division, Internal Security Index" and the "Foreign Agents Registration Act" index; and that no information was found relating to you. I believe that the search conducted by our Textual Archives Services Division was reasonable. Therefore, I affirm the initial response of May 25, 2005, from the NARA Textual Archives Services Division.

#81

This exhausts your administrative remedies.  Judicial review is available to you in the United States District Court for the judicial district in which you reside, or in the District of Columbia, or in the District of Maryland which is where the records are located

Sincerely,

*Lewis Bellardo*

LEWIS BELLARDO
Deputy Archivist/Chief of Staff

#82

To: Postmaster General                    Date: April 8, 2005

     United States Postal Service

     475 L'Enfant Plaza, SW

     Washington, D. C.  20260

Dear Sir:

     This is a request under the Freedom of Information Act.

     I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

     The following particulars may assist you in your search:

     I request your postal inspection department search for any MAIL WATCH or other investigatory records in Houston, TX; MUskogee, OK; and Little Rock, AR including Tucson, AZ postal districts.

     I will pay reasonable search and reproduction fees.

     My biographical data is as follows:

FULL NAME _____ ROBERT ARTHUR MACKAY _____

DATE OF BIRTH : February 25, 1947 _____

PLACE OF BIRTH : Carlsbad, New Mexico USA _____

SOCIAL SECURITY NUMBER: 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 _____

     I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this _8th_ day of _____April_____ , __2005__ .

By _X_ *Robert A. Mackay* _____
                         Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay _____

Reg. No. 03473-063 _____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#83

FOIA APPEAL

To: __Postmaster General__                Date: __July 23, 2005__

__United States Postal Service__           RE: FOIA to __USPS__

__475 L'Enfant Plaza, SW__                 Request No. __none__

__Washington, D. C.  20260__               Date of Request: __4/8/05__

Dear Sir:

     This is an appeal under the Freedom of Information Act.
     Please review the action or inaction of the following agency:
__United States Postal Service__ in conjunction to my request for records.
(check appropriate box or boxes below)

| | |
|---|---|
| __X__ | The agency has not responded and the time limits within which to do so has expired. |
| _____ | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| _____ | The agency has blanket denied release of records. |
| _____ | The agency has released certain records and withheld some by claiming certain exemptions. |
| _____ | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| _____ | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| _____ | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| _____ | I believe the agency action or inaction otherwise unjust for the following reason : |

_____

_____

_____

    Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed.  The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

| | |
|---|---|
| (name) | ROBERT MACKAY |
| (No.) | 03473-063 |
| Federal Correctional Complex | |
| Box 3000 (MEDIUM) | |
| Forrest City, Arkansas 72336 | |

#84

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

July 12, 2005

Mr. Robert Arthur Mackay
Reg. No. 03473-063
Federal Correctional Complex
P. O. Box 3000 (MEDIUM)
Forrest City, AR  72336-3000

RE: FOIA No. 2005-FIS-00168

Dear Mr. Mackay:

This will acknowledge receipt of your letter dated April 08, 2005, requesting, pursuant to the Freedom of Information/Privacy Acts, access to certain records that may be in the custody of the U.S. Postal Inspection Service pertaining to you.

There will be a delay in responding to your letter as we are in the process of conducting appropriate file searches pertaining to your request.

As information, it is our policy to process requests for access to Postal Inspection Service records on a first-in, first-out basis.  We will be in contact with you as soon as possible concerning this matter.

Sincerely,

*T A Warner*

T. A. Warner
Information Disclosure Technician

1735 N. LYNN STREET, ROOM 4039
ARLINGTON, VA  22209-4039
TELEPHONE: 703-292-4041
FAX: 703-292-4083

#85



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

July 20, 2005

Mr. Robert Arthur Mackay
Reg. No. 03473-063
Federal Correctional Complex
P. O. Box 3000 (MEDIUM)
Forrest City, AR 72336-3000

RE: FOIA No. 2005-FIS-00168

Dear Mr. Mackay:

This is in reference to your letter dated April 08, 2005, requesting, pursuant to the
Freedom of Information/Privacy Acts, access to certain records that may be in the
custody of the U.S. Postal Inspection Service regarding you.

A search was conducted of the Postal Inspection Service records at National
Headquarters, as well as those records at the Ft. Worth, Houston and Los Angeles
Divisions and the Criminal Investigations Service Center, the field elements whose
jurisdiction includes the states of Texas, Oklahoma, Arkansas, and Arizona. This
search disclosed no record that you have ever been the subject of a mail cover
request from any government agency, including the Postal Service, or have been the
subject of a file, record, or an investigation by the Postal Inspection Service.

In the event you treat this letter as a denial of your request for records, you have a
right to appeal this matter to the General Counsel of the U.S. Postal Service,
Washington, D.C. 20260-1100. Information on the appeal procedure is enclosed.

Sincerely,

T. A. Warner
Information Disclosure Technician

Enclosure

1735 N. LYNN STREET, ROOM 4039
ARLINGTON, VA 22209-4039
TELEPHONE: 703-292-4041
FAX: 703-292-4083

#86

**FOIA APPEAL**

To: General Counsel                                    Date: August 3, 2005

United States Postal Service                           RE: FOIA to USPS

Washington, S. C.  20260-1100                          Request No. 2005-FIS-00168

                                                       Date of Request: 7/20/05

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

US Postal Service                in conjunction to my request for records.
              (check appropriate box or boxes below)

_____     The agency has not responded and the time limits within which
            to do so has expired.
___X___     The agency has claimed that no records could be found and
            I want to appeal that "no records" response.
_____     The agency has blanket denied release of records.

_____     The agency has released certain records and withheld some
            by claiming certain exemptions.
_____     The agency has withheld certain records but has not claimed
            any exemptions or stated any reason for the deletions.
_____     The agency has claimed there are no records available or
            they have been destroyed and I believe they have not made
            a sufficient search.
_____     The agency has stated records were destroyed but has not
            stated where, how, when and for what reason and by whome
            they were destroyed and under what provision of the law.
_____     I believe the agency action or inaction otherwise unjust
            for the following reason :

_____
_____
_____

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                              Sincerely,
                              X
                              _____
                              (name)   Robert Mackay
                              _____
                              (No.)    03473-063
                              Federal Correctional Complex
                              _____
                              Box 3000 (MEDIUM)
                              _____
                              Forrest City, Arkansas 72336

cc: file                          #87

NOTICE:   Failure to respond to this administrative appeal in a
          timely manner will result in civil action suit.


**UNITED STATES**
**POSTAL SERVICE**

August 25, 2005

Robert Mackay
Prison Number 03473-063
Federal Correction Complex
Box 3000 (Medium)
Forrest City, AK 72336-3000

Freedom of Information Act Appeal 05-116

Dear Mr. Mackay:

This responds to your letter dated August 3, 2005, which was received by this office on August 10, in which you appeal the "no records" response from the U.S. Postal Inspection Service dated July 20, 2005, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

In a letter dated April 8, 2004, you requested records about any investigations or any "mail watch" involving you from the U.S. Postal Inspection Service. After consulting with responsible persons, we consider that the search conducted in response to your request was adequate, and, therefore, we are affirming the initial response to your request.

The FOIA requires government agencies to disclose reasonably described "records" within their possession unless the records fall within one or more exemptions. 5 U.S.C. § 552(a)(3), (b)(1)-(9). To qualify as agency records under the FOIA, requested materials must be created or obtained by an agency, and they must be within the agency's possession and control at the time the FOIA request is made. United States Department of Justice v. Tax Analysts, 492 U.S. 136, 144-45 (1989). The FOIA does not require agencies to create or retain documents, Kissinger v. Reporters Committee for Freedom of the Press, 445 U.S. 136, 152 (1980), to retrieve records removed from their possession, id. at 152-54, or to seek delivery of records held by other entities, Forsham v. Harris, 445 U.S. 169, 185-86 (1980).

Under the FOIA, agencies are required only to conduct searches reasonably calculated to discover requested records. See, e.g., Safecard Services, Inc. v. SEC, 926 F.2d 1197, 1201 (D.C. Cir. 1991). Speculation that records may exist does not require an agency to search for records that have not been located


#88

through a reasonable search. Id. In response to your request, the Inspection Service searched for any investigative records, which pertain to you. Specifically, the Inspection Service searched for records at the Criminal Investigations Service Center, and in the Fort Worth, Houston, and Los Angeles Divisions, organizational units whose jurisdictions include the states of Texas, Oklahoma, Arkansas, and Arizona. In addition, a search was conducted of the Postal Inspection Service records at National Headquarters. Under these circumstances, we consider that the Postal Service has complied with the FOIA by searching the files in which it is reasonable to expect that responsive records would be located. See Marks v. United States, 578 F.2d 261, 263 (9th Cir. 1978) (FBI search for records in central files and one field office held to comply with the FOIA).

Because there were no responsive records, we do not consider this to be a denial of your right to access to Postal Service records pursuant to the FOIA. The absence of records does not constitute a denial of records. Therefore, we will take no further action on your appeal and this file is closed. Nevertheless, the FOIA requires us to inform you that you may seek judicial review of a denial by bringing suit for that purpose in the United States District Court for the district in which you reside or have your principal place of business, the district in which you believe records are located, or in the District of Columbia.

For the General Counsel,

Anthony F. Alverno, Chief Counsel
Customer Protection & Privacy Law
Corporate Law Section
Law Department

cc:    T. A. Warner
       Information Disclosure Specialist

\# 89

 **UNITED STATES**
**POSTAL SERVICE**

September 9, 2005

Mr. Robert Mackay
Prison Number 03473-063
Federal Correction Complex
Box 3000 (Medium)
Forrest City, AK 72336-3000

**CERTIFIED MAIL 7002 0860 0006 9356 0622**

Freedom of Information Act Appeal 05-116A

Dear Mr. Mackay:

This responds to your letter dated July 23, 2005, addressed to the Postmaster General pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, et seq. Your letter was referred to other organizational units in the Postal Service and was received by the Office of the General Counsel on September 6, 2005.

In a letter dated April 8, 2005 to the Postmaster General, you requested access to U.S. Postal Inspection Service documents concerning you. In your letter of July 23, you construed the lack of response to your request as a denial of your request for records.

Your July 23, 2005 correspondence apparently crossed paths with the Postal Service's responses to your initial request for records. In particular, T.A. Warner, Information Disclosure Technician, Postal Inspection Service, responded to your initial FOIA request by correspondence dated July 20, 2005. A copy of that letter is enclosed.

By letter dated August 3, 2005, you appealed a "no records" response to your initial FOIA request. This office responded to that appeal by letter dated August 25, 2005. A copy of that letter is also enclosed.

Given that responses to your initial FOIA request and FOIA appeal have been issued by this agency, we consider that the issues raised in the July 23, 2005 letter to be moot. The matters raised in your July 23, 2005 correspondence have been addressed by this office's final decision on your FOIA request (i.e., the August 25, 2005 response to your appeal). We will accordingly close this file.

#90

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260
WWW.USPS.COM

Thank you for your interest.

For the General Counsel,

*Anthony F. Alverno*

Anthony F. Alverno
Chief Counsel
Customer Protection and Privacy Law
Corporate Law Section

Enclosures

cc:   T.A. Warner

#9 /

To: Director                                    Date: April 8, 2005

Federal Bureau of Prisons

320 First Street, NW

Washington, D. C.  20534

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search: Please search Seagoville, Texas Detention Center; Oakdale, LA FCI and Forrest City, AR plus Oklahoma City, OK Transfer Center. I need all medical, mental health, SIS, SIA, ISM and especially want to receive everything in my FOIA EXEMPT file and Central File. (in each institution)

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME _____ROBERT ARTHUR MACKAY_____

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __8th__ day of __April__, __2005__.

             By___X___*Robert A. Mackay*___
                               Affiant Herein

(28 USC Section 1746)

Name: ___Robert Mackay___

Reg. No. ___03473-063___

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#92



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

May 23, 2005

Robert Mackay
Register Number 03473-063
Federal Correctional Institution (Med)
Post Office Box 3000
Forrest City, Arkansas 72336

Re: Freedom of Information Request Number 2005-05220

Dear Mr. Mackay:

This is in response to your recent letter in which you requested
copies of all Federal Bureau of Prisons records that pertain to
you, including all Inmate Systems Management (ISM), Special
Investigative Supervisor/Agent (SIS/SIA), and "FOI Exempt" records.
You also request documents generated at Bureau of Prisons
facilities where you were previously incarcerated. Your request
for all records is interpreted as a request for copies of records
maintained in your central and medical files.

Please note, the majority of the records created by Bureau of
Prisons staff at facilities where you have previously been
incarcerated would be maintained in your central file, which is
accessible to you where you are currently confined. Title 28, Code
of Federal Regulation, Section 16.4(b), requires you to describe
the records that you seek in enough detail to enable staff to
locate them with a reasonable amount of effort. If you are seeking
copies of specific records other than those maintained at your
current institution, you should resubmit your request, with
additional information to identify the specific records, to the
Bureau of Prisons, Office of General Counsel, 320 First Street, NW,
Washington, D.C. 20534. The envelope and the request must be
clearly marked "Privacy Act Request."

Bureau of Prisons, Program Statement 1351.05, <u>Release of</u>
<u>Information</u>, states that an inmate who wishes to have copies of
materials in his file should first present his request to local
institution staff. If, after you review the materials locally, you
wish to acquire additional documents, you may submit a separate
request describing the records sought to the Bureau of Prisons,
Office of General Counsel, 320 First Street, N. W., Washington,

**SENSITIVE - LIMITED OFFICIAL USE**

#93

FOIA Req. No. 2005-05220                    May 23, 2005
Robert Mackay; Reg. No. 03473-063           Page 2

D.C. 20534. The envelope and the request must be clearly marked
"Privacy Act Request."

Please note, copies of the documents maintained by the ISM
department are routinely maintained in your central file. However,
if you wish to review the J&C file maintained by ISM, you should
submit a request to ISM staff in accordance with established
institution procedure.

By copy of this letter, I am informing staff at the institution
that you should be provided an opportunity to review your central
and medical files and be provided copies of all releasable
documents.

Copies of the documents maintained in the "FOI Exempt" section of
your central file and any investigative records maintained at the
Medium Security Federal Correctional Institution (FCI) in Forrest
City, Arkansas, have been requested and will be reviewed and
released as appropriate by this office.

Your request has been placed in chronological order based on the
date of receipt and will be handled as expeditiously as possible
when it is assigned for processing.

Please be advised that in accordance with Title 28, Code of Federal
Regulations, Section 16.3(c), this request constitutes an agreement
by you to pay all applicable fees up to $25.00. Please do not
forward payment at this time. You will be advised of the
applicable fees, if any.

Sincerely,

Michael D. Hood
Regional Counsel

lc

cc:   Linda Sanders, Warden
      FCI Forrest City (Medium)

      **NOTE: Please have the appropriate staff provide Mr. Sells
      with an opportunity to review the central and medical files
      pertaining to him and obtain copies of releasable documents.
      Please note a copy of the releasing correspondence should be
      forwarded to this office.**

SENSITIVE - LIMITED OFFICIAL USE

#94



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

June 8, 2005

Robert Mackay
Register Number 03473-063
Federal Correctional Institution (Med)
Post Office Box 3000
Forrest City, Arkansas 72336

Re:  Freedom of Information Request Number 2005-05220

Dear Mr. Mackay:

This is in response to your recent letter in which you requested
copies of Federal Bureau of Prisons records that pertain to you.
Your request was interpreted as a request for copies of records
maintained in your central and medical files as well as any
investigative records maintained at the Medium Security Federal
Correctional Institution (FCI) in Forrest City, Arkansas, which
pertain to you.

Institution staff advise you were provided an opportunity to
review your central file on May 21, 2005, and requested no copies
of documents from your central file.  Also, you were provided an
opportunity to review your medical file on June 3, 2005, and were
provided copies of two hundred eighty three (283) pages of
medical records.

A thorough search was conducted and a total of ten (10) pages
were located in response to your request for "FOI Exempt" and
investigative records.  These documents have been reviewed and
all ten (10) pages are releasable in whole or in part.

However, Title 28, Code of Federal Regulations, Section 16.11(a),
requires that a fee of ten cents (.10) per page be charged for
each page released which exceeds one hundred pages.  Thus, for
the two hundred eighty three (283) pages released to you by
institution staff and the remaining ten (10) pages responsive to

**SENSITIVE - LIMITED OFFICIAL USE**

#95

FOIA Req. No. 2005-05220                    June 8, 2005
Robert Mackay; Reg. No. 03473-063           Page 2

your request, a fee of nineteen dollars and thirty cents ($19.30)
is due.  Please forward a money order or check in the amount of
nineteen dollars and thirty cents ($19.30), made payable to the
Department of Treasury, to this office.  Upon receipt of the
amount due, the remaining ten (10) pages of records will be
forwarded to you.

Sincerely,

Michael D. Hood
Regional Counsel

lc

SENSITIVE - LIMITED OFFICIAL USE

#96

Michael Hood, Regional Counsel                      July 26, 2005
Federal Bureau of Prisons
South Central Regional Office
4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

                          RE: FOIA No 2005-05220

Dear Sir:

        In response to your letter of June 8, 2005, I hereby reply.

        I have arranged that $19.30 be sent to you in payment for the
FOIA records I received and the remaining 10 pages I have yet to
receive.

        Kindly send me the records at once.


                                  Sincerely,




                          Robery Mackay
                          No. 03473-063
                          Federal Correctional Complex
                          Box 3000
                          Forrest City, Arkansas 72336


cc : file




#97

**FOIA APPEAL**

To: ___Co-Director___                                    Date: _September 24, 2005_

Office of Information & Privacy

Department of Justice                                    RE: FOIA to __XXX  IRSBOP__

FLAG BUILDING, Suite 570                                 Request No. __XXXXXXYXXXX__ 2005-0522

Washington, D. C.    20530                               Date of Request: _4/8/05_

Dear Sir:

     This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Bureau of Prisons _____ in conjunction to my request for records.
       (check appropriate box or boxes below)

__x__ The agency has not responded and the time limits within which
     to do so has expired.

_____ The agency has claimed that no records could be found and
     I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

__x__ The agency has released certain records and withheld some
     by claiming certain exemptions.

__x__ The agency has withheld certain records but has not claimed
     any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or
     they have been destroyed and I believe they have not made
     a sufficient search.

_____ The agency has stated records were destroyed but has not
     stated where, how, when and for what reason and by whome
     they were destroyed and under what provision of the law.

__x__ I believe the agency action or inaction otherwise unjust
     for the following reason :

violationssof the FOIA time limits to process my request _____

_____

_____

     Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
     The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                           Sincerely,
                           X

                         (name)  Robert Mackay

                         (No.)  03473-063

                         Federal Correctional Complex

                         Box 3000 (MEDIUM)

                         Forrest City, Arkansas 72336

#98

cc: file

NOTICE:    Failure to respond to this administrative appeal in a
          timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                          *Washington, D.C. 20530*

OCT 14 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

      Re:  Request No. 2005-05220

Dear Mr. Mackay:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons on your request for information from the files of the Department of Justice was received by this Office on October 6, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0075**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                        Sincerely,

                        Priscilla Jones
                        Chief, Administrative Staff

#99

To:   Director                                    Date:  April 7, 2005

TAX DIVISION

Department of Justice

Washington, D. C.  20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME    ROBERT ARTHUR MACKAY

DATE OF BIRTH :  February 25, 1947

PLACE OF BIRTH :  Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  7th day of  April            ,  2005     .

                                         X
                              By_____
                                         Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#100