

**U.S. Department of Justice**

**Tax Division**

*Washington, D.C. 20533*

June 23, 2005

EJO'C:JBF:RRMcCoy
FOIPA/TAX # 9379

**Certified Mail No. 7004 1160 0006 7128 6775**
**RETURN RECEIPT REQUESTED**

Mr. Robert Arthur Mackay
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, AR 72336

Dear Mr. Mackay:

This refers to your April 8, 2005, Privacy Act request that
was addressed to the Tax Division. The Tax Division's Freedom of
Information and Privacy Act Unit received your request on June
23, 2005.

To ensure that records pertaining to you that happen to
exist in the Tax Division are disclosed only to you, we request
your assistance in verifying your identity.

Under the rules that apply to a portion of your request,
the Privacy Act's identity verification rules at 28 C.F.R.
§ 16.41(d), your request must include your full name and a
verifiable date and place of birth. Your request is missing
these pieces of information. As such, we are not yet certain
that the subject request was, in fact, from you. Accordingly,
we will need this information to begin processing your request.

To resolve this matter, would you please resubmit your
request to include the following additional information:

- A clear photocopy of a government-
  issued identification card;

- A fully completed identity
  verification form; and

- A written, signed affirmation from
  a notary that the person signing
  your identity verification form is,
  in fact, you.

# 101

Robert Arthur Mackay
FOIPA/TAX # 9379
Certified Mail No. 7004 1160 0006 7128 6775

In addition, we often locate files pertaining to different taxpayers who have similar names. It will help us eliminate confusion that may arise because of similar names if you will inform us whether you have been involved in any judicial tax proceedings. If you have been involved in such proceedings, please provide us with some details regarding the proceedings, such as the name of the case, where the case was tried, and the approximate date the lawsuit was commenced.

To assist you with the identity clarification issue and pursuant to 28 C.F.R. § 16.41(d), we are enclosing an Identity Verification Form. This form must be submitted to the U.S. Department of Justice, Tax Division, P.O. Box 227, Ben Franklin Station, Washington, D.C. 20044, Attention: FOIA/PA UNIT. Please note that you must sign the certification portion of the form. If you do not sign this portion, we will not be able to process your request.

You may expect a more complete reply to your request following our receipt of this form. However, if we do not receive this form within twenty (20) days of the date of this letter, we will assume that you no longer wish to have the Tax Division process your request and we will close our file on this matter.

                              Sincerely yours,

                              EILEEN J. O'CONNOR
                              Assistant Attorney General

        By:

                              J. BRIAN FERREL
                              Senior Division Counsel
                              for FOIA and PA Matters

Enclosure (1)

#102

## FOIA APPEAL

To: Co-Director                                           Date: June 29, 2005

Office of Information & Privacy

Department of Justice.                    RE: FOIA to    TAX DIVISION

FLAG BUILDING, Suite 570                  Request No.  9379

Washington, D. C.  20530

Dear Sir:

   This is an appeal under the Freedom of Information Act.

   Please consider reviewing the action or inaction of the agency:

   TAX DIVISION USDOJ
   _____  in connection to my request for records.
                    (check appropriate box or boxes below)

   _____  The agency has not responded and the time limits within which
           to do so has expired.

   _____  The agency has claimed that no records could be found and I
           want to appeal that "no records" response.

   _____  The agency has blanket denied release of all records.

   _____  The agency has released certain records and withheld some
           by claiming certain exemptions.

   _____  The agency has withheld certain records but has not claimed
           any exemptions or stated any reason for the deletions.

   __X__   I believe the agency action or inaction otherwise unjust for
           the following reason:
   I did sufficiently comply with all identification and verification
   rules in my initial request.
   _____

       Appellant believes the agency has acted arbitrary and/or capricious
   and asks for review of the action/inaction.

       The burden is on the agency to show the material withheld fits
   within the parameters of the exemptions claimed.  Appellant asks that
   the agency itemize and index the withheld material and include detailed
   affidavits & explanations in support to justify any withholdings.

                         #103        Sincerely,

cc: file

                         X_____
                            Robert Mackay 03473-063
                         Box 3000, Forrest City, AR 72336

**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: (202) 514-3642          *Washington, D.C. 20530*

**JUL 19 2005**

Mr. Robert Mackay
Register No. 03473-063, B-1
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR 72336

     Re: Request No. 9379

Dear Mr. Mackay:

     This is to advise you that your administrative appeal from the action of the Tax Division on your request for information from the files of the Department of Justice was received by this Office on July 14, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2297**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                 Sincerely,

                 Priscilla Jones
                 Chief, Administrative Staff

#104

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

Mr. Robert A. Mackay
Register No. 03473-063, Unit B-1
Federal Correctional Complex          Re:  Appeal No. 05-2297
Post Office Box 3000                       Request No. 9379
Forrest City, AR  72336                    RLH:KDC:JTR

Dear Mr. Mackay:

     You appealed from the action of the Tax Division of the United
States Department of Justice on your request for access to records
concerning you.

     After carefully considering your appeal, and as a result of
discussions between Tax Division personnel and a member of my staff,
I have decided to remand your request for a search for responsive
records.  If the Tax Division locates responsive records by this
search, it will send the releasable portions of them to you directly.
If you are dissatisfied with the Tax Division's ultimate action on
those records, you may appeal again to this Office.

     If you consider my response to be a denial of your appeal, you
may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Richard L. Huff
                              Co-Director

# 105



**U.S. Department of Justice**

**Tax Division**

*Washington, D.C. 20533*

September 12, 2005

EJO'C:JBF:RSilber
FOIPA/TAX # 9379

**Certified Mail No. 7004 1160 0006 7128 7321**
**RETURN RECEIPT REQUESTED**

Mr. Robert Arthur MacKay
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, AR 72336

Dear Mr. Mackay:

This refers to your April 8, 2005, Privacy Act request to which we responded on June 23, 2005, and which you appealed to the Office of Information and Privacy (OIP). As you are now aware, the OIP remanded your appeal to us for processing. This determination fulfills that remand.

Pursuant to 28 C.F.R. § 16.1, your request was reviewed under the standards of the Freedom of Information Act, 5 U.S.C. § 552, as amended by the Freedom of Information Reform Act of 1994, as amended by the Electronic Freedom of Information Act Amendments of 1996, 5 U.S.C.A. § 552 (West Supp. 1997).

The Tax Division has determined that four (4) documents from its records are responsive to your request and may be partially released to you. These records are enclosed with this letter.

The portions of the partially released documents that are not being disclosed are being withheld pursuant to 5 U.S.C. § 552(b)(7)(C) (Exemption 7(C)). This has been applied to information compiled for law enforcement purposes whose disclosure could reasonably be expected to be an unwarranted invasion of the personal privacy of third parties.

In the event you wish to appeal this determination, you may write to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, 10th Street and Constitution Avenue, N.W., Suite 570, Washington, D.C. 20530-0001

#106

Robert Arthur Mackay
FOIPA/TAX # 9379
Certified Mail No. 7004 1160 0006 7128 7321

within sixty (60) days of the date of this letter. Both the
letter and the envelope should be clearly marked "Freedom of
Information Act Appeal." Thereafter, judicial review of the
final determination will be available in the District Court of
the United States located in the district in which you reside,
where you have your principal place of business, in which the
agency records are located, or in the District of Columbia.

                              Sincerely yours,

                              Eileen J. O'Connor
                              Assistant Attorney General

            By:


                              J. BRIAN FERREL
                              Senior Division Counsel
                              for FOIA and PA Matters




Enclosures (4)

# 107

**FOIA APPEAL**

To: ~~Co-Director~~    Date: September 22, 2005

~~Office of Information & Privacy~~    RE: FOIA to   TAX DIV USDOJ

~~Department of Justice~~    Request No. __9379__

~~FLAG BUILDING, Suite 570~~    Date of Request: __4/7/05__

~~Washington, D. C. 20530~~

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

TAX DIVISION of USDOJ_____    in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which
to do so has expired.

_____ The agency has claimed that no records could be found and
I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

__X__ The agency has released certain records and withheld some
by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.

_____ The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust
for the following reason :

_____

_____

_____

Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed. The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

Sincerely,

X

(name)  Robert Mackay

(No.)    03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

#108

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*                    OCT 1   *Washington, D.C. 20530*

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

      Re:  Request No. 9379

Dear Mr. Mackay:

      This is to advise you that your administrative appeal from the action of the Tax Division on your request for information from the files of the Department of Justice was received by this Office on October 6, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0105**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

              Sincerely,

              Priscilla Jones
              Chief, Administrative Staff

# 109

To: Director                                      Date: April 8, 2005

   U.S. Customs & Border Patrol

   Department of Homeland Security

   Washington, D. C.   20530

Dear Sir:

   This is a request under the Freedom of Information Act.

   I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

   The following particulars may assist you in your search:

   ALL RECORDS


   I will pay reasonable search and reproduction fees.

                    My biographical data is as follows:

FULL NAME        ROBERT ARTHUR MACKAY

DATE OF BIRTH :  February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

   I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  8th  day of           April        ,   2005   .

                              By  X  _Robert A. Mackay_
                                       Affiant Herein

(28 USC Section 1746)


Name:    Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas   72336

                              #110

**FOIA APPEAL**

To: Director

Date: September 23, 2005

United States Customs & Border Patrol

RE: FOIA to    Customs

Department of Homeland Security

Request No. ___ none

Washington, D. C. 20229

Date of Request: 4/8/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Customs & Border Patrol        in conjunction to my request for records.
(check appropriate box or boxes below)

___X___ The agency has not responded and the time limits within which to do so has expired.

_____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name)   Robert Mackay

(No.)    03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

# 111

cc: file

NOTICE:   Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

To: Director                                    Date: April 7th, 2005

Central Intelligence Agency

Washington, D. C. 20505


Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS


I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME      ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 7th day of April        , 2005   .

By  X _Robert A. Mackay_
                              Affiant Herein

(28 USC Section 1746)


Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#112

Central Intelligence Agency



Washington, D.C. 20505

8 June 2005

Mr. Robert A. MacKay, Reg # 03473-063
Federal Correctional Complex (Medium)
P. O. Box 3000
Forrest City, AR   72336

Reference: P-2005-00619

Dear Mr. MacKay:

On 7 June 2005 we received your 7 April 2005 letter requesting records about yourself.   We have assigned your request the reference number above. Please use it when communicating with us so that we can easily identify your request.

We have accepted your request and will process it according to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a.   Unless you object, we will search for CIA-originated records existing through the date of this acceptance letter. We will not charge fees.

The large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires.   You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel.   A more practical approach would permit us to continue processing your request and respond to you as soon as we can.   You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish.   We will proceed on that basis unless you tell us otherwise.

Sincerely,

*Chris K.*

for   Scott Koch
Information and Privacy Coordinator

# 113

Central Intelligence Agency



Washington, D.C. 20505

16 June 2005

Mr. Robert A. MacKay, Reg # 03473-063
Federal Correctional Complex (Medium)
P. O. Box 3000
Forrest City, AR  72336

Reference:  P-2005-00619

Dear Mr. MacKay:

This letter is a final response to your 7 April 2005 request for information on yourself.  We processed your request under the Freedom of Information Act and the Privacy Act.  We searched for CIA-originated records existing through the date of our 8 June 2005 letter accepting your request.

We were unable to identify any information or records filed under your name.

Our searches were thorough and diligent, and it is highly unlikely that another effort would change the result.  Nevertheless, you have the legal right to appeal our inability to find relevant records.  You may address your appeal to the Agency Release Panel, in my care, within 45 days of the date of this letter.  Please explain the basis of your appeal.

We appreciate your continued patience and understanding while we processed your request.

Sincerely,

*Chris K.*

Scott Koch
Information and Privacy Coordinator

# 114

## FOIA APPEAL

**To:** Agency Release Panel

Central Intelligence Agency

Washington, D. C. 20505

**Date:** June 29, 2005

RE: FOIA to CIA

Request No. P-2005-00619

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

Central Intelligency Agency
_____ in connection to my request for records.

(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

#115

Sincerely,

X

cc: file

Robert Mackay 03473-063

Box 3000, Forrest City

Central Intelligence Agency



Washington, D.C. 20505

22 July 2005

Mr. Robert A. Mackay, Reg #03473-063
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR 72336

Reference: P-2005-00619

Dear Mr. Mackay:

We received your 29 June 2005 letter appealing our 16 June 2005 response to your Freedom of Information Act and Privacy Act request for information on yourself. Specifically, you are appealing our determination that we were unable to identify any information or record filed under your name.

Your appeal has been accepted and arrangements will be made for its consideration by the appropriate members of the Agency Release Panel. You will be advised of the determinations made.

In order to afford requesters the most equitable treatment possible, we have adopted the general policy of handling appeals on a first-received, first-out basis. At the present time, our workload consists of approximately 180 appeals awaiting completion. In view of this, some delay in our reply must be expected, but I can assure you that every reasonable effort will be made to complete a response as soon as possible.

Sincerely,

Scott Koch
Information and Privacy Coordinator

#116

Central Intelligence Agency



Washington, D.C. 20505

SEP 1 4 2005

Mr. Robert Mackay
Reg #03473-063
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR 72336

Reference: P-2005-00619

Dear Mr. Mackay:

This responds to your 29 June 2005 letter in which you appealed the
16 June 2005 determination of this Agency in response to your 7 April 2005 Freedom
of Information Act and Privacy Act request for information on you. Specifically, you
appealed our determination that we were unable to identify any information or record
filed under your name.

The Agency Release Panel has considered your appeal and has determined
that despite thorough and diligent searches of the appropriate records systems, we
were unable to locate any records responsive to your request. Therefore, in
accordance with Agency regulations, the Agency Release Panel has denied your
appeal. For your information, Agency regulations are set forth in part 1900 and 1901
of title 32 of the Code of Federal Regulations.

In accordance with the provisions of the Freedom of Information Act and the
Privacy Act, you have the right to seek judicial review of this determination in a
United States district court.

We appreciate your patience while your appeal was being considered.

Sincerely,

Scott Koch
Executive Secretary
Agency Release Panel

To: Director                                          Date: April 7, 2005

Executive Office for United States Attorneys

Department of Justice

600 E Street, NW

Washington, D. C.   20530
Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:
Please search ND. TEX; ED, OK; Pheonix & Tucson, AZ; Little Rock, AR and Philadelphia, Pennsylvania districts.  I want all prosecutions and contemplated prosecution records including those that are public record.

    I will pay reasonable search and reproduction fees.

        My biographical data is as follows:

FULL NAME      ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

    I declare under penalty of perjury that the aforementioned biograph- ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this   7th day of   April          , 2005    .

By    X   *Robert A. Mackay*
                     Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas   72336

#118



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

JUN 2 8 2005

Request Number:  05-1616          Requester:  Robert Mackay

Subject:  Self/ARE

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

     Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

     EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

     By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

     Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

#119

Form No. 001 -6/05



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit

*Suite 7300, Bicentennial Building*          *(202) 616-6757*
*600 E Street, N.W.*                    *FAX (202) 616-6478*
*Washington, DC 20530*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

#120