**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

JUN 28 2005

Request Number: 05-1617

Subject: SELF / PAE

Requester: ROBERT MACKAY

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Marie A. O'Rourke

Marie A. O'Rourke
Assistant Director

Form No. 001 - 9/03

#121

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

Request Number: 05-1613

Subject: SELF / TXN

JUN 28 2005

Requester: ROBERT MACKAY

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 001 - 9/03

#122



**U.S. Department of Justice**

Executive Office for United States Attorneys

FOIA Unit

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

#123



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

JUN 28 2005

Request Number: 05-1614

Subject: SELF / OKE

Requester: ROBERT MACKAY

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Marie A. O'Rourke

Marie A. O'Rourke
Assistant Director

#124

Form No. 001 - 9/03



**U.S. Department of Justice**

Executive Office for United States Attorneys

FOIA Unit

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

#125



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

Request Number: 05-1615

Subject: SELF / DAZ

Requester: ROBERT MACKAY

JUN 28 2005

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Marie A. O'Rourke

Marie A. O'Rourke
Assistant Director

#126

Form No. 001 - 9/03



**U.S. Department of Justice**

Executive Office for United States Attorneys

FOIA Unit

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

#127



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

JUL 29 2005

Request Number: 05-1617 Date of Receipt: 05/26/05

Requester: Mackay, Robert

Subject Self/PAE

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] A search for records located in this office has revealed no records.

2. [ X ] A search for records located in the United States Attorney's Office(s) for the Eastern District of Pennsylvania has revealed no records.

In accordance with 5 USC 522(a)(6)(B)(vi) which provides for aggregating requests, the search time for all districts (05-1613/TXN, 05-1614/OKE, 05-1615/ARE, 05-1616/ARE, and 05-1617/PAE) in which records have been requested is aggregated. We searched a total for **2 hours 30 minutes** for files 05-1614, 05-1616, and 05-1617.

Our office has not received files 05-1613 and 05-1615. Two hours of search time is free, but a **$14** search fee in the amount of $28.00 per hour is being assessed for the additional search time of 30 minutes. We will notify you of additional search fees and time that was performed for files 05-1613 and 05-1615 when we receive them.

Please send a check or money order for $ 14 , payable to the Treasury of the United States. Payment should be mailed to the Freedom of Information Act/Privacy Act Unit, 600 E Street, NW, Room 7300, Washington, DC 20530. **If payment is not received within 30 days from the date of this letter, your request will be closed and any future requests for records will be rejected until payment is received.**

3. [ ] The records which you have requested cannot be located.

4. [ ] This office is continuing its work on the other subject/districts mentioned in your request.

5. [ X ] This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

#128

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

for Marie A. O'Rourke
Assistant Director

Form No. 005 - 11/02

#129

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

JUL 29 2005

Request Number: 05-1616 Date of Receipt: 05/26/05

Requester: Mackay, Robert

Subject Self/ARE

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] A search for records located in this office has revealed no records.

2. [X] A search for records located in the United States Attorney's Office(s) for the Eastern District of Arkansas has revealed no records.

3. [ ] The records which you have requested cannot be located.

4. [ ] This office is continuing its work on the other subject/districts mentioned in your request.

5. [X] This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

#130

Form No. 005 - 11/02



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

JUL 29 2005

Request Number: 05-1614 Date of Receipt: 05/26/05

Requester: Mackay, Robert

Subject Self/OKE

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] A search for records located in this office has revealed no records.

2. [ X ] A search for records located in the United States Attorney's Office(s) for the Eastern District of Oklahoma has revealed no records.

3. [ ] The records which you have requested cannot be located.

4. [ ] This office is continuing its work on the other subject/districts mentioned in your request.

5. [ X ] This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

#131

Form No. 005 - 11/02

**FOIA APPEAL**

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D. C. 20530

Date: July 30, 2005

RE: FOIA to EOUSA
Request No. 05-1614
Date of Request: 4/7/05

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency:

EOUSA - OKE in conjunction to my request for records.
(check appropriate box or boxes below)

X The agency has not responded and the time limits within which to do so has expired.

___ The agency has claimed that no records could be found and I want to appeal that "no records" response.

___ The agency has blanket denied release of records.

___ The agency has released certain records and withheld some by claiming certain exemptions.

___ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

___ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

___ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

X I believe the agency action or inaction otherwise unjust for the following reason :

EOUSA has violated the time limits of FOIA within which to process my request concerning the records used to prosecute me in Oklahoma.

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name) Robert Mackey
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#132

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

**FOIA APPEAL**

Date: August 5, 2005

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D. C. 20530

RE: FOIA to EOUSA OKE
Request No. 05-1614
Date of Request: 4/7/05

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency:

EOUSA - OKE in conjunction to my request for records.
(check appropriate box or boxes below)

X The agency has not responded and the time limits within which to do so has expired.

X The agency has claimed that no records could be found and I want to appeal that "no records" response.

___ The agency has blanket denied release of records.

___ The agency has released certain records and withheld some by claiming certain exemptions.

X The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

X The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

___ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

X I believe the agency action or inaction otherwise unjust for the following reason :

I was prosecuted in the Eastern District of Oklahoma by the federal government; you must have records.

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name) Robert Mackay
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#133

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

**FOIA APPEAL**

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D. C. 20530

Date: [illegible] 6, 2005

RE: FOIA to EOUSA
Request No. 05-1616
Date of Request: 7/29/05

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency:

EOUSA ARE in conjunction to my request for records.
(check appropriate box or boxes below)

____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

____ The agency has blanket denied release of records.

____ The agency has released certain records and withheld some by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

____ I believe the agency action or inaction otherwise unjust for the following reason :

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name) Robert Mackey
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#134

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

AUG 22 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

Re: Request No. 05-1614

Dear Mr. Mackay:

This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on August 17, 2005.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2552**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

for Nakeitha Gilbert
Priscilla Jones
Chief, Administrative Staff

#135



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

AUG 23 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

Re: Request No. 05-1616

Dear Mr. Mackay:

This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on August 17, 2005.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2566.** Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

for Nakeitha Gilbert
Priscilla Jones
Chief, Administrative Staff

#136

FOIA APPEAL

To: ~~Co-Director~~
~~Office of Information & Privacy~~
~~Department of Justice~~
~~FLAG BUILDING, Suite 570~~
~~Washington, D. C. 20530~~

Date: September 8, 2005

RE: FOIA to EOUSA
Request No. 05-1617
Date of Request: 7/29/05

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency:

EOUSA - ED Pennsylvania in conjunction to my request for records. (check appropriate box or boxes below)

____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

____ The agency has blanket denied release of records.

____ The agency has released certain records and withheld some by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

__X__ I believe the agency action or inaction otherwise unjust for the following reason :

I also appeal the EOUSA threat to stop processing my other requests unless I pay $14. The $14.00 is on its way to them.

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X

(name) Robert Mackay
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#137

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

Freedom of Information/Privacy Act Unit
600 E Street, NW, Rm 7300
Washington, D. C. 20530

September 12, 2005

RE: ½hr search time owed
05-1613/TXN, 05-1614/OKE
05-1615/ARE, 05-1616/ARE
05-1617/PAE

Dear EOUSA:

I have arranged for the $14 to be sent you off my prison account.

Sincerely,

Robert Mackay
03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

cc : file

#138



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

SEP 21 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
Post Office Box 3000
Forrest City, AR 72336

Re: Appeal No. 05-2566
Request No. 05-1616
RLH:KAM

Dear Mr. Mackay:

You appealed from the action of the Executive Office for United States Attorneys on your request for access to records regarding you in several jurisdictions.

The EOUSA has administratively separated your Freedom of Information Act request into five files. This appeal solely concerns EOUSA Request No. 05-1616, which is your request for records regarding you in the Eastern District of Arkansas.

The EOUSA informed you that no responsive records could be located in the files of the United States Attorney's Office for the Eastern District of Arkansas. It has been determined that the EOUSA's response is correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

#139



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

SEP 21 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
Post Office Box 3000
Forrest City, AR 72336

Re: Appeal No. 05-2552
Request No. 05-1614
RLH:KAM

Dear Mr. Mackay:

You appealed from the action of the Executive Office for United States Attorneys on your request for access to records regarding you in several jurisdictions.

The EOUSA has administratively separated your Freedom of Information Act request into five files. This appeal solely concerns EOUSA Request No. 05-1614, which is your request for records regarding you in the Eastern District of Oklahoma.

After carefully considering your appeal, and as a result of discussions between EOUSA personnel and a member of my staff, I have decided to remand your request for a further search for responsive records. If the EOUSA locates responsive records by this search, it will send the releasable portions of them to you directly. If you are dissatisfied with the EOUSA's ultimate action on those records, you may appeal again to this Office.

If you consider my response to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

[signature]

Richard L. Huff
Co-Director

#140



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

NOV - 4

Request Number: 05-1615 Date of Receipt: 05/26/05

Requester: Mackay, Robert

Subject Self/DAZ

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] A search for records located in this office has revealed no records.

2. [ X ] A search for records located in the United States Attorney's Office(s) for the District of Arizona (DAZ) has revealed no records.

**Search time for this file was aggregated. Please see file 05-1613 for more information.**

3. [ ] The records which you have requested cannot be located.

4. [ ] This office is continuing its work on the other subject/districts mentioned in your request.

5. [ X ] This is the final action my office will take on this particular request.

You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

140A



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

OCT 28 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

Re: Request No. 05-1617

Dear Mr. Mackay:

This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on October 26, 2005.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0307**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

Sincerely,

Priscilla Jones
Chief, Administrative Staff





**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

DEC  - 5

Requester:  Mackay, Robert                          Request Number:  05-1613

Subject of Request:  Self/PAE

Dear Requester:

On July 29, 2005, under request number 05-1617, our office notified you that you owe an aggregated search fee of $14.00 for requests 05-1614, 05-1616, and 05-1617. We asked that you make that payment within 30 days if payment was not received all future requests will be closed. We have not received that payment.

As a result, we are closing request numbers 05-1613 and 05-1615. For your information, we have received responses to request number 05-1613 and 05-1615 and there is an additional search fee of $70.00. If you would like to receive responses to these requests, please send in a total of $84.00 and we will provide the records under a new number.

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)





**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

NOV 29 2005

Requester: Mackay, Robert Request Number: 05-1614
Subject of Request: Self/OKE

Dear Requester:

Your request for records under the Freedom of Information Act was processed some months ago.

This letter constitutes a supplemental reply from the Executive Office for United States Attorneys, the official recordkeeper for all records located in this office and the various United States Attorney's offices.
Enclosed please find:

______ page(s) are being released in full (RIF);
1 page(s) are being released in part (RIP);
1 page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

| Section 552 | | | Section 552a |
|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(4) | [ ] (b)(7)(B) | [X] (j)(2) |
| [ ] (b)(2) | [X] (b)(5) | [X] (b)(7)(C) | [ ] (k)(2) |
| [ ] (b)(3) | [X] (b)(6) | [ ] (b)(7)(D) | [ ] (k)(5) |
| ________ | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] ________ |
| ________ | | [ ] (b)(7)(F) | |

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing with sixty (60) days from the date of this letter to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal

140 d

NOV 29 2005

place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 021B - 11/02



# FOIA APPEAL

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D. C. 20530

Date: December 20, 2005

RE: FOIA to EOUSA
Request No. 05-1615
Date of Request: 5/26/05

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency: EOUSA - Arizona (DAZ) in conjunction to my request for records. (check appropriate box or boxes below)

____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

____ The agency has blanket denied release of records.

____ The agency has released certain records and withheld some by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

____ I believe the agency action or inaction otherwise unjust for the following reason :

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X Robert Mackey
(name) Robert Mackey
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

140 f.

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

# FOIA APPEAL

To: Co-Director
Office of Information & Privacy
Department of Justice
FLAG BUILDING, Suite 570
Washington, D. C. 20530

Date: December 21, 2005

RE: FOIA to EOUSA
Request No. 05-1614
Date of Request: 11/29/05 (release)

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency: EOUSA Self/OKE in conjunction to my request for records. (check appropriate box or boxes below)

____ The agency has not responded and the time limits within which to do so has expired.

____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

____ The agency has blanket denied release of records.

__X__ The agency has released certain records and withheld some by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

____ I believe the agency action or inaction otherwise unjust for the following reason :

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X Robert Mackay
(name) Robert Mackay
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

140g

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action.

**FOIA APPEAL**

To: Co-Director
Office of Information & Privacy
FLAG BUILDING, Suite 570
Washington, D. C. 20530

Date: December 22, 2005

RE: FOIA to EOUSA
Request No. 05-1613
Date of Request: 12/05/05 (response)

Dear Sir:

This is an appeal under the Freedom of Information Act. Please review the action or inaction of the following agency:

EOUSA - Self/PAE in conjunction to my request for records. (check appropriate box or boxes below)

____ The agency has not responded and the time limits within which to do so has expired.

____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

____ The agency has blanket denied release of records.

____ The agency has released certain records and withheld some by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

X I believe the agency action or inaction otherwise unjust for the following reason :

I appeal the decision to block me from obtaining records because you have not received the $84.00 yet. I tried to mail it but the BOP incompetence caused the delays, not me.

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,
X Robert Mackey
(name) Robert Mackay
(No.) 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

.140 h

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result ...