To: Director                                     Date: __April 8, 2005__

   __United States Secret Service__

   __Department of Homeland Security__

   __Washington, D. C.  20530__

Dear Sir:

   This is a request under the Freedom of Information Act.

   I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

   The following particulars may assist you in your search:

__All Records__

   I will pay reasonable search and reproduction fees.

            My biographical data is as follows:

FULL NAME __ROBERT ARTHUR MACKAY__

DATE OF BIRTH : __February 25, 1947__

PLACE OF BIRTH : __Carlsbad, New Mexico USA__

SOCIAL SECURITY NUMBER: __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__

   I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __8th__ day of __April_____, __2005__.

                                By __X  Robert A. Mackay__
                                      Affiant Herein

(28 USC Section 1746)

Name: __Robert Mackay__

Reg. No. __03473-063__

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

PRIVACY ACTS OFFICER
FREEDOM OF INFORMATION

2005 JUN -C  P 12: 50

U.S. SECRET SERVICE
RECEIVED

#141



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Robert A. Mackay                                    JUN 2 3 2005
Reg. No. 03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, Arkansas  72336

File Number:   20050336

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy
Acts request received by the United States Secret Service on June 8, 2005, for information
pertaining to yourself.

A search for files responsive to your request is being conducted.  When the results of the search are
known, you will be notified.

Please use the file number indicated above in all future correspondence with this office.

We solicit your cooperation and assure you that the search will be conducted as expeditiously as
possible.

Sincerely,

Kathy J. Lyerly
SAIC
Freedom of Information &
Privacy Acts Officer

#142

## FOIA APPEAL

To: _____          Date: ~~July 30, 2005~~
~~Director~~
~~United States Secret Service~~
~~Department of Homeland Security~~          RE: FOIA to ~~Secret Service~~
~~Washington, D. C.  20223~~          Request No. ~~20050336~~
_____

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency:

~~United States Secret Service~~ in connection to my request for records.
(check appropriate box or boxes below)

____ **X** The agency has not responded and the time limits within which to do so has expired.

____ The agency has claimed that no records could be found and I want to appeal that "no records" response.

____ The agency has blanket denied release of all records.

____ The agency has released certain records and withheld some by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

____ **X** I believe the agency action or inaction otherwise unjust for the following reason:

~~Violations of the time limits of FOIA to process my request.~~

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

# 143                     Sincerely,

cc: file                           X

Robert Mackay No. 03473-063
Box 3000, (MEDIUM) Forrest City, AR 72336



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Robert A. Mackay
Reg. No. 03473-063                                      AUG  2 9  2005
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, Arkansas 72336

File Number:  20050336

Dear Requester:

Reference is made to your Freedom of Information/Privacy Acts request originally received by the
United States Secret Service on June 8, 2005, for information pertaining to yourself.

A review of the Secret Service's systems of records indicated that there are no records or documents
pertaining to your request in Secret Service files. Enclosed is a copy of your original request.

If you disagree with our determination, you have the right of administrative appeal within 35 days
by writing to Freedom of Information Appeal, Deputy Director, U. S. Secret Service, 245 Murray
Drive, Building 410, Washington, D.C. 20223. If you choose to file an administrative appeal,
please explain the basis of your appeal and reference the case number listed above.

                                        Sincerely,

                                        Kathy J. Lyerly
                                        Special Agent In Charge
                                        Freedom of Information &
                                        Privacy Acts Officer

Enclosure:  Copy of Original Request

#144

**FOIA APPEAL**

To: __DEPUTY DIRECTOR - FOIA Appeals__      Date: __September 6, 2005__

__United States Secret Service__      RE: FOIA to ___Secret Service___

__245 Murray Drive, Bldg 410__      Request No. __20050336__

__Washington, D. C.  20223__      Date of Request: __4/8/05__

_____

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

__United States Secret Service__ in conjunction to my request for records.
      (check appropriate box or boxes below)

__X__    The agency has not responded and the time limits within which
to do so has expired.

__X__    The agency has claimed that no records could be found and
I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some
by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.

_____ The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.

__X__    I believe the agency action or inaction otherwise unjust
for the following reason :
I believe it improvident that it took 5 months to tell

me There were no records.  This is a gross violation of the

FOIA statutory time limits.

    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                Sincerely,

X __Robert Mackay__

(name)  Robert Mackay

(No.)     03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

#145

cc: file

NOTICE:   Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



# U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE
October 21, 2005

Robert Mackay
No. 03473-063
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, Arkansas 72336

      Re:    Freedom of Information Act appeal - 20050336

Dear Mr. Mackay:

Reference is made to your appeal letter received by the United States Secret Service (Secret Service) on September 14, 2005. Through your letter you appeal the determination made on August 29, 2005, by Special Agent in Charge, Kathy J. Lyerly, Secret Service Freedom of Information and Privacy Acts Officer, that the Secret Service maintains no records responsive to your Freedom of Information Act request.

The search for records responsive to your request has been reviewed. Based on this review, it has been determined that a reasonable search was conducted and that search has produced no records concerning your Freedom of Information Act request.

Under federal law we are required to advise you that any decision on appeal, including a finding of no record, is subject to judicial review in the District Court in the district where the complainant resides, has a principal place of business, or in which the agency records are situated, or in the District of Columbia.

Sincerely,

Barbara S. Riggs
Deputy Director

#746

To:  Director                                    Date:  April 8, 2005

     Department of State

     SA-2, 5th Floor

     Washington, D. C.  20522-6001

Dear Sir:

     This is a request under the Freedom of Information Act.

     I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

     The following particulars may assist you in your search:
     ALL RECORDS


     I will pay reasonable search and reproduction fees.
               My biographical data is as follows:

FULL NAME _____ ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

     I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.

Executed this  8th day of _____ April _____ , 2005 .

                              By____ X  *Robert A. Mackay*_____
                                           Affiant Herein

(28 USC Section 1746)


Name: ___ Robert Mackay ___

Reg. No. ___ 03473-063 ___
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

#147



**United States Department of State**

*Washington, D.C. 20520*

June 2, 2005
Case Number: 200502177

Mr. Robert Mackay, Reg#-03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

Dear Mr. Mackey:

This is in response to your Freedom of Information/Privacy Act (PA) request, dated April 8, 2005, for copies of any and all documents, records and information that the Department of State has in it's possession related to you.

Before we can proceed with the processing of your request, we need additional information described below.

**Information to Identify Records:** The Department of State is responsible for formulating and executing U.S. foreign policy and primarily maintains records dealing with U.S. foreign relations. The Department also maintains records of applications from U.S. citizens for U.S. passports and visa requests from non-citizens to enter the U.S., records on consular assistance given to U.S. citizens abroad, and records of its own employees. The Department of State is comprised of hundreds of offices and overseas posts, so requesters should be specific about the records they seek.

---

*Office of Information Programs and Services*
*U.S. Department of State SA- 2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

#147

-2-

In order to comply with your request, the information described below is needed regarding yourself:

--circumstances in which you believe that the Department of State would have the requested information.

--if known, the date, subject and type of records you seek; country or countries concerned; overseas Foreign Service offices or consulates originating or receiving the records; offices in the State Department which might have records; and whether you are or have been an employee of the State Department (with positions and time periods cited)

--(for "security or clearance records") dates and types of any security clearances; details concerning any investigations; whether the security matters relate to your being a Department employee or contracted employee; and any other details.

--any other information which you believe might be helpful in our search for documents

Please respond within 45 days from the date of this letter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

# 148

-3-

We are pleased to be of service to you.

Sincerely,

*Jerry Allsbrook Jr.*

Jerry Allsbrook Jr.
Requester Communications Branch

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
        *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

#149

# FOIA APPEAL

To: Jerry Allsbrook, Jr                          Date:    June 16, 2005
Requester Communications Branch

Office of Information Programs & Services
                                                 RE: FOIA to    DEpt of State
U.S. Department of State SA-2
                                                 Request No.    200502177
Washington, D. C.  20522-8100

Dear Sir:

    This is an appeal under the Freedom of Information Act.

    Please consider reviewing the action or inaction of the agency:
Department of State
_____ in connection to my request for records.
              (check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
           to do so has expired.

__X____    The agency has claimed that no records could be found and I
           want to appeal that "no records" response.

_____    The agency has blanket denied release of all records.

_____    The agency has released certain records and withheld some
           by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed
           any exemptions or stated any reason for the deletions.

__X____    I believe the agency action or inaction otherwise unjust for
           the following reason:
    I believe the Dept of State may have records concerning me having
purportedly been in Costa Rica looking to invest $ into property or land.

    Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

    The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed.  Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.

                                        Sincerely,

            #150
cc: file                   X
                           _____
                             Robert Mackay 03473-063
                        Box 3000, Forrest City, AR 72336



**United States Department of State**

*Washington, D.C. 20520*

July 22, 2005
Case Number: 200502177

Mr. Robert MacKay
Reg # 03473-063-B-1
Federal Correctional Complex (Medium)
Box 3000
Forrest City, Arkansas 72336

Dear Mr. MacKay:

This refers to your Privacy Act/Freedom of Information Act (PA/FOIA) request for copies of all records that the Department of State has concerning you.

Thank you for providing the additional information, as requested in our communication dated June 2, 2005.

We will begin the processing of your request based upon the information provided in your communication. As soon as responsive material has been retrieved and reviewed, we will notify you.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

---

*Office of Information Programs and Services*
*U.S. Department of State  SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

# 151

-2-

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Marilyn Lassiter
Requester Communications Branch

Office of Information Programs and Services
U.S. Department of State  SA- 2
Washington, DC 20522-8100
Web site: foia.state.gov

Inquiries:
Phone: 1- 202- 261- 8314
FAX: 1- 202- 261- 8579
email: FOIAStatus@state.gov

# 152

**FOIA APPEAL**

To: Director _____

United States Department of State

SA-2 _____

Washington, D.C. 20522-8100

Date: September 23, 2005

RE: FOIA to Dept of State

Request No. 200502177

Date of Request: 4/8/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Department of State _____ in conjunction to my request for records.
(check appropriate box or boxes below)

| | |
|---|---|
| X | The agency has not responded and the time limits within which to do so has expired. |
| | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| | The agency has blanket denied release of records. |
| | The agency has released certain records and withheld some by claiming certain exemptions. |
| | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| X | I believe the agency action or inaction otherwise unjust for the following reason : |

violations of the FOIA in processing my request within time limitations

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name)  Robert Mackay

(No.)  03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

cc: file                    # 153

NOTICE:   Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

To: Director                                      Date: April 8, 2005

Office of the Attorney General

Department of Justice

Washington, D. C.   20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME      ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  8th day of   April        ,  2005

                                    X
By   _Robert A. Mackay_
                          Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas   72336

#154



**U.S. Department of Justice**

_____

*Washington, D.C. 20530*

## JUN 2 3 2005

Robert A. Mackay
Reg. No. 03473-063
F.C.I. - Forrest City (Med.)
P.O. Box 3000
Forrest City, AR  72336

Dear Mr. Mackay:

This is in response to your two request for records, dated April 7 and 8, 2005.  Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).  Federal agencies are required to respond to a FOIA request within 20 business days. This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Tax Division
> Department of Justice
> JCB Building, Suite 6207
> Washington, DC  20530
> (202) 307-6423
>
> FOIA/PA
> Office of Information and Privacy
> Department of Justice
> Flag Building, Suite 570
> Washington, DC  20530
> (202) 514-FOIA

Sincerely,

Ronald Deacon, Director
Facilities and Administrative
  Services Staff
Justice Management Division

Enclosure
FOIA/Privacy Act Referral/Action Slip            #155

**U.S. Department of Justice**
Justice Management Division

# Freedom of Information Act/Privacy Act Referral/Action Slip

Clerk: E. White

Date:

**JUN 2 3 2005**

Organization: JMD/FASS

Building & Room:  LOC, 113

| To | From | | To | From |
|---|---|---|---|---|
| ☑ | ❏ Office of Information & Privacy | | ❏ | ❏ Immigration Review, Executive Office for |
| | The Attorney General | | ❏ | ❏ Inspector General, Office of |
| | _____ | | ❏ | ❏ Intelligence Policy and Review, Office of |
| | _____ | | ❏ | ❏ INTERPOL, U.S. National Central Bureau |
| | _____ | | ❏ | ❏ Justice Management Division |
| ❏ | ❏ Antitrust Division | | | Staff: _____ |
| ❏ | ❏ Bureau of Alcohol, Tobacco, Firearms | | ❏ | ❏ Justice Programs, Office of |
| | and Explosives | | ❏ | ❏ Legal Counsel, Office of |
| ❏ | ❏ Civil Division | | ❏ | ❏ National Drug Intelligence Center |
| ❏ | ❏ Civil Rights Division | | ❏ | ❏ Pardon Attorney, Office of |
| ❏ | ❏ Community Relations Service | | ❏ | ❏ Professional Responsibility Advisory Office |
| ❏ | ❏ Community Oriented Policing Services | | ❏ | ❏ Professional Responsibility, Office of |
| ❏ | ❏ Criminal Division | | ❏ | ❏ Solicitor General, Office of |
| ❏ | ❏ Dispute Resolution, Office of | | ☑ | ❏ Tax Division |
| ❏ | ❏ Drug Enforcement Administration | | ❏ | ❏ U.S. Attorneys, Executive Office for |
| ❏ | ❏ Environment & Natural Resources Division | | ❏ | ❏ U.S. Marshals Service |
| ❏ | ❏ Federal Bureau of Prisons | | ❏ | ❏ U.S. Parole Commission |
| ❏ | ❏ Federal Bureau of Investigation | | ❏ | ❏ U.S. Trustees, Executive Office for |
| ❏ | ❏ Federal Detention Trustee, Office of | | ❏ | ❏ _____ |
| ❏ | ❏ Foreign Claims Settlement Commission | | | |

Requester: Robert A. Mackay _____

Ref: _____

Date of Request: April 7 and 8, 2005 _____

Received By: FOIA/PA Mail Referral Unit _____    Type of Request: FOI/PA _____

Remarks: Requester advised of this referral. _____

#/5 6

FORM JMD-481
Rev. Mar. 2004



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 26 2005

Mr. Robert A. Mackay
Reg. No. 03473-063
Federal Correctional Complex (Medium)
P.O. Box 3000                          Re:    AG/05-R0765
Forrest City, Arkansas 72336                  MAP:MLF:VW

Dear Mr. Mackay:

    This responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated April 8, 2005, in which you requested records pertaining to yourself. Because your request was not specifically addressed to this Office, it was initially sent to the FOIA/PA Mail Referral Unit, Justice Management Division (JMD), for proper routing and was received in this Office on June 27, 2005. This response is made on behalf of the Office of the Attorney General.

    We conducted a records search of the electronic database of the Departmental Executive Secretariat, which is the official records repository for the Office of the Attorney General, and no records identifiable to you were located.

    I understand that your letter has been forwarded by JMD to the Tax Division. That component will respond directly to you, if it has not done so already.

    If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                Sincerely,

                                Melanie Ann Pustay
                                Deputy Director

#157

**FOIA APPEAL**

To: __Co-Director__                                    Date: __July 27, 2005__

__Office of Information & Privacy__

__Department of Justice__                        RE: FOIA to __AG__

__FLAG BUILDING, Suite 570__                Request No. ~~none~~

__Washington, D. C.  20530__                   Date of Request: __4/8/05~~

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

__Office of the Attorney General__  in conjunction to my request for records.
        (check appropriate box or boxes below)

| | |
|---|---|
| __X__ | The agency has not responded and the time limits within which to do so has expired. |
| _____ | The agency has claimed that no records could be found and I want to appeal that "no records" response. |
| _____ | The agency has blanket denied release of records. |
| _____ | The agency has released certain records and withheld some by claiming certain exemptions. |
| _____ | The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions. |
| _____ | The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search. |
| _____ | The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law. |
| _____ | I believe the agency action or inaction otherwise unjust for the following reason : |

_____

_____

    Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed.  The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

                      Sincerely,
                      X

                      (name)  __Robert Mackay__

                      (No.)  __03473-063__

                      __Federal Correctional Complex__

                      __Box 3000 (MEDIUM)__

                      __Forrest City, Arkansas 72336__

cc: file                        #158

NOTICE:  Failure to respond to this administrative appeal in a
          timely manner will result in civil action suit.

# FOIA APPEAL

To: ~~Co-Director~~

~~Office of Information & Privacy~~

~~Department of Justice~~

~~FLAG BUILDING, Suite 570~~

~~Washington, D. C.  20530-0001~~

Date: <u>August 3, 2005</u>

RE: FOIA to <u>AG</u>

Request No. <u>AG/05-R0765</u>

Date of Request: <u>4/8/05</u>

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

<u>Office of the Attorney General</u>in conjunction to my request for records.
(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X___ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.

The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name)  <u>Robert Mackay</u>

(No.)  <u>03473-063</u>

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

cc: file

#159

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

AUG 1 7 2005


Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, AR 72336

      Re:  Request No. AG/05-R0765

Dear Mr. Mackay:

      This is to advise you that your administrative appeal from the action of the Office of Information and Privacy's Deputy Director, Melanie Ann Pustay, acting on behalf of the Office of the Attorney General was received by this Office on August 11, 2005.

      Another part of the Office of Information and Privacy has the responsibility of adjudicating such appeals and has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2523**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Chief Administrative Staff


#160