

U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642    Washington, D.C. 20530

AUG 2 2 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex       Re:   Appeal No. 05-2461
P.O. Box 3000                            Request No. AG/05-R0765
Forrest City, AR 72336                   RLH:PAJ:CIH

Dear Mr. Mackay:

    This responds to your letter, which was received in this Office on August 3, 2005, in which you sought to appeal from the failure of the Office of Information and Privacy's Deputy Director, Melanie Ann Pustay, acting on behalf of the Office of the Attorney General to respond to your request for access to records under the Freedom of Information Act.

    It is my understanding that Deputy Director, Pustay responded to your request by letter dated July 26, 2005 (copy enclosed). If you are dissatisfied with the Deputy Director Pustay action on your request, you may appeal again to this Office.

    If you consider my action to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552 (a) (4) (B).

Sincerely,

Richard L. Huff
Co-Director

Enclosure

#161



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

SEP 0 6 2005

Mr. Robert A. Mackay
Register No. 03473-063
Federal Correctional Complex     Re:  Appeal No. 05-2523
Post Office Box 3000                  Request No. AG/05-R0765
Forrest City, AR  72336               RLH:BVE:JTR

Dear Mr. Mackay:

    You appealed from the action of Deputy Director Melanie Ann Pustay, acting on behalf of the Office of the Attorney General, on your request for access to records concerning you.

    After carefully considering your appeal, I have decided to affirm Deputy Director Pustay's action on your request.

    The Deputy Director informed you that no records responsive to your request were located as a result of the search of the records systems maintained by the Office of the Attorney General. It has been determined that Deputy Director Pustay's response is correct.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

#162

To: Director                                           Date: April 8, 2005

National Security Agency

Fort George G. Meade, MD   20755-6000

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME          ROBERT ARTHUR MACKAY

DATE OF BIRTH :    February 25, 1947

PLACE OF BIRTH :   Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 8th day of April 2005, _____.

By X *Robert A. Mackay*
       Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas   72336

#163



**NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

PA Case: 46201
14 June 2005

Mr. Robert A. Mackay
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, AK  72336

Dear Mr. Mackay:

    This responds to your 8 April 2005 Freedom of Information Act (FOIA) request, which was received in this office on 20 May 2005, for a copy of all records this Agency maintains on you. Your request has been processed under the provisions of the FOIA and the Privacy Act (PA). A search of our most comprehensive filing systems which include applicant, personnel, security and training was conducted but no records were located on you. In addition, there are no fees associated with the processing of your case since your request meets the requirements of the PA for which there are no fees.

    For your information, NSA is authorized by law to collect only foreign intelligence information; therefore, we would not expect to find responsive records on U.S. citizens. Personnel management files, however, are maintained on NSA/CSS affiliates, e.g. personnel and security files. Our records reflect that you have never been affiliated with this Agency; thus, no records were located.

    The fact that we were unable to locate records responsive to your request may be considered by you as an adverse determination, and you are hereby advised of this Agency's appeal procedures. Any person denied access to information may file an appeal to the NSA/CSS FOIA/PA Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the initial denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA/PA Appeal Authority (DC34), National Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD 20755-6248. To aid in processing the appeal, it should reference the inability of the Agency to locate records on you and should contain, in sufficient detail and particularity, the grounds upon which you believe this Agency maintains records on you. The NSA/CSS Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt, absent unusual circumstances.

                          Sincerely,

                            LOUIS F. GILES
                            Director of Policy

#164

## FOIA APPEAL

To: National Security Agency
NSA/CSS FOIA Appeal Authority (DC34)
9800 Savage Road STE 6248
Fort George G. Meade, Md 20755-6248

Date: June 28, 2005

RE: FOIA to _____NSA_____

Request No. 46,201

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency: _____NSA_____ in connection to my request for records.

(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of all records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ I believe the agency action or inaction otherwise unjust for the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

#165

Sincerely,

cc: file

X _____Robert Mackay 03473-063_____

Box 3000, Forrest City, Arkansas 72336



NATIONAL SECURITY AGENCY
FORT GEORGE G. MEADE, MARYLAND 20755-6000

Case No. 46201
2 November 2005

Mr. Robert A. Mackay
Federal Correctional Complex
Box 3000 (Medium)
Forrest City, AK 72336

Dear Mr. Mackay:

    This replies to your letter dated 28 June 2005 appealing the National Security Agency's (NSA) failure to locate records responsive to your request under the Freedom of Information Act and Privacy Act. You had requested copies of all records maintained by this Agency pertaining to "yourself." Your original request, the Office of Policy's search efforts, their response to you, and your letter of appeal have been reviewed. As a result of that review, I am confident that NSA has no records responsive to your request.

    The Agency conducted searches of its most comprehensive records systems to include applicant, personnel, security, and training files for any records pertaining to you. Further a search of the personnel meeting files, which contain information on all NSA affiliates, was done. No records were found. Accordingly, I have determined that an adequate search was conducted and this Agency has no records on you. In addition, there are no fees associated with the processing of your case since your request meets the requirements of the Privacy Act for which there are no fees.

    Since this response may be construed as a denial of your appeal, you are hereby advised of your right to seek judicial review of my decision pursuant to 5 U.S.C. § 552(a)(4)(B) in the United States District Court in the district in which you reside, in which you have your principal place of business, in which the agency records are situated (U.S. District Court of Maryland), or in the District of Columbia.

Sincerely,

WILLIAM B. BLACK, JR.
Freedom of Information Act/Privacy Act
Appeals Authority

165A

To: Director - INTERPOL                    Date: April 8, 2005

U.S. National Central Bureau

Department of Justice

Washington, D. C. 20530

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME: ROBERT ARTHUR MACKAY

DATE OF BIRTH: February 25, 1947

PLACE OF BIRTH: Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 8th day of April, 2005.

By X *Robert A. Mackay*
   Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No. 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

#166



U.S. Department of Justice

INTERPOL - U.S. National Central Bureau

FOIA #2005-0072

Washington, D.C. 20530

JUN 7 2005

Mr. Robert A. Mackay
Reg. #03473-063
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, Arkansas 72336

Dear Mr. Mackay:

    This responds to your request dated April 8, 2005 to the Department of Justice (DOJ), Interpol-U.S. National Central Bureau (USNCB) pursuant to the Freedom of Information Act/Privacy Act (FOIA/PA) for information concerning yourself. We received your request on May 31, 2005. Please refer to the above FOIA number assigned to your request in any additional correspondence.

    A search of the USNCB indices produced no records. Since we located no documents concerning you, either no documents ever existed in our system of records, or if a criminal investigative record existed in the USNCB system of records and the criminal investigation was closed on any date up through March 1993, those records would have been destroyed and would no longer be available for retrieval. You may be interested to know that the USNCB investigative records are retained only for a period of seven (7) years from the date a case is closed.

    You may appeal by writing to:

        Co-Director
        Office of Information & Privacy
        Department of Justice
        Flag Building, Suite 570
        Washington, DC 20530-0001

You must make your appeal in writing and it must be received by the Office of Information and Privacy within 60 days of the date of the letter denying your request. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

#167

If you have any questions concerning this request, please contact Dorothy S. Beaty at (202) 616-7827.

Sincerely,

James M. Sullivan
Director

By:  Kevin R. Smith
General Counsel

#168

## FOIA APPEAL

To: <u>Co-Director</u>                                    Date: <u>June 16, 2005</u>

<u>Office of Information & Privacy</u>

<u>Department of Justice</u>                          RE: FOIA to <u>INTERPOL</u>

<u>FLAG BUILDING, Suite 570</u>                Request No. <u>2005-0072</u>

<u>Washington, D. C.  20530</u>

Dear Sir:

This is an appeal under the Freedom of Information Act.

Please consider reviewing the action or inaction of the agency: <u>National Central Bureau</u> in connection to my request for records.

(check appropriate box or boxes below)

\_\_\_\_\_  The agency has not responded and the time limits within which to do so has expired.

__X__  The agency has claimed that no records could be found and I want to appeal that "no records" response.

\_\_\_\_\_  The agency has blanket denied release of all records.

\_\_\_\_\_  The agency has released certain records and withheld some by claiming certain exemptions.

\_\_\_\_\_  The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

\_\_\_\_\_  I believe the agency action or inaction otherwise unjust for the following reason:

_____

_____

Appellant believes the agency has acted arbitrary and/or capricious and asks for review of the action/inaction.

The burden is on the agency to show the material withheld fits within the parameters of the exemptions claimed. Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support to justify any withholdings.

                                                        Sincerely,

cc: file            #169        X

                                                Robert Mackay 03473-063
                                                Box 3000, Forrest City, AR 72336



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642        Washington, D.C. 20530

JUL 14 2005

Mr. Robert A. Mackay
Register No. 03473-063, B-1
Federal Correctional Complex - Medium
P.O. Box 3000
Forrest City, AR 72336

   Re: Request No. 2005-0072

Dear Mr. Mackay:

   This is to advise you that your administrative appeal from the action of the INTERPOL-U.S. National Central Bureau on your request for information from the files of the Department of Justice was received by this Office on July 7, 2005.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2234**. Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                           Sincerely,

                           Priscilla Jones
                           Chief, Administrative Staff

#170



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

AUG 0 1 2005


Mr. Robert A. Mackay
Register No. 03473-063, B-1
Federal Correctional Complex-Medium    Re:  Appeal No. 05-2234
Post Office Box 3000                        Request No. 2005-0072
Forrest City, AR  72336                     RLH:GLB:JTR

Dear Mr. Mackay:

   You appealed from the action of the INTERPOL-U.S. National Central Bureau on your request for access to records concerning you.

   After carefully considering your appeal, I have decided to affirm the initial action on your request.

   INTERPOL informed you that it could locate no records responsive to your request. It has been determined that the INTERPOL's response is correct.

   If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                       Sincerely,

                                       Richard L. Huff
                                       Co-Director


#171