UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROBERT MACKAY,            )
                          )
         Plaintiff,       )
                          )
     v                    )   CASE No. 05-2363 JR
                          )
DRUG ENFORCEMENT ADMINISTRATION, )
et al.,                   )
         Defendants.      )

## STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

According to Rule 56 of Civil Procedure, Plaintiff hereby avers that the following statements of material fact are not in genuine dispute as to the issues of exhaustion of remedies prior to suit:

1. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count I, the Defendant DEA, and in support he refers to Exhibits No. 1 through No. 3 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
2. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count II, the Defendant FBI, and in support he refers to Exhibits No. 4 through No. 23A attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT. (and also Counts III & IV)
3. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count V, the Defendant ATF, and in support he refers to Exhibits No. 24 through 28 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
4. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count VI, the Defendant USMS, and in support he refers to Exhibits No. 29 though 36 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
5. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count VII, the Defendant IRS, and in support he refers to Exhibits No. 37 through 48A attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
6. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count VIII, the DOD, and in support he refers to Exhibits No. 49 through 63A attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
7. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count IX, the Defendant CRIMINAL DIVISION, and in support he refers to Exhibits No. 64 through 76 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
8. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count X, the Defendant ARCHIVES, and in support he refers to Exhibits No. 77 through 82, and in support he refers ask the Court to view the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
9. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XI, the Defendant USPS, and in support he refers to Exhibits No. 83 through 91 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.

RECEIVED
JAN 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

10. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XII, the Defendant BOP, and in support he refers to Exhibits No. 92 through 99 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
11. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XIII, the Defendant TAX DIVISION, and in support he refers to Exhibits No. 100 through 109 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
12. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count IV, the Defendant CUSTOMS, and in support he refers to Exhibits No. 110 through 111 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
13. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XV, the Defendant CIA, and in support he refers to Exhibits No. 112 through 117 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
14. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XVI, the Defendant EOUSA, and in support he refers to Exhibits No. 118 through 140H attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
15. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XVII, the Defendant SS, and in support he refers to Exhibits No. 141 through 146 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
16. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XVIII, the Defendant DOS, and in support he refers to Exhibits No. 147 through 153 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
17. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XIX, the Defendant OAG, and in support he refers to Exhibits No. 154 through 162 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
18. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XX, the Defendant NSA, and in support he refer to Exhibits No. 163 through 165A attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.
19. Plaintiff has exhausted all available remedies in his quest for judicial review as to Count XXI, the Defendant INTERPOL, and in support he refers to Exhibits No. 166 through 171 attached to the MOTION FOR PARTIAL SUMMARY JUDGEMENT.

Respectfully Submitted this 7Th day of January, 2006.

By X *Robert Mackay*
ROBERT MACKAY, 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I, ROBERT MACKAY, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this to USA at 555 4th, NW, Washington, DC 20530.

Executed: 1/7/06            By X *Robert Mackay*
(28 USC Section 1746)       -2-   Robert Mackay, Affiant