```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,                  )
                                   )
            Plaintiff,             )
                                   )
       v.                          )   Civil Action No. 05-2363 JR
                                   )
DRUG ENFORCEMENT                   )
ADMINISTRATION, et al.,            )
                                   )
            Defendants.            )
                                   )
_____)
```

## MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the nineteen defendants – the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the United States Marshals Service, the Internal Revenue Service, the Department of Defense, the Criminal Division of the United States Department of Justice, the National Archives and Records Administration, the United States Postal Service, the Federal Bureau of Prisons, the Tax Division of the United States Department of Justice, the Bureau of Customs and Border Protection, the Central Intelligence Agency, the Executive Office for the United States Attorneys, the United States Secret Service, the Department of State, the Office of the Attorney General, the National Security Agency, and Interpol - United States National Central Bureau hereby move for a ten-day extension of time to answer or otherwise respond to the complaint, i.e., until January 27, 2006.  Because of the difficulties

involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff to determine his position on this motion.[1]

This is a Freedom of Information Act case. It was served on the United States Attorney's Office on December 15, 2005. The intervening holiday season has complicated the response to the complaint, and this office has only been able to receive responses from fifteen of the nineteen defendants. The additional period of time is needed to obtain responses by all the defendants and to finalize the answer or other response to the complaint. It is hoped that this can be completed by next week. The additional time is, therefore, needed.

Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

KENNETH L. WAINSTEIN, DC Bar # 451058
United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

R. CRAIG LAWRENCE, DC Bar # 171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

ROBERT A. MACKAY,                )
                                 )
        Plaintiff,      )
                                 )
    v.                         )   Civil Action No. 05-2363 JR
                                 )
DRUG ENFORCEMENT                 )
ADMINISTRATION, et al.,          )
                                 )
        Defendants.     )
                                 )
_____  )

<u>ORDER</u>

UPON CONSIDERATION of the motion by defendants for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant shall have to, and including, January 27, 2006, to answer or otherwise respond to the complaint in this action.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Fred E. Haynes  
Assistant United States Attorney  
555 4th Street, N.W., Room E-4110  
Washington, D.C. 20530

Robert A. Mackay  
# 03473-063  
Federal Correctional Complex  
P.O. Box 3000  
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first class mail, postage prepaid, this 17th day of January, 2006, on:

>Robert A. Mackay
>\# 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>>Fred E. Haynes, D.C. Bar # 165654
>>Assistant United States Attorney
>>555 4th Street, N.W., Room E-4110
>>Washington, D.C. 20530
>>(202) 514-7201