```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,               )
                                )
          Plaintiff,            )
                                )
     v.                         )  Civil Action No. 05-2363 JR
                                )
DRUG ENFORCEMENT                )
ADMINISTRATION, et al.,         )
                                )
          Defendants.           )
                                )
_____)
```

MOTION FOR FURTHER, BRIEF EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the nineteen defendants – the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the United States Marshals Service, the Internal Revenue Service, the Department of Defense, the Criminal Division of the United States Department of Justice, the National Archives and Records Administration, the United States Postal Service, the Federal Bureau of Prisons, the Tax Division of the United States Department of Justice, the Bureau of Customs and Border Protection, the Central Intelligence Agency, the Executive Office for the United States Attorneys, the United States Secret Service, the Department of State, the Office of the Attorney General, the National Security Agency, and Interpol - United States National Central Bureau hereby move for a three business day extension of time to answer or otherwise respond to the complaint, i.e., until February 1, 2006.  Because of the

difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff to determine his position on this motion.[1]

This is a Freedom of Information Act case. It was served on the United States Attorney's Office on December 15, 2005. The intervening holiday season complicated the response to the complaint, but the paralegal assisting undersigned counsel now has the material from the agencies that are believed to be needed in filing the answer or other response. Undersigned counsel had anticipated filing today the response, which will be part answer and part motion to dismiss. Undersigned counsel has not, however, been able to turn to this matter, due to other litigation responsibilities and due to a family medical emergency that prevented work on this case part of yesterday and part of today and that may impinge on undersigned counsel's work on this matter over the weekend and into next week. The additional time is, therefore, needed.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

Attached is a draft order reflecting the requested extension of time.

                                      Respectfully submitted,

KENNETH L. WAINSTEIN, DC Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar # 171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,            )
                             )
        Plaintiff,           )
                             )
    v.                       )   Civil Action No. 05-2363 JR
                             )
DRUG ENFORCEMENT             )
ADMINISTRATION, et al.,      )
                             )
        Defendants.          )
                             )
_____)

ORDER

UPON CONSIDERATION of the motion by defendants for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant shall have to, and including, February 1, 2006, to answer or otherwise respond to the complaint in this action.

_____
UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first class mail, postage prepaid, this 27th day of January, 2006, on:

>Robert A. Mackay
># 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>>Fred E. Haynes, D.C. Bar # 165654
>>Assistant United States Attorney
>>555 4th Street, N.W., Room E-4110
>>Washington, D.C. 20530
>>(202) 514-7201