```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,              )
                               )
        Plaintiff,             )
                               )
    v.                         )  Civil Action No. 05-2363 JR
                               )
DRUG ENFORCEMENT               )
ADMINISTRATION, et al.,        )
                               )
        Defendants.            )
                               )
_____)
```

MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(2), the nineteen defendants – the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the United States Marshals Service, the Internal Revenue Service, the Department of Defense, the Criminal Division of the United States Department of Justice, the National Archives and Records Administration, the United States Postal Service, the Federal Bureau of Prisons, the Tax Division of the United States Department of Justice, the Bureau of Customs and Border Protection, the Central Intelligence Agency, the Executive Office for the United States Attorneys, the United States Secret Service, the Department of State, the Office of the Attorney General, the National Security Agency, and Interpol - United States National Central Bureau hereby move for an extension of time to February 28, 2006, to respond to plaintiff's motion for partial summary judgment on the issue of plaintiff's exhaustion

of his administrative remedies as to all the defendants. The Court has ordered that defendants file their response to the complaint by February 28. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff to determine his position on this motion.[1]

This is a Freedom of Information Act case. The defendants intend to answer the complaint on February 28 and at that time file a motion for a stay under <u>Open America v. Watergate Special Prosecution Force</u>, 547 F.2d 605 (D.C. Cir. 1976) as to those defendants who have not been able to complete their search for possibly responsive documents due to the heavy volume of FOIA requests that they are now receiving. It is hoped that shortly thereafter a motion for partial summary judgment will be filed as to the defendants who have completed their searches. (The timing of this is somewhat uncertain, due to the fact that undersigned counsel was recently assigned to the Federal Tort Claims Act

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with <u>pro</u> <u>se</u> parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner <u>pro</u> <u>se</u> parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner <u>pro</u> <u>se</u> parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro</u> <u>se</u> party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

trial that is to commence before the Court on February 22, and due to an appellate brief that undersigned counsel is responsible for filing on February 24, as well as other matters related to his heavy docket of cases.) It appears that, as to most of the defendants, plaintiff has exhausted his administrative remedies. There are some, however, where plaintiff has not paid the fees necessary to complete the review process and as to at least the Drug Enforcement Administration there is an issue of whether the agency received the initial FOIA request.

In the course of working on this case recently, undersigned counsel became aware that the partial summary judgment motion had been received and docketed by him for a due date of January 27, which was also docketed for the date of filing an answer, but that he had overlooked the partial summary judgment motion in the course of preparing the motion for an extension of time for the filing of the answer on that date, which should have included an extension of time for the response to the motion for partial summary judgment. The additional time, therefore, is needed to respond to the motion.

Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN, DC Bar # 451058
                              United States Attorney

```
                        R. CRAIG LAWRENCE, DC Bar # 171538
                        Assistant United States Attorney

                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,                 )
                                  )
             Plaintiff,           )
                                  )
       v.                         )   Civil Action No. 05-2363 JR
                                  )
DRUG ENFORCEMENT                  )
ADMINISTRATION, et al.,           )
                                  )
             Defendants.          )
                                  )
_____)
```

ORDER

UPON CONSIDERATION of the motion by defendants for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant shall have to, and including, February 28, 2006, to respond to plaintiff's motion for partial summary judgment as to his exhaustion of his administrative remedies.

_____
UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first class mail, postage prepaid, this 10th day of February, 2006, on:

>Robert A. Mackay
># 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201