UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,                          :
                                           :
          Plaintiff,                       :
                                           :
     v.                                    :  Civil Action No. 05-2363 (JR)
                                           :
DRUG ENFORCEMENT ADMINISTRATION,           :
*et al.*,                                  :
                                           :
          Defendants.                      :

### ORDER

Plaintiff's motion for partial summary judgment on the issue of exhaustion of administrative remedies [14] was prematurely filed: the government has not yet asserted failure to exhaust administrative remedies. Indeed, the government has not even answered plaintiff's complaint. It has until February 28, 2006, to do so. There is no need for the government to respond to a motion that has no predicate. The government's motion for an extension of time to respond to plaintiff's motion [21] is accordingly **denied as moot.**

                              JAMES ROBERTSON
                         United States District Judge