```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  Civil Action No. 05-2363 JR
                                 )
DRUG ENFORCEMENT                 )
ADMINISTRATION, et al.,          )
                                 )
          Defendants.            )
                                 )
_____)
```

## MOTION FOR FURTHER, BRIEF EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the nineteen defendants – the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the United States Marshals Service, the Internal Revenue Service, the Department of Defense, the Criminal Division of the United States Department of Justice, the National Archives and Records Administration, the United States Postal Service, the Federal Bureau of Prisons, the Tax Division of the United States Department of Justice, the Bureau of Customs and Border Protection, the Central Intelligence Agency, the Executive Office for the United States Attorneys, the United States Secret Service, the Department of State, the Office of the Attorney General, the National Security Agency, and Interpol - United States National Central Bureau hereby move this Court for an enlargement of time, through and including March 7, 2006, within which to answer, move or otherwise respond to the complaint and plaintiff's motion for partial summary judgment in this matter. Because of the difficulties involved in contacting federal

prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendants has not attempted to contact plaintiff to determine his position on this motion.[1]

Defendants response is currently due February 28, 2006. Recently it has become clear that this date was overly ambitious given the large number of defendants and issues that need to be addressed. Additional time is needed because undersigned counsel had to devote more time than expected related to the hospitalization of a family member. Unfortunately, that family member died late last night. Undersigned counsel is in the process of making funeral preparations for the deceased family member. Additionally, undersigned counsel is still in the process of gathering declarations from defendants that will be needed to respond to plaintiff's partial motion for summary judgment, to support defendants motion for partial summary judgment and to support a motion for an Open America stay as to some of the defendants. Therefore, additional time is needed to complete the response by the nineteen co-defendants. For these reasons, defendants request that the Court grant this motion.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

This motion is being submitted by authorization of Fred E. Haynes who is not in the office today.

Attached is a draft order reflecting the requested extension of time.

>Respectfully submitted,
>
>KENNETH L. WAINSTEIN, DC Bar # 451058
>United States Attorney
>
>R. CRAIG LAWRENCE, DC Bar # 171538
>Assistant United States Attorney
>
>FRED E. HAYNES, DC Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. MACKAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2363 JR |
| | ) |
| DRUG ENFORCEMENT | ) |
| ADMINISTRATION, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION of the motion by defendants for a further extension of time to answer or otherwise respond to the complaint, the plaintiff's motion for partial summary judgment, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendants shall have to, and including, March 7, 2006, to answer or otherwise respond to the complaint and plaintiff's motion for partial summary judgment in this action.

_____
UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for further extension of time to be served by first class mail, postage prepaid, this 28th day of February, 2006, on:

>Robert A. Mackay
>\# 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201