UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY

vs.

D.E.A., ET AL

C.A. No. 05-2363 JR

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: UNITED STATES MARSHALS SERVICE

Defendant's address: Department of Justice
Washington, D.C. 20530

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

RECEIVED
MAR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant's name: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_ROBERT A. MACKAY_
Plaintiff(s)

vs

Civil Action No. _05-2363 JR_

_D.E.A., ET AL_
Defendant(s)

## ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C. 1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

_U.S. MARSHALS SRVC._

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _February 28, 2006_ Pursuant to Local Rule 5.1(e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

_[signature]_
UNITED STATES DISTRICT JUDGE

RECEIVED
MAR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rev. 1/01