## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT ARTHUR MACKAY,     )
     )
     Plaintiff,     )
     )
     v.     )
     )     Civil Action No. 1:05-CV-02363-JR
UNITED STATES DEPARTMENT OF     )
JUSTICE and EXECUTIVE OFFICE OF     )
UNITED STATES ATTORNEYS,     )
     )
     Defendants.     )
_____)

## DECLARATION OF DAVID LUCZYNSKI

I, David Luczynski, declare the following to be a true and correct statement of facts:

1. I am an Attorney Advisor with the Executive Office for United States Attorneys

("EOUSA"), United States Department of Justice. In that capacity, my responsibilities include

acting as liaison with other divisions and offices of the Department of Justice ("DOJ") in

responding to requests and the litigation filed under both the Freedom of Information Act

("FOIA"), 5 U.S.C. §552 (1988), and the Privacy Act of 1974, 5 U.S.C. §552a (1988) ("PA"), the

reviewing of FOIA/PA requests for access to records located in this office and ninety-four United

States Attorney offices ("USAOs") and the case files arising therefrom, reviewing of

correspondence related to requests, reviewing of searches conducted in response to requests,

locating of responsive records, preparing of responses thereto by the EOUSA to assure that

determinations to withhold (or to release) such responsive records are in accordance with the

provisions of both the FOIA and the PA, as well as the Department of Justice regulations (28

C.F.R. §§16.3 et seq. and §16.40 et seq.).



2.  As an Attorney Advisor of the FOIA/PA Unit, EOUSA, I have the authority to release and withhold records requested under the FOIA/PA.  The statements I make in this Declaration are made on the basis of my review of the official files and records of EOUSA, on my own personal knowledge, and on the basis of information acquired by me through the performance of my official duties.

3.  Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to the FOIA/PA request(s) made to EOUSA by the above-captioned Plaintiff, Robert Mackay.  I have reviewed the complaint which this Declaration addresses.

## CHRONOLOGY

4.  On May 26, 2005, EOUSA received a FOIA request asking for access to all records relating to Plaintiff located in the Northern District of Texas, Eastern District of Oklahoma, Arizona, Eastern District of Arkansas, and Eastern District of Pennsylvania.  **Exhibit A**.

5.  EOUSA splits such requests to separate the search for records by individual districts. By letter dated June 28, 2005, EOUSA acknowledged Plaintiff's request and provided him with FOIA reference numbers 05-1613 through 05-1617 corresponding to each district searched. Plaintiff was also notified that he will be subject to aggregate copy and search fees for his request.  **Exhibit B**.

6.  On July 29, 2005, EOUSA sent notice to Plaintiff that a search for records in the United States Attorney's Office for the Eastern District of Arkansas, FOIA No. 05-1616, has revealed no records.  **Exhibit C**.

7.  By letter dated September 21, 2005, OIP informed Plaintiff that it has determined that EOUSA's original determination regarding Plaintiff's request FOIA No. 05-1616 is correct. **Exhibit D**.  However, on September 21, 2005, regarding Plaintiff's request for records in the

Eastern District of Oklahoma, FOIA No. 05-1614, OIP informed Plaintiff that it has decided to remand the request for a further search for records. **Exhibit E.**

8. On October 26, 2005, Plaintiff appealed EOUSA's determination of the search for records in the Eastern District of Pennsylvania, FOIA No. 05-1617. **Exhibit F.**

9. By letter dated November 4, 2005, EOUSA informed Plaintiff that a search of the District of Arizona, FOIA No. 05-1615, has revealed no records. **Exhibit G.**

10. By letter dated 29, 2005, EOUSA released in part ("RIP") one page of responsive records found in the Eastern District of Oklahoma, FOIA No. 05-1614, and informed that one page is withheld in full ("WIF"). **Exhibit H.**

11. Regarding the request for records from the Eastern District of Pennsylvania, FOIA No. 05-1617, EOUSA has informed Plaintiff that he has an outstanding search fee for requests 05-1614, 05-1616, and 05-1617 totaling $14.00. In addition, Plaintiff was notified that requests number 05-1613 and 05-1617 have received responses from the search but that there is an additional search fee of $70.00. Plaintiff has been given 30 days to pay the search fees, at which time further processing of his records would continue. **Exhibit I.**

12. On January 6, 2005, OIP has received three more appeals from Plaintiff. **Exhibit J.**

13. Despite EOUSA's notice letters, Plaintiff has failed to respond to any requests for fees regarding his FOIA requests. EOUSA has not received any correspondence, nor payments, regarding the FOIA requests, with the exception of multiple appeal letters. For the reasons stated above, pursuant to FOIA guidelines, Plaintiff's request for records has been closed.

## CONCLUSION

14. Each step in the handling of Mr. Mackay's request has been entirely consistent with the EOUSA and the United States Attorney's Office procedures which were adopted to insure an

equitable response to all persons seeking access to records under the FOIA/PA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28th, 2006.

David Luczynski
Attorney Advisor
EOUSA, FOIA/PA Unit

To: Director                                     Date: April 7, 2005

Executive Office for United States Attorneys      RECEIVED

Department of Justice

600 E Street, NW                                  2005 MAY 26  PM 4: 26

Washington, D. C.  20530                          DEPT. OF JUSTICE/EOUSA
Dear Sir:                                         FOIA/PRIVACY STAFF

　　　This is a request under the Freedom of Information Act.

　　　I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

　　　The following particulars may assist you in your search:
Please search ND. TEX; ED, OK; Pheonix & Tucson, AZ; Little Rock, AR
and Philadelphia, Pennsylvania districts.  I want all prosecutions and
contemplated prosecution records including those that are public record.

　　　I will pay reasonable search and reproduction fees.

　　　　　My biographical data is as follows:

FULL NAME _____ ROBERT ARTHUR MACKAY _____

DATE OF BIRTH : February 25, 1947 _____

PLACE OF BIRTH : Carlsbad, New Mexico USA _____

SOCIAL SECURITY NUMBER:  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 _____

　　　I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.

Executed this  7th day of  April _____, 2005 _____.

　　　　　　　　　　　　　　By  X  _Robert A. Mackay_____
　　　　　　　　　　　　　　　　　　　　　Affiant Herein

(28 USC Section 1746)

Name: ____ Robert Mackay _____

Reg. No. ____ 03473-063 _____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336


GOVERNMENT
EXHIBIT
A

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C.  20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 05-1613

Subject: SELF / TXN

Requester: ROBERT MACKAY                                JUN 2 8 2005

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Form No. 001 - 9/03



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

JUN 2 8 2005

Request Number: 05-1614

Subject: SELF / OKE

Requester: ROBERT MACKAY

Dear Requester:

   The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

   Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

   EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

   By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                    Sincerely,

                    *Marie A. O'Rourke*
                    Marie A. O'Rourke
                    Assistant Director

                                        Form No. 001 - 9/03



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 05-1615

Subject: SELF / DAZ

JUN 2 8 2005

Requester: ROBERT MACKAY

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Form No. 001 - 9/03



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit

*Suite 7300, Bicentennial Building*                    *(202) 616-6757*
*600 E Street, N.W.*                                *FAX (202) 616-6478*
*Washington, DC 20530*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.



**U.S. Depart·nt of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

JUN 2 8 2005

Request Number: __05-1616__     Requester: __Robert Mackay__

Subject: __Self/ARE__

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

    Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 001 -6/05



**U.S. Department of Justice**

Executive Office for United States Attorneys

---

FOIA Unit

*Suite 7300, Bicentennial Building*          *(202) 616-6757*
*600 E Street, N.W.*                *FAX (202) 616-6478*
*Washington, DC 20530*

In accordance with 5 USC 552(a)(6)(B)(vi) providing for aggregating requests, the search times and duplication fees for all districts requested will be aggregated.

**U.S. Departm    of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757 Fax 202-616-6478*

JUN 2 8 2005

Request Number: 05-1617

Subject: SELF / PAE

Requester: ROBERT MACKAY

Dear Requester:

      The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

      Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

      EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

      By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                        Sincerely,

*Marie A. O'Rourke*

                        Marie A. O'Rourke
                        Assistant Director

Form No. 001 - 9/03



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: __05-1616__          Date of Receipt: __05/26/05__

Requester: _Mackay, Robert_

Subject _Self/ARE_

Dear Requester:

     In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [   ]   A search for records located in this office has revealed no records.

2.    [ X ]   A search for records located in the United States Attorney's Office(s) for the _Eastern District of Arkansas_ has revealed no records.

3.    [   ]   The records which you have requested cannot be located.

4.    [   ]   This office is continuing its work on the other subject/districts mentioned in your request.

5.    [ X ]   This is the final action my office will take on this particular request.

     You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

     Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

     After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No

GOVERNMENT EXHIBIT

**U.S. Departme    f Justice**

Office of Information and Privacy  RECEIVED

Telephone: *(202) 514-3642*          *Washington, D.C. 20530*

2005 SEP 22  PM 12: 24
DEPT. OF JUSTICE/EOUSA

SEP 2 1 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex          Re:  Appeal No. 05-2566
Post Office Box 3000                       Request No. 05-1616
Forrest City, AR  72336                    RLH:KAM

Dear Mr. Mackay:

You appealed from the action of the Executive Office for United States Attorneys on your request for access to records regarding you in several jurisdictions.

The EOUSA has administratively separated your Freedom of Information Act request into five files. This appeal solely concerns EOUSA Request No. 05-1616, which is your request for records regarding you in the Eastern District of Arkansas.

The EOUSA informed you that no responsive records could be located in the files of the United States Attorney's Office for the Eastern District of Arkansas. It has been determined that the EOUSA's response is correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,


Richard L. Huff
Co-Director



**U.S. Department of Justice**

Office of Information and Privacy

RECEIVED

Telephone: (202) 514-3642                    Washington, D.C. 20530

2005 SEP 22  PM 12: 24

DEPT. OF JUSTICE/EOUSA
FOIA/PA

SEP 2 1 2005

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex        Re:  Appeal No. 05-2552
Post Office Box 3000                     Request No. 05-1614
Forrest City, AR  72336                  RLH:KAM

Dear Mr. Mackay:

     You appealed from the action of the Executive Office for United
States Attorneys on your request for access to records regarding you
in several jurisdictions.

     The EOUSA has administratively separated your Freedom of
Information Act request into five files.  This appeal solely concerns
EOUSA Request No. 05-1614, which is your request for records
regarding you in the Eastern District of Oklahoma.

     After carefully considering your appeal, and as a result of
discussions between EOUSA personnel and a member of my staff, I have
decided to remand your request for a further search for responsive
records.  If the EOUSA locates responsive records by this search, it
will send the releasable portions of them to you directly.  If you
are dissatisfied with the EOUSA's ultimate action on those records,
you may appeal again to this Office.

     If you consider my response to be a denial of your appeal, you
may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,


                              Richard L. Huff
                              Co-Director



MA
EOUSA

## FOIA APPEAL

Date: September 8, 2005

To: Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.   20530

RE: FOIA to    EOUSA

Request No.    05-1617

Date of Request: 7/29/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

EOUSA - ED Pennsylvania          in conjunction to my request for records.
(check appropriate box or boxes below)

_X_  The agency has not responded and the time limits within which to do so has expired.

_____  The agency has advised that no records could be found and I want to appeal the "no records" response.

_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some by claiming certain exemptions.

_____  The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____  The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_X_  The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.
I believe the agency action/inaction otherwise unjust for the following reason : I also appeal the EOUSA threat stop processing my other requests unless I pay $14.  The $14 is on its way to them.

Appellant believes the agency       public body has acted arbitrary
and/or capricious and he asks for re       of the agency action/inaction.
The burden is on the agency or       c body to show the material
withheld fits within the parameters       e exemptions claimed. The
Appellant asks that the agency item       d index the withheld material
and include detailed affidavits & e       ions in support of the
justifications for refusal to disclo

                                                    ely,
                                          Robert Mackay          APP
                                 ne   Robert Mackay

OFFICE OF INFORMATION
AND PRIVACY

OCT 2 6 2005

RECEIVED

)  03473-063

ral Correctional Complex

3000 (MEDIUM)

rrest City, Arkansas 72336

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.



**U.S. Departmer    of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

Request Number: __05-1615__              Date of Receipt: __05/26/05__

Requester: _Mackay, Robert_

Subject _Self/DAZ_

Dear Requester:

     In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.    [   ]   A search for records located in this office has revealed no records.

2.    [ X ]   A search for records located in the United States Attorney's Office(s) for the __District of Arizona (DAZ)__ has revealed no records.

**Search time for this file was aggregated. Please see file 05-1613 for more information.**

3.    [   ]   The records which you have requested cannot be located.

4.    [   ]   This office is continuing its work on the other subject/districts mentioned in your request.

5.    [ X ]   This is the final action my office will take on this particular request.

     You may appeal my decision in this matter by writing within sixty (60) days, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

     Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

     After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C.  20530*
*202-616-6757  Fax 202-616-6478*

Requester:   Mackay, Robert   .                        Request Number:   05-1614   

Subject of Request: Self/OKE 

Dear Requester:

Your request for records under the Freedom of Information Act was processed some months ago.

This letter constitutes a supplemental reply from the Executive Office for United States Attorneys, the official recordkeeper for all records located in this office and the various United States Attorney's offices.
Enclosed please find:

_____ page(s) are being released in full (RIF);
___1___ page(s) are being released in part (RIP);
___1___ page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

|      Section 552      |                  |                  |      Section 552a      |
|---|---|---|---|
| [   ] (b)(1) | [   ] (b)(4) | [   ] (b)(7)(B) | [ X ] (j)(2) |
| [   ] (b)(2) | [ X ] (b)(5) | [ X ] (b)(7)(C) | [   ] (k)(2) |
| [   ] (b)(3) | [ X ] (b)(6) | [   ] (b)(7)(D) | [   ] (k)(5) |
| _____ | [   ] (b)(7)(A) | [   ] (b)(7)(E) | [   ] _____ |
| _____ | | [   ] (b)(7)(F) | |

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing with sixty (60) days from the date of this letter to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530
Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a com[...]

GOVERNMENT EXHIBIT

the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 021B - 11/02

**U.S. Departmen.  Justice**

29

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Requester:  Mackay, Robert _____ Request Number:___05-1617____

Subject of Request:  Self/PAE _____

Dear Requester:

On July 29, 2005, under request number 05-1617, our office notified you that you owe an aggregated search fee of $14.00 for requests 05-1614, 05-1616, and 05-1617.  We asked that you make that payment within 30 days if payment was not received all future requests will be closed. We have not received that payment.

As a result, we are closing request numbers 05-1613 and 05-1615. For your information, we have received responses to request number 05-1613 and 05-1615 and there is an additional search fee of $70.00. If you would like to receive responses to these requests, please send in a total of $85.00 and we will provide the records under a new number.

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C.  20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)



06-0920

**FOIA APPEAL**

**To:**  Co-Director                                          **Date:** December 22, 2005

Office of Information & Privacy

FLAG BUILDING, Suite 570                         **RE: FOIA to**    EOUSA

Washington, D. C.   20530                          **Request No.** 05-1613

                                                                     **Date of Request:** 12/05/05
                                                                     (response)

**Dear Sir:**

This is an appeal under the Freedom of Information Act..
Please review the action or inaction of the following agency:

EOUSA - Self/PAE_____    in conjunction to my request for records.
(check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
          to do so has expired.

_____    The agency has claimed that no records could be found and
          I want to appeal that "no records" response.

_____    The agency has blanket denied release of records.

_____    The agency has released certain records and withheld some
          by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed
          any exemptions or stated any reason for the deletions.

_____    The agency has claimed there are no records available or
          they have been destroyed and I believe they have not made
          a sufficient search.

_____    The agency has stated records were destroyed but has not
          stated where, how, when and/or what reason and by whome
          they were destroyed and under what provision of the law.

**X**      I believe the agency action or inaction otherwise unjust
          for the following reason :

I appeal the decision to block me from obtaining records because
you have not received the $84.00 yet.  I tried to mail it but the
BOP incompetence caused the delays, not me.

         Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                                              Sincerely,

                                           X _Robert Mackey_

OFFICE OF INFORMATION                 (name)  Robert Mackey
AND PRIVACY
                                                  (No.)   03473-063
JAN 05 2006
                                              Federal Correctional Complex
**RECEIVED**                          Bo. 3000 (MEDIUM)

                                              Forest City, Arkansas 72336

cc: file

NOTICE:   Failure to respond to this administrative appeal in
          timely manner will result in civil action suit.

**FOIA APPEAL**

To:    Co-Director

Office of Information & Privacy

Department of Justice

FLAG BUILDING, Suite 570

Washington, D. C.   20530

Date: December 21, 2005

RE: FOIA to    EOUSA

Request No.    05-1614

Date of Request: 11/29/05

(release)

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

EOUSA Self/OKE                          in conjunction to my request for records.
(check appropriate box or boxes below)

_____    The agency has not responded and the time limits within which
to do so has expired.

_____    The agency has claimed that no records could be found and
I want to appeal that "no records" response.

_____    The agency has blanket denied release of records.

(X)    The agency has released certain records and withheld some
by claiming certain exemptions.

_____    The agency has withheld certain records but has not claimed
any exemptions or stated any reason for the deletions.

_____    The agency has claimed there are no records available or
they have been destroyed and I believe they have not made
a sufficient search.

_____    The agency has stated records were destroyed but has not
stated where, how, when and for what reason and by whome
they were destroyed and under what provision of the law.

_____    I believe the agency action or inaction otherwise unjust
for the following reason :

_____

_____

        Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
        The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.   The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                        Sincerely,
                        X   Robert Mackay

                        (name)   Robert Mackay

                        (No.)   03973-063

OFFICE OF INFORMATION
AND PRIVACY

JAN 0 5 2006

**RECEIVED**

cc: file

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

NOTICE:  Failure to respond to this administrative appeal in a
timely manner will result in civil action suit.

**FOIA APPEAL**

06-0919

To: Co-Director

Date: December 20, 2005

Office of Information & Privacy

Department of Justice

RE: FOIA to EOUSA

FLAG BUILDING, Suite 570

Request No. 05-1615

Washington, D. C. 20530

Date of Request: 5/26/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

EOUSA - Arizona (DAZ)                in conjunction to my request for records.

(check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction. The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X _Robert Mackey_____

(name)    Robert Mackey

(No.)    03473-063

Federal Correctional Complex

Box 3000 (MEDIUM)

Forrest City, Arkansas 72336

OFFICE OF INFORMATION
AND PRIVACY

JAN 05 2006

RECEIVED

cc: file

NOTICE:  Failure to respond to this administrative appeal in a timely manner will result in civil action suit.