UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT A. MACKAY , | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 1:05-cv-02363 |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| et al. | ) |
|  | ) |
| Defendants. | ) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C.  I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law.  In that capacity, I had direct oversight over Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters.  I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 242 employees who staff a total of ten (10) Units, whose collective mission is to effectively plan,



develop, direct and manage responses to requests for access to FBI records and information

pursuant to FOIA, Privacy Act, Executive Order 12958, as amended, Presidential, Attorney

General, and FBI policies and procedures, judicial decisions, and other Presidential and

Congressional directives. The statements contained in this declaration are based upon my

personal knowledge, upon information provided to me in my official capacity, and upon

conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am

aware of the treatment which has been afforded the three FOIPA requests of plaintiff Robert A.

Mackay for FBI records concerning himself, which are designated as FOIPA Request Number

1020903, FOIPA Request Number 1024699, and FOIPA Request Number 1026007.

(4)    FOIPA Request Number 1020903 is a FOIPA request made by plaintiff to FBIHQ

and the FBI Field Offices in Charlotte, North Carolina; Houston, Texas; Little Rock, Arkansas;

New Haven, Connecticut; Oklahoma City, Oklahoma; Philadelphia, Pennsylvania; and Phoenix,

Arizona.[1] Plaintiff's FOIPA Request Number 1020903 seeks access to all records pertaining to

himself located at FBIHQ and these seven FBI Field Offices. Searches of the indices to the

Central Record Systems at FBIHQ and these seven FBI Field Offices have located both main

---

[1] It should be noted that although plaintiff also made a FOIPA request for records
concerning himself at the FBI Field Office in Dallas, Texas in his request letter to FBIHQ dated
April 7, 2005, his FOIPA request to the Dallas Field Office was handled in a separate FOIPA
request designated as FOIPA Request Number 1026007. (See **Paragraphs 6 and 8, infra.**)

files and cross-references concerning plaintiff.[2] These records concerning plaintiff are currently being located at FBIHQ or forwarded to FBIHQ by the field offices for processing and release to plaintiff pursuant to the provisions of the FOIPA.

(5)    FOIPA Request Number 1024699 is a FOIPA request made by plaintiff to the United States Marshals Service ("USMS") for records concerning himself.  In its response to his FOIPA request, USMS located one FBI document in its records and forwarded this document to FBIHQ for review and direct response to plaintiff.  FBIHQ processed and released this FBI document to plaintiff on September 29, 2005.  The FBI did not delete any information in this document pursuant to the provisions of the FOIPA; however, USMS withheld the name of a USMS employee in this document pursuant to Exemption (b)(7)(C) of the FOIA.

(6)    FOIPA Request Number 1026007 is a FOIPA request made by plaintiff to the FBI Field Office in Dallas, Texas.  The indices to the Central Records System at the Dallas Field Office were searched for any main files concerning plaintiff with negative results.  Plaintiff was advised by letter from FBIHQ dated August 25, 2005, of the negative results of this search for records in the Dallas Field Office.  However, pursuant to this litigation, another search of the indices to the Central Records System at the Dallas Field Office has been conducted and one cross-reference pertaining to plaintiff has been located.  This record concerning plaintiff is currently being forwarded to FBIHQ by the Dallas Field Office for processing and release to

---

[2]  Main files are files in which a FOIPA requester is the subject of the file.  Cross-references are mentions of or references to a FOIPA requester in files on other subjects.  Both of these types of records are further explained in the discussion concerning the Central Records System at Paragraph 48, infra.

plaintiff pursuant to the provisions of the FOIPA.

(7)    The purpose of this declaration is to provide the Court and plaintiff with an explanation of the FBI's response to plaintiff's FOIPA Request Number 1024699; an explanation of the FBI's search for records that pertain to plaintiff and the current status of plaintiff's FOIPA Request Number 1020903 and FOIPA Request Number 1026007; an overview of the FBI's RIDS; an explanation of the FBI's Central Records System; and an explanation for the limited delay associated with the FBI's processing of documents responsive to plaintiff's FOIPA Request Number 1020903 and FOIPA Request Number 1026007.  For the reasons which will be discussed below in greater detail, the FBI is submitting this declaration in support of a stay of proceedings for two months, until May 1, 2006, in order to allow the FBI to complete the processing and release of documents responsive to plaintiff's FOIPA Request Number 1020903 and FOIPA Request Number 1026007.

## CHRONOLOGY OF PLAINTIFF'S FOIPA REQUESTS

### FOIPA Request Number 1020903

(8)    By letter dated April 7, 2005, addressed to FBIHQ, plaintiff submitted a FOIPA request for all records at FBIHQ concerning himself.  Additionally, plaintiff requested that the Central Office and Field Offices in or near Muskogee, Hugo and Durant, Oklahoma; Dallas and Houston, Texas; Phoenix and Tucson, Arizona; Little Rock, Arkansas; Bridgeport, Connecticut; Philadelphia, Pennsylvania; and Raleigh, North Carolina, also be searched for records concerning himself.  Plaintiff also advised that he would pay reasonable search and reproduction fees. (**See Exhibit A.**)

-4-

(9)    By letter dated April 7, 2005, addressed to the FBI Field Office in Houston, Texas,
plaintiff submitted a FOIPA request for all records at the Houston Field Office concerning
himself.  Plaintiff also advised that he would pay reasonable search and reproduction fees.
(See Exhibit B.)

(10)    By letter dated April 14, 2005, addressed to the FBI Field Office in Charlotte,
North Carolina, plaintiff submitted a FOIPA request for all records at the Charlotte Field Office
concerning himself.  Plaintiff also advised that he would pay reasonable search and reproduction
fees.  (See Exhibit C.)

(11)    By letter dated April 14, 2005, addressed to the FBI Field Office in Little Rock,
Arkansas, plaintiff submitted a FOIPA request for all records at the Little Rock Field Office
concerning himself.  Plaintiff also advised that he would pay reasonable search and reproduction
fees.  (See Exhibit D.)

(12)    By letter dated April 14, 2005, addressed to the FBI Field Office in New Haven,
Connecticut, plaintiff submitted a FOIPA request for all records at the New Haven Field Office
concerning himself.  Plaintiff also advised that he would pay reasonable search and reproduction
fees.  (See Exhibit E.)

(13)    By letter dated April 14, 2005, addressed to the FBI Field Office in Oklahoma
City, Oklahoma, plaintiff submitted a FOIPA request for all records at the Oklahoma City Field
Office concerning himself.  Plaintiff also advised that he would pay reasonable search and
reproduction fees.  (See Exhibit F.)

(14)    By letter dated April 14, 2005, addressed to the FBI Field Office in Philadelphia,

Pennsylvania, plaintiff submitted a FOIPA request for all records at the Philadelphia Field Office concerning himself. Plaintiff also advised that he would pay reasonable search and reproduction fees. (**See Exhibit G.**)

(15) By letter dated April 14, 2005, addressed to the FBI Field Office in Phoenix, Arizona, plaintiff submitted a FOIPA request for all records at the Phoenix Field Office concerning himself. Plaintiff also advised that he would pay reasonable search and reproduction fees. (**See Exhibit H.**)

(16) By letter dated May 19, 2005, addressed to plaintiff, FBIHQ acknowledged receipt of his FOIPA requests to the Oklahoma City Field Office and the Little Rock Field Office that had been forwarded to FBIHQ. Plaintiff was also advised that his FOIPA request had been assigned FOIPA Request Number 1020903. (**See Exhibit I.**)

(17) By letter dated May 23, 2005, addressed to plaintiff, FBIHQ acknowledged receipt of his FOIPA request to FBIHQ and advised that his requests to the Phoenix Field Office and the Houston Field Office had been forwarded to FBIHQ. Plaintiff was also advised that his FOIPA requests to FBIHQ, the Phoenix Field Office and the Houston Field Office would be handled simultaneously with his Oklahoma City Field Office request under FOIPA Request Number 1020903. (**See Exhibit J.**)

(18) By letter dated June 2, 2005, addressed to plaintiff, FBIHQ acknowledged receipt of his FOIPA request to the Philadelphia Field Office and advised that this request had been forwarded to FBIHQ to be handled simultaneously with his Oklahoma City Field Office request under FOIPA Request Number 1020903. (**See Exhibit K.**)

(19)    By letter dated August 4, 2005, addressed to the Department of Justice ("DOJ"),

Office of Information and Privacy ("OIP"), plaintiff submitted an administrative appeal and

advised that the FBI had not responded to his FOIPA request within the time limits of the FOIPA

and that the FBI had not processed any records pursuant to his FOIPA request.  (See Exhibit L.)

(20)    By letter dated August 22, 2005, addressed to plaintiff, OIP acknowledged receipt

of his administrative appeal concerning the failure of the FBI to respond to his FOIPA request

and advised that it had notified the FBI of his letter.  OIP also advised plaintiff that, due to a lack

of personnel resources, the function of OIP is limited to the review of those records to which

access has been denied and that he may appeal again to OIP when the FBI completes its action on

his FOIPA request if any material is denied.  OIP also advised plaintiff that if the FBI has not

responded to his FOIPA request at the time he received this letter, he could treat this letter as a

denial of his appeal and bring action in an appropriate federal court.  (See Exhibit M.)

### FOIPA Request Number 1024699

(21)    By letter dated July 1, 2005, addressed to FBIHQ, the USMS referred one FBI

document[3] that was located in its records pursuant to plaintiff's FOIPA request to USMS for all

records pertaining to himself (USMS FOIPA Request Number 2005USMS8417) for direct

response to plaintiff.  USMS also advised that the name of a USMS employee within this FBI

document had been deleted pursuant to Exemption (b)(7)(C) of the FOIA.  In addition, USMS

enclosed a copy of plaintiff's FOIPA request letter to USMS dated April 7, 2005.

_____

[3] It should be noted that the USMS referral letter states that there are nine FBI
documents; however, there is only one FBI document consisting of nine pages.

(<u>See</u> **Exhibit N.**)

    (22)   By letter dated September 29, 2005, addressed to plaintiff, FBIHQ made a release of the FBI document that was referred by USMS.  Plaintiff was also advised that all FBI information in this document was being released in its entirety and that USMS had made one deletion of their information pursuant to Exemption (b)(7)(C) of the FOIA.  (<u>See</u> **Exhibit O.**)

    (23)   By letter dated October 5, 2005, addressed to OIP, plaintiff submitted an administrative appeal concerning the information withheld in this FBI document pursuant to Exemption (b)(7)(C) of the FOIA.  (<u>See</u> **Exhibit P.**)

    (24)   By letter dated October 26, 2005, addressed to plaintiff, OIP acknowledged receipt of his administrative appeal and assigned it Appeal Number 06-0266.  (<u>See</u> **Exhibit Q.**)

<u>**FOIPA Request Number 1026007**</u>

    (25)   By letter dated April 14, 2005, addressed to the FBI Field Office in Dallas, Texas, plaintiff submitted a FOIPA request for all records at the Dallas Field Office concerning himself.  Plaintiff also advised that he would pay reasonable search and reproduction fees. (<u>See</u> **Exhibit R.**)

    (26)   By letter dated August 2, 2005, addressed to plaintiff, FBIHQ acknowledged receipt of his FOIPA request to the Dallas Field Office and assigned it FOIPA Request Number 1026007.  (<u>See</u> **Exhibit S.**)

    (27)   By letter dated August 25, 2005, addressed to plaintiff, FBIHQ advised plaintiff that in order to promptly respond to requests, the FBI concentrates on identifying main files in the Central Records System.  Plaintiff was then advised that searches of the automated and

manual indices of the Central Records System at the Dallas Field Office had not located any main files concerning himself.  Plaintiff was also advised that he could file an administrative appeal concerning this response by the FBI with OIP.  **(See Exhibit T.)**

(28)    By letter dated September 7, 2005, addressed to OIP, plaintiff submitted an administrative appeal and advised that the FBI has not responded to his FOIPA request within the time limits of the FOIPA.  **(See Exhibit U.)**

(29)    By letter dated September 12, 2005, addressed to OIP, plaintiff submitted an administrative appeal concerning the FBI's response to his FOIPA request that no records concerning himself could be located at the Dallas Field Office.  **(See Exhibit V.)**

## THE FBI'S RESPONSE TO FOIPA REQUEST NUMBER 1024699

(30)    As explained in Paragraph 5 and Paragraphs 21 through 24, supra, this FOIPA request pertains to one FBI document which was referred to the FBI by USMS pursuant to plaintiff's FOIPA request to that agency.  The FBI processed this document pursuant to the provisions of the FOIPA and released it to plaintiff by letter dated September 29, 2005. Although all FBI information in this document was released in its entirety, USMS withheld the name of a USMS employee pursuant to Exemption (b)(7)(C) of the FOIA.

(31)    Inasmuch as only USMS withheld any information in this document, the justification for the withheld information is being explained in the declaration by USMS, which is being filed separately.

(32)    A copy of the FBI document as it was released to plaintiff is attached to this Declaration as **Exhibit W.  (See Exhibit W.)**

## CURRENT STATUS OF FOIPA REQUEST NUMBER 1020903

(33)    As explained in Paragraph 4 and Paragraphs 8 through 20, supra, this FOIPA

request pertains to plaintiff's request to FBIHQ and seven FBI Field Offices for records

concerning himself.  The current status of this FOIPA request is that FBIHQ and some of the

Field Offices have located both main files concerning plaintiff and cross-references to plaintiff in

files on other subjects.  These records are currently being located at FBIHQ or forwarded by the

Field Offices to FBIHQ for processing and release to plaintiff pursuant to the provisions of the

FOIPA.

## CURRENT STATUS OF FOIPA REQUEST NUMBER 1026007

(34)    As explained in Paragraph 6 and Paragraphs 25 through 29, supra, this FOIPA

request pertains to plaintiff's request to the Dallas Field Office for records concerning himself.

A search of the indices to the Central Records System at the Dallas Field Office did not locate

any main files concerning plaintiff, who was subsequently so advised by letter dated August 25,

2005.  However, pursuant to this litigation, another search of the indices to the Central Records

System at the Dallas Field Office was conducted and one cross-reference to plaintiff was located.

This cross-reference is being forwarded to FBIHQ by the Dallas Field Office for processing and

release pursuant to the provisions of the FOIPA.

## OVERVIEW OF THE FBI'S FOIA/PRIVACY ACT BACKLOG

(35)    The number of FOIA and Privacy Act requests received by the FBI has increased

-10-

dramatically since the early 1980s.  At that time, the FOIPA Section[4] had sufficient resources to process and administratively maintain a balanced flow of work, which kept the growth in the backlog to a minimum.  However, from the mid-1980s until 1996, the unavailability of additional employees and a steady, large stream of new requests increased the backlog substantially.  The number of FOIA and Privacy Act requests on hand at FBIHQ, in various stages of processing, increased from its 1985 level of 4,736 to a total of 16,244 requests in December 1996.

(36)    In the past, the backlog in the FOIPA Section has been exacerbated by the high volume of administrative appeals which require review and response by the FBI's FOIPA Section personnel.  RIDS personnel work closely with the staff of OIP in reviewing and assisting with it's responses and determinations of pending appeals.  During 2005, the FBI received a total of 1,189 administrative appeals.  As of February 2006, 691 administrative appeals were pending resolution.  Inevitably, the time spent by RIDS personnel handling these appeals reduces the amount of time for regular processing duties.

(37)    At the present time, the FBI is involved in more than 100 pending lawsuits in various federal district and appellate courts throughout the United States.  As a result, there have been substantial litigation demands placed upon RIDS in the past several years.  These lawsuits require a substantial time commitment by various RIDS personnel.  At times, specific cases require the devotion of an inordinate amount of personnel and resources.  For instance, from February 1997 until the Spring of 2000, Whitehurst v. FBI, Civ. A. No. 96-572 (D.D.C.) (GK),

---

[4] RIDS was formerly known as the FOIPA Section until it was reorganized and renamed during the creation of the Records Management Division in 2002.

required the full-time assignment of between six (6) to twenty-five (25) Legal Administrative

Specialists ("LASs") who, pursuant to both a court order and a subsequent settlement agreement,

processed approximately 272,112 pages.  Even today, LASs continue to work on requests

stemming from this litigation and settlement agreement.  More recently, litigation deadlines in

Konigsberg v. DOJ, Civ. A. No. 02-CV-2428 (ESH) (D.D.C.), required the full-time assignment

of approximately 30 LASs, who processed over 24,000 pages in three (3) months.

     (38)   More recently, several urgent and competing litigation deadlines have necessitated

shifts in RIDS' personnel resources.  For example, Judge Susan Illston issued a September 16,

2004 Memorandum Opinion and Order in Steven Homick v. DOJ, Civ. A. No. C-98-00557SI

(N.D. Cal.), denying in part the FBI's motion for summary judgment, and ordering the FBI to

reprocess and release approximately 12,000 pages of documents by October 15, 2004.  In order to

comply with Judge Illston's deadline, RIDS LASs were shifted to assist the FOIPA Litigation

Support Unit in the FBI's efforts to move for reconsideration of the September 16, 2004 Order

and to seek relief from the October 15, 2004 deadline, which were mostly unavailing.  As a

result, the FBI had to continue its task of reprocessing the approximately 12,000 pages and meet

the court-imposed deadlines.  RIDS personnel also had to be shifted to assist the FOIPA LSU to

comply with Judge Charles R. Breyer's June 15, 2004 Memorandum Opinion and Order in

ACLU, et al. v. TSA, et al., Civ. A. No. C-03-1779 CRB (N.D. Cal.).  The June 15, 2004 Order

required the FBI to carefully re-review and reprocess documents related to the Transportation

Security Administration's ("TSA") "no fly" and "selectee" lists, produce a reprocessed set of

documents, and a revised Vaughn declaration in excess of 150 pages.  Moreover, on September

15, 2004, Judge Alvin K. Hellerstein in presiding over ACLU, et al. v. DOD, et al., Civ. A. No.

04-4151 (S.D.N.Y.), ordered the FBI by October 1, 2004 (interim deadline) and October 15, 2004

(final deadline) to either produce or identify and Vaughn all documents responsive to plaintiffs'

FOIA requests concerning the treatment, deaths and rendition/repatriation of any individuals

apprehended after September 11, 2001 who are currently being held, or were formerly held in

United States custody at military bases or detention facilities outside of the United States. This

September 15, 2004 Order has resulted in numerous RIDS employees being diverted to the

review and processing of thousands of potentially responsive pages and the necessary Vaughn

declaration. Five additional FOIA LASs were shifted within RIDS to assist the FOIPA LSU with

this litigation. Over time, it is not surprising that this diversion of personnel resources in

multiple litigations has had a significant impact on the FBI's FOIA backlog as well as a delaying

effect on requests assigned to and being processed by those LASs.

    (39)   In the past, the FBI had repeatedly sought additional funding for the creation of

new FOIPA positions. For example, Congress appropriated funds in the 1997 fiscal budget

providing for 129 additional employees, and in the 1998 fiscal budget, providing for 239

additional employees. However, following the terrorist attacks on September 11, 2001, the

number of RIDS personnel has been reduced significantly due to the vital need to have FBIHQ

personnel redirected towards the goal of fighting the war on terrorism. Nevertheless, despite this

necessary shift in personnel resources, the FBI continues to make great strides in reducing its

backlog. For example, requests in the FOIPA Section in various stages of processing between

December 31, 1996 and December 31, 2005, dropped from 16,244 to 1,640, resulting in a net

reduction of 14,604 requests. As of December 31, 2005, RIDS had 1,640 requests in various

stages of processing throughout the Section. Moreover, during this past year. the FBI has

received an average of 908 requests per month. The FBI's re-engineering effort, which will be

described in more detail below, has successfully reduced the FBI's backlog of requests by

approximately 91 percent and it is anticipated that future totals should reflect a continuation of

this downward trend.

(40)    In addition, RIDS has taken all available steps to aid in the streamlining of the

work and reduction of the FOIA/Privacy Act backlog. These include the use of direct on-line

computer searches to locate responsive records, the use of forms which eliminate delays

associated with word processing, the formation of specific teams to target backlog issues, the

development of alternative methods to handle consultations with other government agencies, and

the formation of the FOIPA LSU, which handles all FOIA/Privacy Act Litigation in RIDS.

(41)    In an attempt to adapt technology to the demands of the FOIA/Privacy Act, RIDS

has moved to paperless processing through its FOIPA Document Processing System ("FDPS").

The FDPS allows RIDS personnel to scan FBI files, documents, and correspondence, and enables

the LAS to process pages electronically rather than manually. RIDS is now using this system for

all new FOIA and Privacy Act requests.

## HOW A FOIA REQUEST IS PROCESSED IN RIDS

(42)    Over the years, the FOIPA Section at FBIHQ has engaged in a continual re-

engineering process in an effort to better serve the needs of requesters who seek information

from the FBI. In 2002, reorganization of various divisions at FBIHQ resulted in the formation of

-14-

the Records Management Division, which now handles all FOIA and Privacy Act requests

through the Record/Information Dissemination Section. These most recent re-engineering efforts

have resulted in the following organizational plan which will be discussed in more detail below.

(43)    The mission of RIDS is to effectively plan, develop, direct, and manage responses

to requests for access to FBI records and information. RIDS is responsible for providing

program and policy management pertaining to the researching, reviewing, analyzing, processing,

and classification/declassification work relating to FOIA and Privacy Act, Executive Order

12958, as amended, Presidential, Attorney General, and FBI policies and procedures, judicial

decisions, and other Presidential and Congressional directives. RIDS also provides

prepublication review of material written by current and/or former FBI employees concerning

FBI matters as mandated by the FBI's employment agreement. RIDS currently employs 242

employees, most of whom are LASs, that are assigned among the ten Units within RIDS, whose

shared function is to intake, review, process, and release information in response to FOIA and

Privacy Act requests. To accomplish this mission, RIDS consists of the following ten Units: the

Service Request Unit ("SRU"), two Work Process Units ("WPU"), three Classification Units

("CU"), three Freedom of Information and Privacy Acts ("FOIPA") Units ("Disclosure Units"),

and the Litigation Support Unit ("LSU").

(a)    The **<u>Service Request Unit</u>** ("SRU") is responsible for reviewing and sorting

all correspondence/incoming requests for information from the public, Congress, Presidential

Libraries, foreign governments, other federal and state agencies, and other FBI entities (i.e., FBI

Field Offices, Legal Attaches). The SRU handles various initial tasks required to "perfect" a

-15-

FOIA/Privacy Act request, including sending letters to acknowledge requests, advising a requester to provide identifying data so that an accurate records search can be made and/or to submit a notarized signature/Privacy Act waiver, or advising a requester when no responsive records are located; opens new requests and assigns a FOIPA Request Number; and enters the perfected requests into the FDPS tracking system.  The Negotiation Team, also a part of SRU, works with requesters whose requests generate a large volume of records in an attempt to narrow the scope of responsive records and facilitate a more rapid response.  Finally, the Government Response Team ("GRT"), also a part of SRU, provides timely feedback to other federal agencies and other DOJ components with regard to referrals of documents – either sent for a consultation or for direct response to the requester – which are either FBI-originated or contain FBI-originated information.[5]

(b)  The two **Work Process Units** ("WPUs") are responsible for preparing SRU's "perfected" requests for transfer to the three Disclosure Units.  The WPUs conduct searches of the general indices for identifiable records, confirm responsive documents, stamp files for retention, forward files requiring classification review to the three Classification Units, address fee issues (other than fee waiver reviews), retrieve and forward files for scanning into FDPS, respond to status inquiries, handle administrative appeals, and maintain requests prior to their in-turn transfer to the Disclosure Units.

---

[5]  The Government Response Team ("GRT") was formerly known as the "Government Response & Prepublication Review Unit."  However, an internal reorganization recently resulted in shifting the GRT and its functions to the SRU, and shifting the Prepublication Review Team to the RIDS front office.

(c)  The three **Classification Units** ("CUs") are responsible for complying with the classification/declassification review of FBI records under Executive Order 12958, as amended, and the July 1995 DOJ Memorandum of Understanding.  The CUs review documents responsive to FOIA/Privacy Act requests, criminal and civil discovery requests, Congressional and Presidential mandates, Presidential Library requests, mandatory declassification requests, Office of Inspector General Reports, and other federal agency requests in order to determine whether such material should remain classified or be declassified.  In addition, the CUs review and prepare classified material for review by the Department of Justice Review Committee ("DRC").[6]

(d)  The three **FOIPA Units** ("Disclosure Units") perform the actual processing of all records pursuant to the provisions of the FOIA and Privacy Act.  "Processing" involves a page-by-page, line-by-line review of the responsive documents to determine which, if any, FOIA and/or Privacy Act exemptions may apply.  This includes redaction of the exempt material and notation of the applicable exemption(s) in the margins of each page and/or preparation of deleted page information sheets when pages are withheld in their entireties (now done electronically in FDPS).  During the course of their review, the Disclosure Units consult with other government agencies for their determination as to the releasability of their information contained within FBI records, or refer non-FBI documents to those originating agencies for processing and direct response.  The Disclosure Units ensure that FOIA and/or Privacy Act exemptions have been

---

[6]  The DRC is the FBI's appellate authority with regard to the implementation and administration of Executive Order 12958, as amended, and related directives and guidelines concerning classified information.  See 28 C.F.R. § 17.14 (2003).

applied properly, that no releasable material has been withheld, that no material meriting

protection has been released, that all necessary classification reviews have been completed, and

that other government agency information and/or entire documents originating with other

government agencies have been properly handled.

(e) The **Litigation Support Unit** ("LSU") is responsible for providing legal

support and administrative assistance to the FBI's Office of the General Counsel and Chief

Division Counsels and Assistant Division Counsels in the FBI's field offices, in all FOIA/Privacy

Act requests that result in federal litigation. The LSU coordinates the progress of the FBI's

response to a particular FOIA/Privacy Act request as it progresses through the units described

above, coordinates the receipt of substantive litigation-related information from involved FBI

Special Agents ("SAs") in the Field Offices and the operational Divisions at FBIHQ, and

coordinates the referral of documents to other DOJ components and government agencies. The

LSU prepares the administrative record, drafts both procedural and substantive declarations and

court pleadings, codes documents processed by the Disclosure Units, and drafts detailed

declarations justifying the assertion of all applicable FOIA/Privacy Act exemptions.

(44)    After SRU and WPU perfect a request, the request is sent to the "perfected

backlog." To ensure fairness to all requesters and to equitably administer the deluge of

FOIA/Privacy Act requests received by the FBI, a request is assigned based on the date of receipt

on a "first in/first out" basis from within each of three queues according to sound administrative

practices.[7]  The FBI uses a three-queue system as a way to perfect and assign new requests.[8]  The

three-queue system established "multi-track" processing for requests, based on the amount of

time and work involved in handling a particular request.[9]  The system nevertheless preserves the

principle that, within the three queues, requests are still assigned and processed on a first-in/first

out basis.  The placement of a request in one of the three queues depends on the total amount of

material responsive to that request -- 500 pages or less ("small queue"), 501 to 2,500 pages

("medium queue"), or more than 2,500 pages ("large queue").  This standard operating

procedure, coupled with the FBI's "first in/first out" policy, permits requests to be addressed in

the order in which they are received, while obviating the inequities to other requesters whose

interests relate only to a small number of documents.  As described earlier, requesters whose

requests have been placed in the large queue are given the opportunity, through contact with

SRU's Negotiation Team, to reduce the scope of their requests and accelerate assignment of their

requests by relocating them to a more advantageous queue.

(45)    LASs frequently work on more than one request at a time because it is not always

administratively efficient to work only one request to completion before proceeding to the next

request.  Processing of a complex case may be halted midstream for a variety of reasons, such as

resolving a classification issue, locating records that may be missing, or consulting with other

_____

[7]  See 28 C.F.R. § 16.5 (a) (2003).

[8]  This system went into effect on July 10, 1997, superseding the previous system of two
queues (one for 100 pages or less, the other for requests greater than 100 pages).

[9]  See 5 U.S.C. § 552 (a) (6) (D) (i) and 28 C.F.R. § 16.5 (b) (2001).

government agencies as to the nature and propriety of releasing certain information. In the

interest of efficiency during this waiting period, other requests may be processed and released.

Therefore, large requests are often processed in conjunction with smaller requests in an attempt

to ensure that one requester does not consume a disproportionate share of RIDS resources.

(46)    Consistent with standard administrative procedure, any records which may be

referred to the FBI from other DOJ components or other government agencies in response to a

particular request may be added to that pending FOIA/Privacy Act request. This process is an

equitable way for RIDS to maintain administrative control of FOIA/Privacy Act requests. Under

this system, the same LAS assigned to process a particular request will also handle the review of

records referred by other DOJ components or other government agencies. By ensuring continuity

in the processing of FOIA/Privacy Act requests, this system is not only fair to all persons seeking

information under the FOIA and/or Privacy Act, but is also administratively efficient, since the

same issues presented by the referred records will already have been addressed by the LAS in

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(47)    The Central Records System ("CRS"), which is utilized by the FBI to conduct

searches in response to FOIA and Privacy Act requests, enables it to maintain all information

which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.

The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and

other files compiled for law enforcement purposes. This system consists of a numerical sequence

of files broken down according to subject matter. The subject matter of a file may relate to an

individual, organization, company, publication, activity, or foreign intelligence matter. Certain

records in the CRS are maintained at FBIHQ. Records that are pertinent to specific field offices

of the FBI are maintained in those field offices.

(48)   Access to the CRS is obtained through the General Indices, which are arranged in

alphabetical order. The General Indices consist of index cards on various subject matters that are

searched either manually or through the automated indices. The entries in the General Indices

fall into two categories:

> (a) A "main" entry -- A "main" entry, or "main" file, carries the name
> corresponding with a subject of a file contained in the CRS.

> (b) A "reference" entry --"Reference" entries, sometimes called "cross-
> references," are generally only a mere mention or reference to an individual,
> organization, or other subject matter, contained in a document located in
> another "main" file on a different subject matter.

(49)   Access to the CRS files in FBI Field Offices is also obtained through the General

Indices (automated and manual), which are likewise arranged in alphabetical order, and consist

of an index on various subjects, including the names of individuals and organizations. Searches

made in the General Indices to locate records concerning a particular subject, such as Robert A.

Mackay, are made by searching the subject requested in the index. FBI Field Offices have

automated indexing functions.

(50)   On or about October 16, 1995, the Automated Case Support ("ACS") system was

implemented for all Field Offices, Legal Attaches ("Legats"), and FBIHQ. Over 105 million

records were converted from automated systems previously utilized by the FBI. The ACS

consists of three integrated, yet separately functional, automated applications that support case

management functions for all FBI investigative and administrative cases:

-21-

(a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as set, assign, and track leads. The Office of Origin ("OO"), which sets leads for itself and other field offices, as needed, opens a case. The field offices that receive leads from the OO are referred to as Lead Offices ("LOs") – formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN"), which is utilized by all FBI field offices, Legats, and FBIHQ that are conducting or assisting in the investigation. Using a fictitious file number "70-HQ-12345" as an example, an explanation of the UCFN is as follows: "70" indicates the classification for the specific type of investigation, which in this instance is "Crime on a Government Reservation"; "PX" is the abbreviated form used for the OO of the investigation, which in this instance is the Phoenix Field Office; and "12345" denotes the individual case file number for the particular investigation.

(b) Electronic Case File ("ECF") – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, in that only the creator of a document serializes it into a file. This provides a single-source entry of serials into the computerized ECF system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index; however, the LOs may index additional information as needed. UNI, an index of approximately 92.4 million records, functions to index names to cases, and to search names and cases for use in FBI investigations. Names of individuals or organizations are

recorded with identifying applicable information such as date or place of birth, race, sex, locality, Social Security number, address, and/or date of event.

(51)    The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the FBI Special Agent ("SA") assigned to work on the investigation, the Supervisory SA ("SSA") in the field office conducting the investigation, and the SSA at FBIHQ.  The FBI does not index every name in its files; rather, it indexes only that information considered to be pertinent, relevant, or essential for future retrieval.  Without a "key" (index) to this enormous amount of data, information essential to ongoing investigations could not be readily retrieved.  The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes.  Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter or individual, i.e., Robert A. Mackay.

## SEARCH FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUESTS

(52)    In this case, the FBI searched two databases in its effort to identify documents responsive to plaintiff's request.  Both the Automated Data Base ("ADB") and the Inactive Indices of the Central Records System ("CRS")[10] at FBIHQ and the FBI Field Offices in

---

[10] As discussed earlier, the CRS enables the FBI to maintain all records which it has generated or acquired in the course of fulfilling its mandated law enforcement responsibilities, including both national security investigations and criminal investigations.  The ADB of the CRS contains all records dated after January 1, 1958 for national security applicant, and administrative matters, and after January 1, 1973 for criminal investigative matters.  The Inactive Indices of the CRS contain all records dated prior to 1958 for national security matters and all records dated prior to 1973 for criminal investigative matters.

Charlotte, Dallas, Houston, Little Rock, New Haven, Oklahoma City, Philadelphia, and Phoenix were searched for any records pertaining to himself.

(53)    As a result of the FBI's search efforts, the following main files were located and identified as responsive to plaintiff's requests: a) FBIHQ main file 58-10105, which consists approximately 20 pages; b) FBIHQ main file 70-65221, which consists of approximately 100 pages; c) Phoenix Field Office main file 58-PX-328, which consists of approximately 30 pages; d) Phoenix Field Office main file 70-PX-8333, which consists of approximately 210 pages; and e) Phoenix Field Office main file 70-PX-8600, which consists of approximately 4 pages. No main files were located at any of the other seven FBI Field Offices.

(54)    In addition, several cross-references to plaintiff in files on other subjects were also located and identified as responsive to plaintiff's requests : a) three cross-references at FBIHQ, which consist of approximately 6 pages; b) one cross-reference at the Charlotte Field Office, which consists of approximately 1 page; c) one cross-reference at the Dallas Field Office, which consists of approximately 1 page; d) three cross-references at the Houston Field Office, which consists of approximately 15 pages; e) one cross-reference at the Little Rock Field Office, which consists of approximately 1 page; f) three cross-references at the Oklahoma City Field Office, which consists of approximately 20 pages; and g) one cross-reference at the Philadelphia Field Office, which consists of approximately 5 pages. No cross-references were located at either the New Haven Field Office or the Phoenix Field Office.

(55)    The search at FBIHQ and these eight FBI Field Offices for documents responsive to plaintiff's requests for documents pertaining to himself have now been completed.

-24-

Approximately 413 pages of documents have been identified as potentially responsive to plaintiff's request.

(56)    The responsive documents are being forwarded and scanned into electronic format and will be forwarded to the "perfected case" backlog for assignment to a FOIPA processing analyst.  Based on the page count of approximately 413 pages, plaintiff's request is currently in the small queue of the "perfected case" backlog.  As explained earlier, in order to ensure fairness to all requesters and to equitably administer the deluge of FOIA/Privacy Act requests received by the FBI, a request is assigned based on the date of receipt on a "first in/first out" basis from within each of three queues according to sound administrative practices.  Based on the date of this request, which is May 19, 2005, there are approximately 23 requests pending ahead of plaintiff's requests in the small queue.  The FBI anticipates that the earliest plaintiff's request will be assigned to the Disclosure Unit for processing is in one month.  In addition, the FBI anticipates it will require approximately one month for the responsive documents to be processed and released to plaintiff.

(57)    The FBI takes its responsibilities with regard to the administration of the FOIA/Privacy Act program very seriously, and all reasonable efforts are being made to comply with the statutory deadlines.  Regrettably, compliance with these deadlines is often not possible.  However, as explained supra, the FBI has made tremendous strides in reducing its backlog over time.  This reduction has occurred even while thousands of new FOIA/Privacy Act requests have been received.  Nevertheless, the most equitable way to reduce the backlog and ensure that each request receives the attention it deserves is to process these requests based on the date of receipt

-25-

according to sound administrative practices as explained above. It would be unfair to assign plaintiff's request for processing before other requesters whose requests were in the queue ahead of plaintiff. Each court order which requires that one request be given priority ahead of the others invariably works to the detriment of the other more patient requesters and encourages other requesters to seek relief in the courts, thereby undermining the FBI's attempt to manage the thousands of FOIA/Privacy Act requests it receives annually in a fair and consistent fashion.

(58)    For the above reasons, the FBI submits this declaration in support of its request in support of a stay of proceedings for two months, until May 1, 2006, in order to allow the FBI to complete the processing and release of those documents responsive to plaintiff's requests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through W attached hereto are true and correct copies.

Executed this ___28th___ day of February, 2006.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.



# FOIPA Request Number

# 1020903

# Exhibit A

To: Director                                          Date: April 7, 2005

Federal Bureau of Investigation

J. Edgar Hoover Building

Washington, D. C.  20530

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search: Please search Central Office and Field Offices in or near Muskogee, Hugo, and Durant, OK; Dallas and Houston, TX; Pheonix and Tucson, AZ; Little Rock, AR; Bridgeport, CONNECTICUTT; Philadelphia, Pennsylvania; and Raliegh, North Carolina.

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME ____ROBERT ARTHUR MACKAY_____

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 7th day of ___April_____, 2005____.

                      By  X *Robert A Mackay*
                                Affiant Herein

(28 USC Section 1746)

Name: ____Robert Mackay_____

Reg. No. ____03473-063_____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit B

To: Special Agent In Charge                    Date: April 7, 2005

Houston FBI Field Office

Federal Bureau of Investigation

2500 East T.C. Jester Blvd

Houston, Texas 77008
Dear Sir:

     This is a request under the Freedom of Information Act.

     I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

     The following particulars may assist you in your search:

     ALL RECORDS.

     I will pay reasonable search and reproduction fees.

     My biographical data is as follows:

FULL NAME          ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

     I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.

Executed this ___7th___ day of ___April___ , ___2005___ .

                      X
                   By *Robert A Mackay*
                           Affiant Herein

(28 USC Section 1746)

Name:  Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit C

To:  Special Agent In Charge                    Date:  April 14, 2005

Federal Bureau of Investigation

400 S Tyron Street, Ste 900

Charlotte, North Carolina 28285

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:

    ALL RECORDS


    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME     ROBERT ARTHUR MACKAY

DATE OF BIRTH :  February 25, 1947

PLACE OF BIRTH :  Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of  April          ,  2005    .

By  X  _Robert A. Mackay_
                       Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.    03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit D

To: Special Agent In Charge                    Date:    April 14,2005

Federal Bureau of Investigation

10825 Financial Center Parkway, Ste 200

Little Rock, Arkansas  72211

Dear Sir:

      This is a request under the Freedom of Information Act.

      I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

      The following particulars may assist you in your search:

      ALL RECORDS


      I will pay reasonable search and reproduction fees.

            My biographical data is as follows:

FULL NAME    ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

      I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.

Executed this ___14th__day of __April_____, 2005 _____.

                              X
                        By___Robert a. Mackay_____
                              Affiant Herein

(28 USC Section 1746)


Name:    Robert Mackay

Reg. No.    03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit E

To: Special Agent In Charge                    Date: April 14, 2005

Federal Bureau of Investigation

600 State St

New Haven, Connecticut  06511

Dear Sir:

    This is a request under the Freedom of Information Act.

    I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

    The following particulars may assist you in your search:

    ALL RECORDS

    I will pay reasonable search and reproduction fees.

    My biographical data is as follows:

FULL NAME    ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:  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

    I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April        2005

              By   X  *Robert A. Mackay*
                        Affiant Herein

(28 USC Section 1746)

Name:  Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit F

To: Special Agent In Charge                Date: April 14, 2005

Federal Bureau of Investigation

3301 W Memorial

Oklahoma City, Oklahoma   73134

Dear Sir:

     This is a request under the Freedom of Information Act.

     I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

     The following particulars may assist you in your search:

     ALL RECORDS


     I will pay reasonable search and reproduction fees.

     My biographical data is as follows:

FULL NAME :   ROBERT ARTHUR MACKAY

DATE OF BIRTH :  February 25, 1947

PLACE OF BIRTH :  Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

     I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April            , 2005        .

                                    By  X  _Robert A. Mackay_
                                           Affiant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.   03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit G

To: Special Agent In Charge   Date: April 14, 2005

Federal Bureau of Investigation

Wm J. Green Jr, Federal Bldg

600 Arch St

Philadelphia, Pennsylvania  19106

Dear Sir:

   This is a request under the Freedom of Information Act.

   I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

   The following particulars may assist you in your search:

 ALL RECORDS

   I will pay reasonable search and reproduction fees.

   My biographical data is as follows:

FULL NAME  ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

   I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of  April ,2005 .

           X
By _Robert A. Mackay_
          Affiant Herein

(28 USC Section 1746)

Name: Robert Mackay

Reg. No.  03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit H

To: Special Agent In Charge                    Date: April 14, 2005

Federal Bureau of Investigation

201 E Indianola Ave, Ste 400

Phoenix, Arizona  85012

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME _____ ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this 14th day of April , 2005 .

                                    X
                            By ___ Robert a. Mackay
                                    Affiant Herein

(28 USC Section 1746)

Name: _____ Robert Mackay

Reg. No. _____ 03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit I



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*May 19, 2005*

MR ROBERT ARTHUR MACKAY
**03473-063
BOX 3000 (MEDIUM)
FORREST CITY, AR  72336

Request No.:  1020903- 000
Subject:  MACKAY, ROBERT ARTHUR

Dear Mr. Mackay:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.  Your request was forwarded to FBI Headquarters from our Oklahoma City and Little Rock Field Offices.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of  birth for the subject of your request.  Any other specific data you could  provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

# Exhibit J



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 23, 2005

Mr. Robert Arthur Mackay
**03473-063
Box 3000 (Medium)
Forest City, AR 72336

Request No.: 1020903
Subject: Mackay, Robert Arthur

Dear Mr. Mackay:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to FBI Headquarters. Your request was also forwarded to FBI Headquarters from our Phoenix and Houston Field Offices.

Your Headquarters, Phoenix, and Houston Field Offices request will be handled simultaneously with your Oklahoma Field Office request, under FOIPA number 1020903.

Sincerely yours,

S

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

# Exhibit K



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

June 2, 2005

Mr. Robert Arthur Mackay
**03473-063
Box 3000 (Medium)
Forrest City, AR 72336

Request No.: 1020903
Subject: Mackay, Robert Arthur

Dear Mr. Mackay:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request our Philadelphia Field Office which was forwarded to FBI Headquarters.

Your Philadelphia Field Office request will be handled simultaneously with your Oklahoma City Field Office request, under FOIPA number 1020903.

Sincerely yours,

( S )

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

# Exhibit L

**FOIA APPEAL**

To: ~~Co-Director~~                          Date: August 4, 2005

~~Office of Information & Privacy~~          RE: FOIA to  FBI

~~Department of Justice~~                    Request No. 1020903

~~FLAG BUILDING, Suite 570~~                 Date of Request: 4/7/05 & 4/14/05

~~Washington, D. C. 20530~~

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

Federal Bureau of Investigation in conjunction to my request for records.
       (check appropriate box or boxes below)

__X__  The agency has not responded and the time limits within which
       to do so has expired.
_____  The agency has claimed that no records could be found and
       I want to appeal that "no records" response.
_____  The agency has blanket denied release of records.

_____  The agency has released certain records and withheld some
       by claiming certain exemptions.
_____  The agency has withheld certain records but has not claimed
       any exemptions or stated any reason for the deletions.
_____  The agency has claimed there are no records available or
       they have been destroyed and I believe they have not made
       a sufficient search.
_____  The agency has stated records were destroyed but has not
       stated where, how, when and for what reason and by whome
       they were destroyed and under what provision of the law.
__X__  I believe the agency action or inaction otherwise unjust
       for the following reason :

~~I requested information from the Headquarters in Washington, D.C.~~ and
~~each field office in Little Rock,~~ AR; New Haven Connecticut; Dallas, TX
and Houston, TX; Charlotte, NC; Philadelphia, Penn; Pheonix, AZ &
Oklahoma City, OK. They either did not answer or have not processed them.
    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed. The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                  Sincerely,
                  X
                  (name) Robert Mackey
                  (No.) 03473-063
                  Federal Correctional Complex
                  Box 3000 (MEDIUM)
                  Forrest City, Arkansas 72336

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
        timely manner will result in civil action suit.

# Exhibit M



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

AUG 2 2 2005

Mr. Robert Mackay
Register No. 03473-063
F.C.C., Unit B-1
P.O. Box 3000
Forrest City, AR  72336

     Re:  Request No. 1020903

Dear Mr. Mackay:

     This responds to your letter dated August 4, 2005, in which you sought to appeal from the failure of the Federal Bureau of Investigation to respond to your request for access to records.

     I have notified the FBI of your communication. It is my understanding that the FBI is still processing your request. Although the Act authorizes you to treat the failure of the FBI to act on your request within the specified time limit as a denial thereof, this Office, because it lacks the personnel resources to conduct the record reviews that are necessary to make initial determinations on requests for records, cannot act until there has been an initial determination by the FBI. Our function is limited to the review of those records to which access is in fact denied. You may appeal again to this Office when the FBI completes its action on this particular request if any of the material is denied. We will then open a new appeal and review the FBI's substantive action on your request.

     In the event that the FBI still has not responded to your request at the time you receive this letter, you may, if you choose, treat my letter as a denial of your appeal and bring action in an appropriate federal court. I hope that, in making a decision, you will give sympathetic consideration to the fact that the Department of Justice has many requests pending at this time and is making every possible, reasonable effort to process them.

               Sincerely,

               Richard L. Huff
               Co-Director

RLH:PAJ:CIH

# FOIPA Request Number

# 1024699

# Exhibit N



**U.S. Department of Justice**

**United States Marshals Service**

*Office of General Counsel*

_____

*Washington, DC  20530-1000*

JUL 0 1 2005

**MEMORANDUM TO:**    David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, D.C.  20535-0001

**FROM:**    William E. Bordley
Associate General Counsel/FOIPA Officer
Office of General Counsel

**SUBJECT:**    **Freedom of Information/Privacy Act Request -
Robert A. Mckay- 2005USMS8417**

　　In searching our files pursuant to a Freedom of Information/Privacy Act request by the above-named individual, we located nine (9) documents which originated with or contain information which originated with your agency.  Pursuant to 28 C.F.R. § 16.42(d), these documents are being referred to your office for action and direct response to the requester.  The name of a USMS employee has been deleted pursuant to exemption 7(C) of the Freedom of Information Act.

　　A copy of said document and the request is attached.  If you have any questions, please contact Shauna Baude  on 202 307-9865.

To: Director                                         Date: April 7, 2005

United States Marshals Service

Department of Justice

Washington, D. C.  20530

Dear Sir:

        This is a request under the Freedom of Information Act.

        I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

        The following particulars may assist you in your search:

All Records.  I request you search the ND, Texas and ED, Oklahoma.

        I will pay reasonable search and reproduction fees.

                My biographical data is as follows:

FULL NAME        ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER: 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

        I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.

Executed this 7th day of April          , 2005     .

                              By    X    Robert A. Mackay
                                         Affiant Herein

(28 USC Section 1746)

Name:    Robert Mackay

Reg. No.    03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit O





**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 29, 2005

MR. ROBERT ARTHUR MACKAY
**03473-063
FEDERAL CORRECTIONAL COMPLEX (MEDIUM)
BOX 3000
FORREST CITY, AR 72336

Request No.: 1024699- 000
Subject: MACKAY, ROBERT ARTHUR

Dear Requester:

Reference was made to your Freedom of Information-Privacy Acts request to the United States Marshals Service. Contained in their files was a document which originated with the Federal Bureau of Investigation. This document was forwarded to us for review and release determination.

We have completed our review. All the FBI information is being released in its entirety. The United States Marshal Service has cited b7C, for the withholding of their information..

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s): (1)

# Exhibit P

*rec'd 10-20-05*

**FOIA APPEAL**                               06-0266 *PA*

To: Co-Director                    Date: October 5, 2005
Office of Information & Privacy

FLAG BUILDING, Suite 570           RE: FOIA to ___( FBI )___
Department of Justice              Request No. 1024699-000
Washington, D. C. 20530            Date of Request: 9/29/05

Dear Sir:

   This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

FBI refered by USMS _____ in conjunction to my request for records.
       (check appropriate box or boxes below)

_____   The agency has not responded and the time limits within which
        to do so has expired.
_____   The agency has claimed that no records could be found and
        I want to appeal that "no records" response.
_____   The agency has blanket denied release of records.
( ✓ )   The agency has released certain records and withheld some
        by claiming certain exemptions.
_____   The agency has withheld certain records but has not claimed
        any exemptions or stated any reason for the deletions.
_____   The agency has claimed there are no records available or
        they have been destroyed and I believe they have not made
        a sufficient search.
_____   The agency has stated records were destroyed but has not
        stated where, how, when and for what reason and by whome
        they were destroyed and under what provision of the law.
_____   I believe the agency action or inaction otherwise unjust
        for the following reason :

_____
_____
_____

   Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
   The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                          Sincerely,
                          X _Robert Mackay_
OFFICE OF INFORMATION     (name)  Robert Mackay
      AND PRIVACY         (No.)  03473-063
     OCT 2 0 2005         Federal Correctional Complex
                          Box 3000 (MEDIUM)
     RECEIVED             Forrest City, Arkansas 72336

cc: file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.

# Exhibit Q



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

OCT 2 6 2005

10-26-05

Mr. Robert Mackay
Register No. 03473-063
Federal Correctional Complex
P.O. Box 3000 - Medium
Forrest City, AR 72336

      Re:  Request No. 1024699

Dear Mr. Mackay:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on October 20, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **06-0266**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                  Sincerely,

                  Priscilla Jones
                  Chief, Administrative Staff

# FOIPA Request Number

# 1026007

# Exhibit R

To: Special Agent in Charge                    Date: April 14, 2005

Federal Bureau of Investigation

1801 N Lamar Street, Rm 300

Dallas, Texas  75202

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:

ALL RECORDS

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME          ROBERT ARTHUR MACKAY

DATE OF BIRTH : February 25, 1947

PLACE OF BIRTH : Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER:   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

I declare under penalty of perjury that the aforementioned biograph-ical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this  14th day of April            , 2005            .

By  X  _Robert A Mackay_
                    Affiant Herein

(28 USC Section 1746)

Name:    Robert Mackay

Reg. No.    03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336

# Exhibit S



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

August 2, 2005

MR. ROBERT ARTHUR MACKAY
**03473-063
FEDERAL CORRECTIONAL COMPLEX
BOX 3000 (MEDIUM)
FORREST CITY, AR  72336

Request No.:  1026007- 000
Subject:  MACKAY, ROBERT ARTHUR

Dear Mr. Mackay:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of  birth for the subject of your request.  Any other specific data you could  provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☐ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# Exhibit T



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. ROBERT ARTHUR MACKAY
**03473-063
FEDERAL CORRECTIONAL COMPLEX
BOX 3000 (MEDIUM)
FORREST CITY, AR 72336

August 25, 2005

Request No.: 1026007- 000
Subject: MACKAY, ROBERT ARTHUR

Dear Mr. Mackay:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices at our Dallas Field Office.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# Exhibit U

**FOIA APPEAL**

To: Co-Director

Date: ~~September 7, 2005~~

Office of Information & Privacy

Department of Justice

RE: FOIA to    FBI

~~NALC~~G BUILDING, Suite 570

Request No. ~~1026007-000~~

Washington, D. C. 20530

Date of Request: 8/2/05

Dear Sir:

This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

FBI                                    in conjunction to my request for records.
                (check appropriate box or boxes below)

_X_    The agency has not responded and the time limits within which
       to do so has expired.
____   The agency has claimed that no records could be found and
       I want to appeal that "no records" response.
____   The agency has blanket denied release of records.

____   The agency has released certain records and withheld some
       by claiming certain exemptions.
____   The agency has withheld certain records but has not claimed
       any exemptions or stated any reason for the deletions.
____   The agency has claimed there are no records available or
       they have been destroyed and I believe they have not made
       a sufficient search.
____   The agency has stated records were destroyed but has not
       stated where, how, when and for what reason and by whome
       they were destroyed and under what provision of the law.
_X_    I believe the agency action or inaction otherwise unjust
       for the following reason :
Agency is in gross violation of FOIA time limits within which to

process my request.


    Appellant believes the agency or public body has acted arbitrary
and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material
withheld fits within the parameters of the exemptions claimed.  The
Appellant asks that the agency itemize and index the withheld material
and include detailed affidavits & explanations in support of the
justifications for refusal to disclose.

                              Sincerely,
                            X  *Robert Mackay*

                              (name)  ROBERT MACKAY

                              (No.)  03473-063

                              Federal Correctional Complex

                              Box 3000 (MEDIUM)

                              Forrest City, Arkansas 72336


cc: file

NOTICE:  Failure to respond to this administrative appeal in a
         timely manner will result in civil action suit.

# Exhibit V

**FOIA APPEAL**

To: ___Co-Director___

___Office of Information & Privacy___

___Department of Justice___

___FLAG BUILDING, Suite 570___

___Washington, D.C. 20530___

Date:___September 12, 2005___

RE: FOIA to ___1026007-000___

Request No. ~~FBI Dallas~~

Date of Request: ___8/25/05___

Dear Sir:

    This is an appeal under the Freedom of Information Act.
Please review the action or inaction of the following agency:

___FBI Dallas_____ in conjunction to my request for records.
        (check appropriate box or boxes below)

_____ The agency has not responded and the time limits within which to do so has expired.

__X__ The agency has claimed that no records could be found and I want to appeal that "no records" response.

_____ The agency has blanket denied release of records.

_____ The agency has released certain records and withheld some by claiming certain exemptions.

_____ The agency has withheld certain records but has not claimed any exemptions or stated any reason for the deletions.

_____ The agency has claimed there are no records available or they have been destroyed and I believe they have not made a sufficient search.

_____ The agency has stated records were destroyed but has not stated where, how, when and for what reason and by whome they were destroyed and under what provision of the law.

_____ I believe the agency action or inaction otherwise unjust for the following reason :

_____

_____

_____

    Appellant believes the agency or public body has acted arbitrary and/or capricious and he asks for review of the agency action/inaction.
    The burden is on the agency or public body to show the material withheld fits within the parameters of the exemptions claimed. The Appellant asks that the agency itemize and index the withheld material and include detailed affidavits & explanations in support of the justifications for refusal to disclose.

Sincerely,

X

(name)  Robert Mackay

(No.)  ___03473-063___

___Federal Correctional Complex___

___Box 3000 (MEDIUM)___

___Forrest City, Arkansas 72336___

cc: file

NOTICE: Failure to respond to this administrative appeal in a timely manner will result in civil action suit.

# FBI Documents as Released

# to Plaintiff in

# FOIPA Request Number

# 1024699

# Exhibit W

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

OKUSM0100

PCN 971970013608

RECEIVED

'97 OCT 21 A9 :17

U.S. MARSHAL
EASTERN OKLAHOMA

OKUSM0100
USM
BOX 738
MUSKOGEE, OK 74402-0738

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV 26306

OKUSM0100                                        PCN 971970013608
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-435690L1

3-ARRESTED OR RECEIVED 11/17/75
    AGENCY-USM PHOENIX (AZUSM0100)
       AGENCY CASE-9819-P
       CHARGE 1-BURG

    COURT-
               DISPOSITION-
       CHARGE-BURG
       SENTENCE-
       JUDGMENT VACATED 2-19-76 6M JAIL 3Y6M SUPERVISED PROB & F $1500

4-ARRESTED OR RECEIVED 11/27/76
    AGENCY-USM TUCSON (AZUSM0200)
       AGENCY CASE-N6-76-0073
       CHARGE 1-CONSP MARIJ

5-ARRESTED OR RECEIVED 11/29/76
    AGENCY-USM TUCSON (AZUSM0200)
       AGENCY CASE-13971TD
       CHARGE 1-CONSP/IMPORT J J
       CHARGE 2-CONSP/DISTR MJ

    COURT-
               DISPOSITION-
       CHARGE-CONSP/IMPORT J J
       SENTENCE-
       DISM
               DISPOSITION-
       CHARGE-CONSP/DISTR MJ
       SENTENCE-
       DISM

6-ARRESTED OR RECEIVED 07/01/78
    AGENCY-USM TUCSON (AZUSM0200)

END OF PART 2 - PART 3 TO FOLLOW

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
END OF RECORD

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV  26306

OKUSM0100                                            PCN 971970013608
PART 3

- FBI IDENTIFICATION RECORD - FBI NO-435690L1


AGENCY CASE-00592-008
CHARGE 1-1ST OF FIREARM BY CONVICTED FELON

COURT-
        DISPOSITION-
CHARGE-1ST OF FIREARM BY CONVICTED FELON
SENTENCE-
30M 2-12-79 APPEALED JUDGMENT REVERSED, CASE DISMISSED 12-10-79

7-ARRESTED OR RECEIVED 08/01/78A
   AGENCY-ATF LOS ANGELES (CAATFLA00)
      AGENCY CASE-08781002B
      CHARGE 1-FEL IN POSS OF A FIREARM

   COURT-
           DISPOSITION-
      CHARGE-FEL IN POSS OF A FIREARM
      SENTENCE-
      FG AS CHARGED SENT TO CUSTODY OF AG FOR 2Y6M

8-ARRESTED OR RECEIVED 12/22/78
   AGENCY-POLICE DEPARTMENT HOUSTON (TXHPD0000)
      AGENCY CASE-319161
      CHARGE 1-POSS MARIJ

9-ARRESTED OR RECEIVED 01/06/79
   AGENCY-USM HOUSTON (TXUSM0200)
      AGENCY CASE-90-10-279
      CHARGE 1-VIOL COND OF REL

10-ARRESTED OR RECEIVED 11/30/79   SID-CT00297814
   AGENCY-OSBORN CORR INST SOMERS (CT007015C)
      AGENCY CASE-81282      NAME USED-MACKAY,ROBERT A
      CHARGE 1-VIOL ST NARC DRUG ACT 2 CTS


END OF PART 3 - PART 4 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV 26306

OKUSM0100
PART 4

PCN 971970013608

— FBI IDENTIFICATION RECORD - FBI NO-435690L1

```
    COURT-
            DISPOSITION-
        CHARGE-VIOL ST NARC DRUG ACT 2 CTS
        SENTENCE-
        15M-5Y

11-ARRESTED OR RECEIVED 06/28/97
    AGENCY-USM MUSKOGEE (OKUSM0100)

        CHARGE 1-CONSP TO POSS W/INT DIST
        CHARGE 2-DIST OF C/S
```

RECORD UPDATED 10/14/97

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR
OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION
SERVICES DIVISION
CLARKSBURG, WV 26306

OKUSM0100                                        PCN 971970013608

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

– FBI IDENTIFICATION RECORD – FBI NO-435690L1

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.      DATE REQUESTED
MACKAY,ROBERT ARTHUR              435690L1     10/14/97

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     W      02/02/47     601      210      BLU    BLN    NEW MEXICO

FINGERPRINT CLASS      CITIZENSHIP
PM PI PO PO 25         UNITED STATES
PO PO 18 DI 20

1-ARRESTED OR RECEIVED 03/20/71
    AGENCY-POLICE DEPARTMENT TUCSON (AZO100300)
        AGENCY CASE-036957774M
        CHARGE 1-REC STLN PROP

2-ARRESTED OR RECEIVED 06/06/75
    AGENCY-USM PHOENIX (AZUSM0100)
        AGENCY CASE-9816-P
        CHARGE 1-ENTER W/I TO COMMIT THEFT

    COURT-
                DISPOSITION-
        CHARGE-ENTER W/I TO COMMIT THEFT
        SENTENCE-
        DISM
                DISPOSITION-
        CHARGE-CIR BURG AIDING & ABETTING
        SENTENCE-
        4Y 3Y6M SUSP 6M IN JL 3Y6M SUPERVISED PROB $1500 FINE

END OF PART 1 - PART 2 TO FOLLOW

5-ARRESTED OR RECEIVED 11/29/76
    AGENCY-USM TUCSON (AZUSM0200)
       AGENCY CASE-13974005
       CHARGE 1-CONSP/IMPORT J J
       CHARGE 2-CONSP/DISTR MJ

    COURT-
                DISPOSITION-
       CHARGE-CONSP/IMPORT J J
       SENTENCE-
       DISM
                DISPOSITION-


       CHARGE-CONSP/DISTR MJ
       SENTENCE-
       DISM

6-ARRESTED OR RECEIVED 08/01/78
    AGENCY-USM TUCSON (AZUSM0200)
       AGENCY CASE-00592-008
       CHARGE 1-1ST OF FIREARM BY CONVICTED FELON

    COURT-
                DISPOSITION-
       CHARGE-1ST OF FIREARM BY CONVICTED FELON
       SENTENCE-
       30M 2-12-79 APPEALED JUDGMENT REVERSED, CASE DISMISSED 12-10-79

7-ARRESTED OR RECEIVED 08/01/78A
    AGENCY-ATF LOS ANGELES (CAATFLA00)
       AGENCY CASE-08781002B
       CHARGE 1-FEL IN POSS OF A FIREARM

    COURT-
                DISPOSITION-
       CHARGE-FEL IN POSS OF A FIREARM
       SENTENCE-
       FG AS CHARGED SENT TO CUSTODY OF AG FOR 2Y6M

8-ARRESTED OR RECEIVED 12/22/78
    AGENCY-POLICE DEPARTMENT HOUSTON (TXHPD0000)
       AGENCY CASE-319161
       CHARGE 1-POSS MARIJ

9-ARRESTED OR RECEIVED 01/06/79
    AGENCY-USM HOUSTON (TXUSM0200)
       AGENCY CASE-90-10-279
       CHARGE 1-VIOL COND OF REL


ADDITIONAL CRIMINAL HISTORY RECORD INFORMATION IS MAINTAINED BY THE
FOLLOWING STATE(S):
CONNECTICUT                  - STATE ID/CT00297814

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

JNCIC 1245 14:27:38 06/30/97 YY NN JUUSM .

```
4L01JUUSM 000090808
OKUSM0100
ATN/         b7C
```

THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-435690L1.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

                  - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

```
NAME                          FBI NO.        DATE REQUESTED
MACKAY,ROBERT ARTHUR          435690L1       1997/06/30

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     1947/02/02  601     210     BLU   BLN   NEW MEXICO

FINGERPRINT CLASS
PM PI PO PO 25
PO PO 18 DI 20
```

1-ARRESTED OR RECEIVED 03/20/71
   AGENCY-POLICE DEPARTMENT TUCSON (AZ0100300)
      AGENCY CASE-036957774M
      CHARGE 1-REC STLN PROP

2-ARRESTED OR RECEIVED 06/06/75
   AGENCY-USM PHOENIX (AZUSM0100)


   AGENCY CASE-9816-P
   CHARGE 1-ENTER W/I TO COMMIT THEFT

  COURT-
               DISPOSITION-
   CHARGE-ENTER W/I TO COMMIT THEFT
   SENTENCE-
   DISM
               DISPOSITION-
   CHARGE-CIR BURG AIDING & ABETTING
   SENTENCE-
   4Y 3Y6M SUSP 6M IN JL 3Y6M SUPERVISED PROB $1500 FINE

3-ARRESTED OR RECEIVED 11/17/75
   AGENCY-USM PHOENIX (AZUSM0100)
      AGENCY CASE-9819-P
      CHARGE 1-BURG

  COURT-
               DISPOSITION-
   CHARGE-BURG
   SENTENCE-
   JUDGMENT VACATED 2-19-76 6M JAIL 3Y6M SUPERVISED PROB & F $1500

4-ARRESTED OR RECEIVED 11/27/76
   AGENCY-USM TUCSON (AZUSM0200)
      AGENCY CASE-N6-76-0073

7L01JUUSM 000090803
OKUSM0100
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/MACKAY,ROBERT SEX/M RAC/W DOB/022547 SOC/526728099 PUR/C

```
NAME                          FBI NO.        INQUIRY DATE
MACKAY,ROBERT ARTHUR          435690L1       1997/06/30

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     1947/02/02  601     210     BLU   BLN   NEW MEXICO
FINGERPRINT CLASS
PM PI PO PO 25
PO PO 18 DI 20
```

ALIAS NAMES
MACKAY,ROBERT A

OTHER
BIRTH DATES
1947/02/25

IDENTIFICATION DATA UPDATED 1997/02/24
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  CONNECTICUT      - STATE ID/CT00297814
  FBI              - FBI/435690L1

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE TRANSACTION.

END