IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY ))
)
    Plaintiff )
)
    v. )    Case No. 1:05CV02363 (JR)
)
INTERNAL REVENUE SERVICE, )
ET. AL. )
)
    Defendants. )

**DECLARATION OF JOEL D. MCMAHAN**

I, Joel D. McMahan, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.      I am a docket attorney in Branch 1 of the Office of the Assistant Chief Counsel (Disclosure and Privacy Law) to the Internal Revenue Service ("IRS"). As a docket attorney, my duties include providing assistance to the U.S. Department of Justice in connection with Freedom of Information Act lawsuits brought against the Internal Revenue Service ("Service"). This aspect of my duties requires knowledge of the types of documents created and maintained by the various divisions and functions of the IRS and an understanding of the provisions of the FOIA which exempt certain types of documents from disclosure in response to a request.

2.      I have been informed and believe that on or about January 6, 2006, the Service was served with a complaint from the plaintiff alleging certain improprieties in the Service's actions under the Freedom of Information Act ("FOIA").

3.      On or about January 9, 2006, I was assigned to review the allegations against the Service, develop the factual background associated with plaintiff's allegations against the Service, and provide legal analysis and advice with respect to

EXHIBIT B

the Service's response to plaintiff's complaint.  In connection with such activities, I have obtained from the Service's Phoenix (Arizona) Disclosure Office and Austin (Texas) Campus Disclosure Office copies of correspondence received from and mailed to plaintiff relating to this lawsuit.

## Summary of Correspondence

4.      By letter dated April 8, 2005, plaintiff addressed a request to the Director, Internal Revenue Service, Department of Treasury, Washington, D.C. 20224.  *See* Exhibit 1.  This letter was forwarded to the Austin Campus Disclosure Office, which received it on July 18, 2005.

5.      By letter dated July 26, 2005 from the Austin Campus Disclosure Office, the Service acknowledged the receipt of plaintiff's April 8, 2005 correspondence and advised plaintiff that his request could not be processed because it did not meet the minimum requirements for requests under the Freedom of Information Act.  *See* Exhibit 2.

6.      By letter dated April 15, 2005, plaintiff addressed a request to the District Director, Internal Revenue Service, 210 E. Earl Drive, Phoenix, Arizona 85012.  *See* Exhibit 3.  This letter was received by the Phoenix Disclosure Office on May 18, 2005.

7.      By letter dated May 20, 2005 from the Phoenix Disclosure Office, the Service acknowledged the receipt of plaintiff's April 15, 2005 correspondence and advised plaintiff that his request could not be processed because it did not meet the minimum requirements for requests under the Freedom of Information Act.  *See* Exhibit 4.

8.      By letter dated June 29, 2005, 2005, plaintiff addressed a purported FOIA appeal to the Director, Internal Revenue Service, Department of the Treasury, Washington, D.C. 20224.  *See* Exhibit 5.  However, because the Service had not denied

any of plaintiff's FOIA requests, there was no Service action to appeal.

9.    There is no record of a response by the Service to plaintiff's June 29, 2005 correspondence.

10.    By letter dated August 3, 2005, plaintiff addressed a request to the Internal Revenue Service, Austin Campus Disclosure Office, P.O. Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768.  *See* Exhibit 6.  This letter was received by the Austin Campus Disclosure Office on August 9, 2005.

11.    By letter dated August 26, 2005 from the Austin Campus Disclosure Office, the Service acknowledged the receipt of plaintiff's August 3, 2005 correspondence and advised plaintiff that his request could not be processed because it did not meet the minimum requirements for requests under the Freedom of Information Act.  *See* Exhibit 7.

### Summary of Search

12.    On or about January 13, 2006, I began initiating telephone calls to Service Disclosure field office managers and employees to ascertain whether the Service had received any of the alleged FOIA requests and to determine whether the Service was in possession of any potentially disclosable responsive documents.

13.    On or about January 20, 2006, I received a telephone call from Ms. Barbara Rodriguez, the Disclosure Manager responsible for the Phoenix Disclosure Office, who indicated that she directed a search in the Service's Electronic Disclosure Information Management System ("EDIMS") using the taxpayer's last name to determine whether any FOIA requests had been filed by, or on behalf of, the plaintiff. EDIMS is a nationwide computerized information system for inventory control and casework management of disclosure requests made to the Service's disclosure offices. Ms. Rodriguez indicated that the search efforts by her office had uncovered no Service

documents. However, through the course of Ms. Rodriguez's nationwide search, she revealed that the plaintiff had been investigated and prosecuted for criminal drug charges and, as a result, she suggested that additional research would be required from the Service's Criminal Investigation agents.

14.    On or about February 2, 2006, I received a telephone call from Mr. Robert Taylor, the Criminal Investigation Supervisor located in Muskogee Oklahoma. Mr. Taylor indicated that he had queried the Criminal Investigation Management Information System (CMIS) which is a nationwide database within the Service's Criminal Investigation division. As a result of his search, Mr. Taylor was able to determine the case agent who was assigned to plaintiff's case and was able to view general information regarding the plaintiff's case. Using this information, Mr. Taylor was able to determine that three boxes of documents relating to the criminal investigation of plaintiff were located in a storage facility in Fort Worth Texas. Mr. Taylor informed me that he had completed the necessary paperwork to have the documents released to the disclosure office for further review.

15.    On or about February 13, 2006, I received a call from Ms. Rodriguez informing me that all of the documents sent to her office appear to be grand jury documents which her office cannot review because no person in that office is authorized by the grand jury list to review these documents. Consequently, Ms. Rodriguez informed me that she is sending the documents to one of the Special Agents who worked on this case and has authority to review the documents.

16.    On or about February 21, 2006, I spoke with Ms. Diana Megli, a Special Agent authorized to review the documents. Ms. Megli indicated that she received the documents and that she will review them to determine whether any of the documents are not grand jury related documents. In the event she discovers documents which are not grand jury documents, she will forward those documents for review by the

-4-

appropriate Disclosure Office for potential release to the plaintiff.

17.    Because of Ms. Megli's current workload, including her need to be out of the office from March 6, 2006 to March 24, 2006 to engage in training of other Service employees, Ms. Megli may be unable to complete her review of the documents until the end of March 2006.

18.    After Ms. Megli reviews the three boxes of potentially responsive documents and forwards to the appropriate disclosure office any documents that are not grand jury documents, and after the disclosure office reviews any such documents to determine whether they may be released to plaintiff, this office will forward to the Assistant United States Attorneys Office, to be transmitted to plaintiff, responsive documents that are not exempt from disclosure under FOIA.  In addition, this office will work with Ms. Megli and the disclosure office to prepare declarations to be filed in this case that describe the Service's search for responsive documents and the reason or reasons why responsive documents or parts thereof are exempt from disclosure.

19.    In light of the above, the Service currently anticipates that it will complete its review of the potentially disclosable documents, and its drafting of declarations necessary to support the withholding of information pursuant to one or more FOIA exemptions, by May 1, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the _6th_ day of March, 2006, in Washington, D.C.


Joel D. McMahan
Attorney (Tax)
Office of Chief Counsel
Disclosure and Privacy Law
1111 Constitution Avenue
Washington, D.C. 20224

# EXHIBIT 1

To: ___Director_____   Date: ___April 8, 2005___

___Internal Revenue Service_____

___Department of Treasury_____

___Washington, D. C.   20224_____

RECEIVED
07 15 05
AUSTIN, TEXAS

Dear Sir:

This is a request under the Freedom of Information Act.

I request a copy of any and all documents, records and information that any part of your agency has or had in its possession that is in any way connected to, related to, or even remotely in reference to my name.

The following particulars may assist you in your search:
I am an OTHER requester seeking records for personal use. I request all records compiled from 1960 to date. I request a search for every year inclusive through 2005. I ask for all criminal investigatory and forfeiture records. Search my personal income tax files. Please search Oklahoma (Muskogee), Tucson, AZ; Little Rock, AR; Houston, TX districts.

I will pay reasonable search and reproduction fees.

My biographical data is as follows:

FULL NAME ___ROBERT ARTHUR MACKAY_____

DATE OF BIRTH : __February 25, 1947_____

PLACE OF BIRTH : __Carlsbad, New Mexico USA_____

SOCIAL SECURITY NUMBER: ___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_____

I declare under penalty of perjury that the aforementioned biographical data is that of my person and the signature below is my true and correct original signature signed under oath.

Executed this __8th_ day of __April_____, _2005_.

By  X  _Robert A Mackay_____
                    Affiant Herein

(28 USC Section 1746)

Name: ___Robert Mackay_____

Reg. No. ___03473-063_____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas. 72336

RECEIVED
JUL 18 2005
Disclosure Office
Austin Campus
Receipt & Control Branch
JUL 18 2005
Correspondence Group

# EXHIBIT 2



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

JUL 2 6 2005

SMALL BUSINESS/SELF-EMPLOYED DIVISION

ROBERT ARTHUR MACKAY
REG # 03473-063
FEDERAL CORRECTIONAL COMPLEX
P. O. BOX 3000
FORREST CITY, AR 72336

Dear Mr. Mackay:

This letter is in response to your Freedom of Information Act request dated
April 8, 2005, which was received on July 18, 2005.

We cannot honor your request as a FOIA because it does not meet the requirements of
the Act. The Freedom of Information Act provides for access by the public to records
maintained by the Federal Government. In order for us to process your request, you
must establish your identity and right to the records you requested, and specify exactly
what records you wish to receive by year. Requirements that must be considered to
constitute a valid FOIA request are:

1. Proof of identity of the person to whom the records belong must be provided:

   a. By signature, address, and one other form of identification such as a
      photocopy of a driver's license or other document bearing the individual's
      signature, or
   b. By presenting an original notarized statement swearing or affirming to his
      or her identity, or
   c. A sworn statement as to the identity, under penalty of perjury, is
      acceptable in lieu of a notarized statement. The sworn statement must
      meet the requirements of 28 U.S.C. § 1746. In order to meet these
      requirements, the sworn statement must include the following language: "I
      declare (or certify, verify, or state) under penalty of perjury under the laws
      of the United States of America that the foregoing is true and correct.
      Executed on [Date]."

2. A firm commitment to pay search and copy fees must be made (search fees
   are $17.00 for each hour or fraction thereof and copy fees are $0.20 per
   page).

3. Third party requests require a valid Power of Attorney, and an attestation as
   to the status of the requester.



**COPY**

2

An indispensable element of a FOIA request is that it must describe the records to which access is being sought in sufficient detail necessary to conduct a proper search. Your request for "all records compiled from 1960 to date", lacks the specificity necessary for us to conduct a proper search. If you will describe the records you are seeking by their correct title and name, we will gladly attempt to locate them.

For further information, please contact Patricia Williams, Disclosure Specialist, ID Number 18-02366, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02557.

Sincerely,

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus

Enclosure(s): ()

# EXHIBIT 3

To: District Director                                      Date: April 15, 2005

Internal Revenue Service

210 E Earl Drive                                           MAY 1 8 2005

Phoenix, Arizona  85012                                   GLD/AREA 7
                                                          PHOENIX DISCLOSURE OFFICE
                                                          INTERNAL REVENUE SERVICE

Dear Sir:

        This is a request under the Freedom of Information Act.

        I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is
in any way connected to, related to, or even remotely in reference
to my name.

        The following particulars may assist you in your search:
        I am an OTHER requestor seeking records for personal use.  I request
all records compiled from 1960 to date.  I request a search for every year
inclusive through 2005.  I ask for all criminal investigatory and forfeiture
records.  PLease search all CRIMINAL INVESTIGATION DEPARTMENTS in this distric

        I will pay reasonable search and reproduction fees.

        My biographical data is as follows:

FULL NAME _____ ROBERT ARTHUR MACKAY _____

DATE OF BIRTH : February 25, 1947 _____

PLACE OF BIRTH : Carlsbad, New Mexico USA _____

SOCIAL SECURITY NUMBER: 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 _____

        I declare under penalty of perjury that the aforementioned biograph-
ical data is that of my person and the signature below is my true
and correct original signature signed under oath.
Executed this ___15th___ day of _____April_____, 2005___.

                                   By ___X___ Robert A. Mackay_____
                                            Affiant Herein

(28 USC Section 1746)

Name: ___ Robert Mackay _____

Reg. No. ___ 03473-063 _____

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas  72336



# EXHIBIT 4

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

May 20, 2005

Mr. Robert Mackay, 03473-063
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, AR 72336

Dear Mr. Mackay:

This is in response to your Freedom of Information Act (FOIA) request dated April 15, 2005, and received in this office May 18, 2005, Disclosure Case No. 86-2005-01738.

The Freedom of Information Act, 5 U.S.C. 552, provides access by the public to records maintained by the Federal government. The Act, and regulations promulgated there under, sets forth certain requirements that must be met for a request to be processed. Your request did not meet the requirements as checked on the attached Form of Request Outline.

If you have any questions regarding our response, please contact me at (602) 207-8379 or you may write us at 210 E. Earll Dr., MS 7000PHX, Phoenix, AZ 85012.

Sincerely,

Patricia A. Davis
Senior Disclosure Specialist
ID Number 86-17160

Enclosures

# Making a Freedom of Information Act (FOIA) Request for Records
## Maintained by the IRS

A Freedom of Information Act request can only be made for records that exist at the time the request is made. The Act does not require the IRS to compile information, create documents, or answer questions.

The law, 5 U.S. Code 552 and the Treasury Regulations 601.702, require specific information to be included in a FOIA request for tax records. A valid request must:

1. Be made in writing and signed by the requester.

2. State that it is being made pursuant to the Freedom of Information Act.

3. Be addressed to the proper office  (for Arizona, Nevada, and New Mexico residents the address is Disclosure Officer, 210 E. Earll Dr., Mail Stop 7000 PHX, Phoenix, AZ 85012).

4. Reasonably describe the records in sufficient detail so that an IRS employee familiar with the subject area can locate the records without placing an unreasonable burden on the IRS. Requests stating "ALL RECORDS CONCERNING ME" or implying such will not be processed without clarification. FOIA requests should state the type of tax and the tax year(s) involved. Requesters usually know what function of the IRS has created or is liable to create records concerning their tax affairs. For example, Examination records include examination reports, workpapers and administrative files. Collection records will exist when the taxpayer has failed to file returns, or has failed to pay assessed taxes, penalties and interest. While no specific formula for a reasonable description of a record can be established, the requirement shall generally be satisfied if the requester gives the name, taxpayer identification number (e.g., social security number or employer identification number), subject matter, location and years at issue, of the requested records.

5. In the case of tax records, requesters must also establish their identity and right to the tax records by furnishing a photocopy of their driver's license that contains a photograph and signature, or by submitting a notarized statement swearing to or affirming their identity. A sworn statement as to identity, under penalty of perjury, is acceptable in lieu of a notarized statement.  The sworn statement must meet the requirements of 28 USC 1746. If the declaration is sworn within the United States, the sworn statement must include the following language: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date)." For business records, requesters must also submit evidence that they are officials of the business entity with the authority to bind the business. In the case of an attorney-in-fact, or other person requesting records on behalf of or pertaining to other persons, the requester shall furnish a properly executed power of attorney or tax information authorization, as appropriate.

6. Provide an address where the notice of FOIA determination is to be sent.

7. State that copies of the records are to be provided or that inspection of the records is requested at an IRS office.

8. State a firm agreement to pay the fees for the search and duplication of the documents. Taxpayers seeking copies of their own records (see number 9 below) are provided the first 100 pages at no charge. Thereafter, the charge is $.20 per page.

9. State, under penalties of perjury, the category of the requester, and how the records will be used.  Taxpayers, or their legal representatives, asking for their own tax records are in the category of "Other Requester."

Upon receipt of a FOIA request, the Disclosure Office has twenty working days to respond. Requests involving extensive records or records not physically located in the district office may cause the Disclosure Office to make a request for an extension. This request is normally made in writing.

Some or all of the requested records may be withheld by the IRS based on one or more of the exemptions provided in the ACT. The final response to the FOIA request will describe the exemptions used and will provide information on making an appeal of the denial of the records.

For more information or if you have questions concerning the Freedom of Information Act, call the Disclosure Office at (602) 207-8409.

# EXHIBIT 5

NO CRIMINAL INVESTIGATION POTENTIAL

FOIA APPEAL

To: Director                              Date:  June 29, 2005

INTERNAL REVENUE SERVICE

Department of the Treasury                RE: FOIA to   IRS

Washington, D. C.  20224                  Request No.   86-2005-01738

Dear Sir:

        This is an appeal under the Freedom of Information Act.

        Please consider reviewing the action or inaction of the agency:
Internal Revenue Service _____ in connection to my request for records.
                (check appropriate box or boxes below)
____ The agency has not responded and the time limits within which
     to do so has expired.

____ The agency has claimed that no records could be found and I
     want to appeal that "no records" response.

____ The agency has blanket denied release of all records.

____ The agency has released certain records and withheld some
     by claiming certain exemptions.

____ The agency has withheld certain records but has not claimed
     any exemptions or stated any reason for the deletions.

__X__ I believe the agency action or inaction otherwise unjust for
     the following reason:
I did comply with the requisites and did submit a sufficient sworn
statement as to my identity.

        Appellant believes the agency has acted arbitrary and/or capricious
and asks for review of the action/inaction.

        The burden is on the agency to show the material withheld fits
within the parameters of the exemptions claimed. Appellant asks that
the agency itemize and index the withheld material and include detailed
affidavits & explanations in support to justify any withholdings.


RECEIVED
JUL 2 5 2005

                                          Sincerely,

cc: file                          X  Robert A. Mackay
                                     Robert Mackay 03473-063
                                     Box 3000, Forrest City, AR 72336

# EXHIBIT 6

**FOIA REQUEST**

To: Internal Revenue Service                    Date:  August 3, 2005

Austin Campus Disclosure Office

P.O. Box 2986, Mail Stop 7000 AUSC

Austin, Texas 78768

_____ RE: 86-2005-01738

Dear Sir:

    This is a request under the Freedom of Information Act.
    I request a copy of any and all documents, records and information
that any part of your agency has or had in its possession that is in
any way connected to, related to, or even remotely in reference to
my name or the subject matter briefly described below:
I request all criminal investigatory records compiled by IRS for the
years 1960 to 2005 inclusive.  I am an OTHER requester for personal use.
I ask you search Muskogee, OK; Tucson, AZ; Little Rock, AR; Houston, TX
districts.  I want personal income tax files.  Also forfeiture records.
    I will pay reasonable search and reproduction fees.

       My Biographical data is as follows:

FULL NAME:            ROBERT ARTHUR MACKAY

DATE OF BIRTH     February 25, 1947

PLACE OF BIRTH        Carlsbad, New Mexico USA

SOCIAL SECURITY NUMBER  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

    I declare (or certify, verify, or state) under the penalty of
perjury that the foregoing is true and correct.

Executed on this  3rd day of  August          , 2005.

           By X  *Robert Mackay*
                 Affiant/Declarant Herein

(28 USC Section 1746)

Name:   Robert Mackay

Reg. No.    03473-063

Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas
        72336

**RECEIVED**

AUG 0 9 2005

Disclosure Office
Austin Campus

cc : file

# EXHIBIT 7

## DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
#### WASHINGTON, D.C. 20224

**AUG 2 6 2005**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

ROBERT ARTHUR MACKAY
03473-063-B-1
FEDERAL CORRECTIONAL COMPLEX
BOX 3000
FORREST CITY, AR 72336

Dear Mr. Mackay:

This letter is in response to your Freedom of Information Act request dated
August 3, 2005, which was received on August 9, 2005.

We cannot honor your request as a FOIA because it does not meet the requirements of
the Act. The Freedom of Information Act provides for access by the public to records
maintained by the Federal Government. In order for us to process your request, you
must establish your identity and right to the records you requested. Requirements that
must be considered to constitute a valid FOIA request are:

1. Proof of identity of the person to whom the records belong must be provided:

   a. By signature, address, and one other form of identification such as a
      photocopy of a driver's license or other document bearing the individual's
      signature, or
   b. By presenting an original notarized statement swearing or affirming to his
      or her identity, or
   c. **A sworn statement as to the identity, under penalty of perjury, is**
      **acceptable in lieu of a notarized statement. The sworn statement**
      **must meet the requirements of 28 U.S.C. § 1746. In order to meet**
      **these requirements, the sworn statement must include the following**
      **language: "I declare (or certify, verify, or state) under penalty of**
      **perjury under the laws of the United States of America that the**
      **foregoing is true and correct. Executed on [Date]."**



**COPY**

2

You may submit a perfected request which meet all of the FOIA requirements within 30 days from the date of this letter. However, such record as may exist with respect to your request is located at the Oklahoma Office. Your perfected request should be submitted to that office at:

> Internal Revenue Service
> Oklahoma Disclosure Office
> Mail Stop 7000 OKC
> 55 N Robinson
> Oklahoma City, Ok 73102

This office has nothing to provide in response to your requests and this letter represents our final response concerning these matters.

For further information, please contact Patricia Williams, Disclosure Specialist, ID Number 18-02366, 512-460-4433 or fax 512-460-4437, Internal Revenue Service, Austin Campus Disclosure Office, PO Box 2986, Mail Stop 7000 AUSC, Austin, Texas 78768. Please refer to case number 18-2005-02815.

Sincerely,

*Patricia A. Williams*

Stephanie K. Young
18-02241
Disclosure Officer
Austin Campus