UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,  *
    Plaintiff,  *
                *

v.  *  Civil Action No. 05-2363 JR
                *

DRUG ENFORCEMENT  *
ADMINISTRATION, et. al.,  *
    Defendants.  *

TO THE HONORABLE JAMES ROBERTSON:

## MOTION REQUESTING PAYMENT SCHEDULE

COMES NOW INTO COURT **ROBERT A. MACKAY**, Pro Se (Plaintiff) and respectfully requests this Honorable Court to make an order compelling the Drug Enforcement Administration, hereinafter D.E.A., to search for, process and duplicate records and bill fairly for records retrieved and send to Plaintiff. Plaintiff asks the Honorable Court to charge to Plaintiff's Inmate Account thirty dollars ($30.00) per month until the fair billing fee is paid, to begin after the total filing fee for this action is paid in accordance with Court order dated and filed December 8th, 2005. Plaintiff further requests this Honorable Court to order the D.E.A. to process and send this information in a expedient manner as the D.E.A. has been "dragging their feet" in complying with the law of the Freedom of Information Act, I am only asking for any information or documents the law states I may have such as D.E.A. 6s and or field notes or desk notes or field activity files, etc., that contain or mention my name as a subject or defendant. Further Plaintiff requests this Honorable Court to check the D.E.A.'s math in computating the total cost

RECEIVED
APR 18 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

trieval of the information through the Narcotics and Dangerous Drug Information System (NADDIS) as letter dated March 22, 2006 states the fee structure for this service is approximately $1,848.00 (One thousand, eight hundred, forty-eight dollars) for responsive records in 17 (Seventeen) headquarters and field files some of which may [only] mention my name. See attached letter as "Exhibit A".

### CONCLUSION

Plaintiff prays this Honorable Court grant this Motion Requesting Payment Schedule and order the D.E.A. to process and send to Plaintiff said information pursuant to Plaintiff's Freedom of Information and Privacy Act requests in a prompt manner, and other relief the Honorable Court deems fair and just.

Signed this 13th day of April, 2006, at the Federal Correctional Complex (Medium) in Forrest City, Arkansas.

Respectfully submitted,

*Robert A. Mackay*
ROBERT A. MACKAY
FBOP# 03473-063
Plaintiff-In Proper Person
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, AR 72336

### CERTIFICATE OF SERVICE

I, Robert A. Mackay do hereby declare that I have sent a copy of the foregoing motion to William C. Little, Jr., Senior Attorney Administrative Law Section to U.S. Department of Justice Drug Enforcement Administration, Washington, D.C. 20537, postage pre-paid on this 13th day of April, 2006 through inmate mail at the F.C.C. (Medium), Forrest City, Arkansas 72336.

(Title 28, U.S.C. §1746

*Robert A. Mackay*
ROBERT A. MACKAY (Affiant)

-2-

 

**U.S. Department of Justice**
Drug Enforcement Administration

---

www.dea.gov

MAR 22 2006

Robert A. MacKay
Registration No. 03473-063
Federal Correctional Complex, Unit B-1
Box 3000 (Medium)
Forrest City, Arkansas 72336

Re: *Robert A. MacKay v. The Drug Enforcement Administration, et al.*, CA No. 05-2363 (JR)

Dear Mr. MacKay:

This letter responds to your April 7, 2005, letter addressed to the Drug Enforcement Administration (DEA). Until this matter was filed and a copy of your letter was provided by the Assistant United States Attorney, DEA had not record of receipt of your letter. As a matter now in litigation, the initial review, determinations, processing and release of information is the responsibility of the Office of Chief Counsel and the attorney assigned to the matter.

Based upon the contents of your letter, your request is interpreted as a request for information contained in DEA criminal investigative files and information related to the seizure of assets that were associated with your name. Criminal investigative information maintained by DEA is contained in the DEA Investigative Reporting and Filing System (IRFS). IRFS is a Privacy Act System of Records and is exempt, pursuant to 28 C.F.R. § 16.98, from the access provisions and the limitation on fees. *See also* 28 C.F.R. §. 16.49. Consequently, the information that you receive is only that which is required by the Freedom of Information Act and you are assessed a fee for search and duplication.

With regard to asset forfeiture records, DEA is unable, based upon the information that you provided, to identify any records that you may be requesting. To retrieve asset forfeiture records, a description of the asset with the date and place of the seizure, or the DEA asset forfeiture number is required. Since you have failed to provided any of the required information, it is impossible to search for or retrieve responsive records.

The practical means by which information contained in the DEA IRFS is retrieved is through the Narcotics and Dangerous Drug Information System (NADDIS) by entering an individual's name, social security number and date of birth. A NADDIS query was executed. A total of 17 investigative case files maintained in IRFS were identified as having information that mention you or in which you are identified as the subject or defendant. These investigative case files date back to about 1975. It also appears from your request, that you wish to have certain DEA field activity files also searched for responsive records. Although the DEA Headquarters file is the official file, there may be records that are maintained in the field file that mention your name that are not maintained in the DEA Headquarter's file.

    To conduct a search for, process and duplicate records, substantial government resources are expended in providing access to agency records. Each DEA Headquarter's investigative file takes approximately two hours to hand search and locate responsive records. To search each field file, requires an additional two (2) hours per file. Time is billed at the rate of $28.00 per hour. It is estimated that the fee assessed for to search 17 headquarters and field files is approximately $1,848.00. You are entitled to two (2) hours search, or copies of 250 pages, or a combination free of charge. The two hours of search free of charge was deducted from the total.

    Since the estimated fee exceeds $250.00, the Department of Justice Rules, contained in 28 C.F.R. 16.11 (i)(2), provides that requesters without a history of payment of fees will make an advance payment. Be advised that a complete search of files in which you may be mentioned does not guarantee that records will be released, since some, all or portions of the records may withheld pursuant to exemptions to the FOIA. Please remit the stated amount making the **certified check or money order** payable to the Treasury of the United States. Upon receipt of your payment, DEA will initiate further processing of your request. However, if this office does not receive your payment within forty-five days (45), DEA will assume that you do not wish to pursue this matter and your request will be administratively closed.

    As provided by Federal Regulation, you are afforded the opportunity to reformulate your request in such a manner as to reduce the search and reproduction fees. This could be accomplished by narrowing the scope of your request; specifying the type of documents that you desire, the time frame or incident about which you are interested or noting a specific investigation that concerned or involved the subject of your request. However, DEA cannot locate specific documents based upon a criminal court docket or case number. Should you wish to reformulate your request, please advise within 45 days of the receipt of this letter.

Sincerely,

William C. Little, Jr.
Senior Attorney
Administrative Law Section