```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,                )
                                 )
           Plaintiff,            )
                                 )
      v.                         )   Civil Action No. 05-2363 JR
                                 )
DRUG ENFORCEMENT                 )
ADMINISTRATION, et al.,          )
                                 )
           Defendants.           )
                                 )
```

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION SEEKING TO ESTABLISH A FEE SCHEDULE

This is a Freedom of Information Act case in which the plaintiff has named nineteen defendants. One of the defendants, the Drug Enforcement Administration, by a letter dated March 22, 2006, advised plaintiff that his FOIA request, as then formulated, covered seventeen investigative case files maintained by the agency, some of which were old (i.e., at least one file dated back to 1975). (A copy of the letter is attached to plaintiff's motion.) The agency advised plaintiff that, in accordance with the Department of Justice's regulations, specifically, 28 C.F.R. § 16.11(i)(2), he must pay in advance a search and reproduction fee of $1,848.00. The Department of Justice regulation requires that a requestor without a payment history must pay fees in advance, once the fees exceed $250.00. The letter also advised plaintiff that he could reformulate his request so as to reduce the search and reproduction fees. He has not done so; instead, he has filed the motion to establish a

payment schedule, in which he asks the Court to determine what a "fair" payment schedule would be and set a fee schedule where he pays $30 per month but receives the requested documents immediately.

The letter requesting the advance payment was sent to plaintiff after he filed this lawsuit.  This fact does not excuse plaintiff from paying the requested fees.  Pollack v. Department of Justice, 49 F.3d 115, 119-20 (4th Cir. 1995).  Additionally, there is no legal basis for the Court to "modify" the agency's regulation requiring advance payment and set a payment schedule that extends years after plaintiff receives the requested documents.  If plaintiff is unhappy with the requirement of advance payment of the fees, the appropriate course of action for him to take is to request a fee waiver.  (We note that, in the circumstances of this case, it is unlikely that plaintiff would qualify for a fee waiver.)

For the reasons set forth above, plaintiff's motion requesting a payment schedule should be denied.  Attached is a draft order reflecting the requested relief.

                Respectfully submitted,

                KENNETH L. WAINSTEIN, DC Bar # 451058
                United States Attorney

                RUDOLPH CONTRERAS, DC Bar # 434122
                Assistant United States Attorney

```
                /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201
```

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 05-2363 JR
                               )
DRUG ENFORCEMENT               )
ADMINISTRATION, et al.,        )
                               )
          Defendants.          )
                               )
_____)
```

ORDER

UPON CONSIDERATION of the motion by plaintiff requesting the establishment of a payment schedule, and the opposition thereto filed by the defendants, it is this _____ day of _____, 2006,

ORDERED that the motion is denied.


                              UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing memorandum in opposition to plaintiff's motion seeking to establish a payment schedule to be served by first class mail, postage prepaid, this 1st day of May, 2006, on:

>Robert A. Mackay
># 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201