UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY                )
                                )
                    Plaintiff,  )
                                )
            v.                  )        Civil No. 05-2363 JR
                                )
DRUG ENFORCEMENT                )
ADMINISTRATION, et al.,         )
                                )
                    Defendants. )
_____  )

REPORT TO THE COURT ON THE OPEN AMERICA
STAY AND PROPOSED BRIEFING SCHEDULE

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendants

has been advised by the Federal Bureau of Investigation that they responded to plaintiff's

Freedom of Information Act (FOIA) request prior to the May 1 deadline under the Open America

stay granted by the Court.  Undersigned counsel has also been advised by a timely declaration

from the Internal Revenue Service that all of the documents that they were reviewing under the

Open America stay, which related to a grand jury proceeding, are exempt from production under

the FOIA as grand jury material.

In light of the above, undersigned counsel proposes that defendants file a motion for

summary judgment in this case on July 14, 2006.  The FBI has advised undersigned counsel that

their heavy workload will prevent them from completing a Vaughn index until the end of June.

Additional time will be needed by undersigned counsel to prepare the summary judgment

motion, given undersigned counsel's heavy litigation caseload, including a trial scheduled for the

end of June.

Attached is a draft order setting the July 14, 2006, deadline.  No date has been set for

plaintiff's response to the motion for summary judgment, since it may not be known how much time plaintiff will need to respond to the summary judgment motion until he has had an opportunity to review that motion.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

FRED E. HAYNES, D.C. BAR # 165654
Assistant United States Attorney
555 Fourth Street, N.W. Room E-4110
Washington, D.C.  20530
202. 514.7201

JAMES PAXTON
Paralegal Specialist

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY                    )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )          Civil No. 05-2363 JR
                                   )
DRUG ENFORCEMENT                   )
ADMINISTRATION, et al.,            )
                                   )
                    Defendants.    )
_____    )

## ORDER

UPON CONSIDERATION of the briefing schedule proposed by defendants and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendants shall file their motion for summary judgment by July 14, 2006.

UNITED STATES DISTRICT JUDGE

Copies to:

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Report To The Court On The Open America Stay

And Proposed Briefing Schedule was served upon plaintiff on May 10, 2006, by depositing a

copy of it in the mail, first-class, postage prepaid, addressed to:

    Robert A. Mackay
    # 03473-063
    Federal Correctional Complex
    P.O. Box 3000
    Forrest City, Arkansas 72336

           /s/
        FRED E. HAYNES, D.C. BAR # 165654
        Assistant United States Attorney
        555 Fourth Street, N.W., Room E-4110
        Washington, D.C.  20530
        202. 514.7201