IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

ROBERT A. MACKAY,
    Plaintiff,

v.    Civil Action No. <u>05-2363-JR</u>

DRUG ENFORCEMENT ADMINISTRATION,
    et. al.,
    Defendants.

TO THE HONORABLE JAMES ROBERTSON:

### MOTION FOR THE RECONSIDERATION OF THE DENIAL OF MOTION REQUESTING PAYMENT SCHEDULE

COMES NOW INTO COURT **ROBERT A. MACKAY**, Plaintiff, Pro-se, hereinafter "Plaintiff," and respectfully requests this Honorable Court to reconsider and make an order to compel the Drug Enforcement Administration, hereinafter "DEA," to search for, process and duplicate records and bill fairly for records retrieved and send to Plaintiff. Plaintiff asks the Honorable Court to charge Plaintiff's Inmate Account $30.00 (Thirty dollars and no/100 dollars) per month until the fair billing fee is paid, to begin after the total filing fee for this action is paid in accordance with the court order dated and filed December 8th, 2005.

Plaintiff asks the Honorable Court to do what our Pledge of Allegiance states; last but not least "<u>and justice for all</u>." Justice for all means just that, justice for all,. . . the poor or impoverished included. The words equal protection of the law are being [grossly] ignored or overlooked as the Plaintiff is being denied **<u>justice for all</u>** and **<u>equal protection</u>** because

RECEIVED
MAY 19 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

is **impoverished**.  The Plaintiff has not asked this Honorable Court to waive the fees he asks that he be allowed to have a payment plan.  This attempt to obtain records from the DEA and other defendants has been proceeding very slowly in a "nonsensical circle jerk" of bureaucratic stall tactics from the beginning of the Plaintiff's attempts to obtain records the law clearly states he can have or obtain legally.  The DEA and other defendants have been allowed and given at least a half a dozen extensions to delay doing what the law clearly states they should do and the Plaintiff profferred to the Honorable Court 171 (One hundred, seventy-one) exhibits demonstrating bureaucratic stall tactics and violations of the Freedom of Information Act.

Most of the other Defendants have provided the requested records voluntarily for free or stated there were no records. The DEA has stonewalled the Plaintiff's action from the inception of this case and has even refused to send the free pages the law provides the Plaintiff should be entitled to under the F.O.I.A. Act.  The Honorable Court quotes no legal authority that states that the impoverished do not deserve equal protection of the law in obtaining the records requested, nor does the Honorable Court quote legal authority that states that the impoverished may be denied a payment schedule instead of cash up front.  The DEA quotes no legal standard for refusing a payment schedule in its opposition for an impoverished person. Plaintiff asks for equal access to the records, equal protection of the law and asks for nothing for free.  He further asks to

not be prejudiced because he is impoverished and he requests justice for all. No where does the law say that there is a different set of laws for the impoverished, that they cannot have the records or equal protection because they are poor.

### CONCLUSION

The Plaintiff prays that this Honorable Court reconsider its decision and grants this [impoverished Plaintiff's] Motion for Reconsideration and rules that a payment schedule would be legal and proper and just and or order the DEA to waive the fee and provide the requested records. The Plaintiff further prays that the impoverished always be given equal protection of the law in this Honorable Court. Plaintiff prays for this and any and all other consideration this Honorable Court deems fair and just.

Signed this 13th day of May, 2006, at the Federal Correctional Complex (Medium) in Forrest City, Arkansas.

Respectfully submitted,

*Robert A. Mackay*
ROBERT A. MACKAY
Plaintiff, Pro-se
FBOP# 03473-063   (Unit B-1)
Federal Correctional Complex (Medium)
PO Box 3000
Forrest City, AR 72336

## CERTIFICATE OF SERVICE

I, **ROBERT A. MACKAY**, the undersigned, do hereby declare that I have sent a correct copy of the foregoing Motion to **William C. Little, Jr.,** Senior Attorney, Administrative Law Section to the U.S. Department of Justice Drug Enforcement Administration, Washington, D.C. 20537, postage prepaid and properly affixed for first-class delivery on this 13th day of May, 2006, through the inmate mail system at the Federal Correctional Complex (Medium), Forrest City, Arkansas 72336.

Title 28, U.S.C. §1746

_____
**ROBERT A. MACKAY**, Affiant