UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT A. MACKAY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2363 JR |
| | ) | |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MOTION FOR TEN-DAY EXTENSION OF TIME TO FILE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the nineteen defendants – the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the United States Marshals Service, the Internal Revenue Service, the Department of Defense, the Criminal Division of the United States Department of Justice, the National Archives and Records Administration, the United States Postal Service, the Federal Bureau of Prisons, the Tax Division of the United States Department of Justice, the Bureau of Customs and Border Protection, the Central Intelligence Agency, the Executive Office for the United States Attorneys, the United States Secret Service, the Department of State, the Office of the Attorney General, the National Security Agency, and Interpol - United States National Central Bureau hereby move this Court for a ten-day extension of time, to July 24, 2006, within which to file defendants' motion for summary judgment.  Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendants has not attempted to contact plaintiff to determine his

position on this motion.[1]

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for the defendants was in trial from June 26, 2006, to June 30, 2006, and the jury verdict was not returned until July 6, 2006. The intense preparation for this trial required that undersigned counsel postpone work on a number of other matters, including the summary judgment motion in this case. Two of these other matters have consumed undesigned counsel's time since the July 6 conclusion of his trial. Additionally, undersigned counsel was advised by the FBI yesterday (July 13) that the work on the agency's Vaughn has taken longer than anticipated and will not be completed until the middle of next week. The addtitional time is, therefore, needed.

Attached is a draft order reflecting the requested relief.

                                               Respectfully submitted,

                                               KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
     /s/
FRED E. HAYNES, D.C. BAR # 165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

JAMES PAXTON
Paralegal Specialist

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. MACKAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2363 JR |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

UPON CONSIDERATION of the motion by defendants for an extension of time to file their motion for summary judgment, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendants shall have to, and including, July 24, 2006, to file their motion for summary judgment.

UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I certify that the accompanying motion for extension of time was served upon plaintiff by depositing a copy of it in the United States mail, first-class postage prepaid, on July 14, 2006, addressed to:

>ROBERT A. MACKAY
>#03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

/s/
FRED E. HAYNES, D.C. BAR # 165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202. 514.7201