UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. MACKAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2363 JR |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

SECOND MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the nineteen defendants – the Drug Enforcement Administration, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms & Explosives, the United States Marshals Service, the Internal Revenue Service, the Department of Defense, the Criminal Division of the United States Department of Justice, the National Archives and Records Administration, the United States Postal Service, the Federal Bureau of Prisons, the Tax Division of the United States Department of Justice, the Bureau of Customs and Border Protection, the Central Intelligence Agency, the Executive Office for the United States Attorneys, the United States Secret Service, the Department of State, the Office of the Attorney General, the National Security Agency, and Interpol - United States National Central Bureau – hereby move this Court for an extension of time, to August 25, 2006, within which to file defendants' motion for summary judgment.  Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendants has not attempted to contact plaintiff to determine his

position on this motion.[1]

As explained in the first motion for extension of time, undersigned counsel primarily responsible for this case for the defendants was in trial from June 26, 2006, to June 30, 2006, and the jury verdict was not returned until July 6, 2006.  The intense preparation for this trial required that undersigned counsel postpone work on a number of other matters, including the summary judgment motion in this case.  Since filing the first motion for extension of time, other matters have required undersigned counsel's attention, preventing work on this case until today (July 24). Additionally, the FBI has not yet been able to provide undersigned counsel with their declaration and Vaughn index.  The person working on the declaration was diverted from that work by litigation demands relating to the detainees in Guantanamo Bay and to the terrorism surveillance program.  Then on Thursday, July 20, there was a death in his family, which will result in his being out of the office for a time.  It is not believed that he will be able to complete Vaughn index until the week of August 6.  Undersigned counsel will be on vacation that week. Additionally, in reviewing the responses of the 19 defendants to the complaint today, it is apparent that some additional work needs to be done in connection with some of the defendants. Consequently, an extension of time to August 25, 2006, is requested.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).  LCvR 16.3(a) (emphasis added).

Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney

    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney
        /s/
_____FRED E. HAYNES, D.C. BAR # 165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201

    JAMES PAXTON
    Paralegal Specialist

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT A. MACKAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-2363 JR |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the second motion by defendants for an extension of time to file their motion for summary judgment, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendants shall have to, and including, August 25, 2006, to file their motion for summary judgment.

UNITED STATES DISTRICT JUDGE

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530

Robert A. Mackay
# 03473-063
Federal Correctional Complex
P.O. Box 3000
Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

I certify that the accompanying motion for extension of time was served upon plaintiff by depositing a copy of it in the United States mail, first-class postage prepaid, on July 24, 2006, addressed to:

>ROBERT A. MACKAY
>#03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>/s/
>FRED E. HAYNES, D.C. BAR # 165654
>Assistant United States Attorney
>555 Fourth Street, N.W., Room E-4110
>Washington, D.C.  20530
>202. 514.7201