```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,              )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 05-2363 JR
                               )
DRUG ENFORCEMENT               )
ADMINISTRATION, et al.,        )
                               )
          Defendants.          )
                               )
```

NOTICE OF FILING OF EXHIBITS IN PAPER COPY

Defendants are filing today electronically their Motion for Summary Judgment. The exhibits to that motion, however, are being filed in paper copy due their volume. The exhibits are in four volumes. The contents of each volume are given below:

Volume I

Exhibit 1 Declaration of William C. Little, DEA

Exhibit 2 Declaration of David M. Hardy, FBI
          (and Exhibit A-Z; Exhibit AA is in volume II)

Volume II

Exhibit AA to the Declaration of William M. Hardy, FBI

Volume III

Exhibit 3 Declaration of Averill P. Graham, ATF

Exhibit 4 Second Declaration of Averill P. Graham, ATF

Exhibit 5 Declaration of William E. Bordley, USMS

Exhibit 6 Declaration of Joel D. McMahan, IRS

Exhibit 7 Declaration of Diana Megli, IRS

Exhibit 8 Declaration of John R. Crane, DOD

Exhibit 9 Declaration of Kathy Hsu, DOJ, Criminal Division

Volume IV

Exhibit 10 Declaration of Sally Ann Cummings, NARA

Exhibit 11 Declaration of Betty L. White, USPS

Exhibit 12 Declaration of Karen Summers, BOP

Exhibit 13 Declaration of Brian Ferrel, DOJ, Tax Division

Exhibit 14 Declaration of Dorothy Pullo, CBP

Exhibit 15 Declaration of Scott A. Koch, CIA

Exhibit 16 Declaration of David Luczynski, EOUSA

Exhibit 17 Second Declaration of David Luczynski, EOUSA

Exhibit 18 Declaration of Mark Sullivan, US Secret Service

Exhibit 19 Declaration of Margaret Grafeld, State Department, IPS

Exhibit 20 Declaration of Melanie Ann Pustay, OIP

Exhibit 21 Declaration of Louis S. Giles, NSA

Exhibit 22 Declaration of Dorothy S. Beaty, Interpol

Respectfully submitted,
/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing notice of filing of exhibits in paper copy to be served by first class mail, postage prepaid, on the 25th day of August, 2006, on:

>Robert A. Mackay
># 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201