```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ROBERT A. MACKAY,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 05-2363 JR
                               )
DRUG ENFORCEMENT               )
ADMINISTRATION, et al.,        )
                               )
          Defendants.          )
                               )
```

NOTICE OF RETURNED MAIL THAT AFFECTS THE
TIME FOR PLAINTIFF'S FILING OF HIS RESPONSE
<u>TO DEFENDANTS'MOTION FOR SUMMARY JUDGMENT</u>

Defendants filed on August 25, 2006, their motion for summary judgment and the declarations in support of that motion. Copies of these were mailed to plaintiff, the declarations in a box because of their size and the motion in an envelope. Yesterday, the box was returned to this office by the Federal Correctional Complex at Forrest City, Arkansas, with the notation "RTS No Authorization." "RTS" means return to sender; the reference to "no authorization" apparently refers to a Bureau of Prisons' policy that inmates can not be sent material in boxes. Consultation with the Bureau of Prisons reveals that we should have printed on the label attached to the box words to the effect of "Authorized By BOP Policy – Legal Materials" and "Open Only With Inmate Present." We are now in the process of doing this, and we anticipate that the box will be sent tomorrow, September 13, 2006. In light of this development, plaintiff will need

additional time to respond to the motion for summary judgment.

                        Respectfully submitted,
                              /s/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing notice of returned mail to be served by first-class mail, postage prepaid, on the 12th day of September, 2006, on:

>Robert A. Mackay
>\# 03473-063
>Federal Correctional Complex
>P.O. Box 3000
>Forrest City, Arkansas 72336

>>/s/
>>Fred E. Haynes, D.C. Bar # 165654
>>Assistant United States Attorney
>>555 4th Street, N.W., Room E-4110
>>Washington, D.C. 20530
>>(202) 514-7201