UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT ARTHUR MACKAY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2363 (JR) |
| | ) |
| **DRUG ENFORCEMENT** | ) |
| **ADMINISTRATION, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff is proceeding *pro se*. Defendants filed a motion for summary judgment. The Court ordered plaintiff to respond to the motion by November 3, 2006. Plaintiff was advised that if he failed to respond to the motion, the Court could assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Plaintiff has not filed a response to defendants' motion.

Accordingly, it is

**ORDERED** that defendants' motion for summary judgment [39] is **GRANTED**. It is

**FURTHER ORDERED** that the case is **DISMISSED without prejudice**.


JAMES ROBERTSON
United States District Judge